Paul S. Grewal (CSB# 196539)
DAY CASEBEER MADRID & BATCHELDER LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014
Tel. (408) 873-0110
Fax: (408) 873-0220
Email: pgrewal@daycasebeer.com

Attorneys for Plaintiff
SYMANTEC CORPORATION

**FILED**
SEP 1 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

**SYMANTEC CORPORATION**

　　　　　Plaintiff,

　　v.

**STORAGECRAFT TECHNOLOGY CORPORATION,**

　　　　　Defendant.

No. C07 04731 HRL

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

　　　Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: September 3, 2007

　　　　　　　　　　　　　DAY CASEBEER MADRID & BATCHELDER LLP

　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　Paul S. Grewal
　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　SYMANTEC CORPORATION

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS　　　1

788093_1.doc