# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SYMANTEC CORPORATION

v.

STORAGECRAFT TECHNOLOGY
CORPORATION

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C07 04731 HRL

TO: (Name and address of defendant)

STORAGECRAFT TECHNOLOGY CORPORATION
180 West Election Road, Suite 230
Draper, Utah 84020

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Paul S. Grewal, Esq.
DAY, CASEBEER, MADRID & BATCHELDER LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SEP 1 4 2007

Richard W. Wieking
CLERK

DATE_____

(BY) DEPUTY CLERK