Paul S. Grewal (CSB# 196539)
DAY CASEBEER MADRID & BATCHELDER LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA  95014
Tel.: (408) 873-0110
Fax: (408) 873-0220
Email: pgrewal@daycasebeer.com

Attorneys for Plaintiff
SYMANTEC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **SYMANTEC CORPORATION** <br><br> Plaintiff, <br><br> v. <br><br> **STORAGECRAFT TECHNOLOGY CORPORATION,** <br><br> Defendant. | Case No. C07 04731 HML <br><br> **CERTIFICATE OF SERVICE** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Symantec Corporation v. Storagecraft Technology Corporation

Case No.: C07 04731 HRL

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons in a Civil Case, Standing Order re Initial Case Management and Discovery Disputes, Standing Order for All Judges of the Northern District of California, Standing Order Regarding Case Management in Civil Cases, Manual Filing Notification, Certification of Interested Entities or Persons, Order Setting Initial Case Management Conference and ADR Deadlines, Civil Cover Sheet, Welcome to the United States District Court for the Northern District of California Clerk's Office San Jose Division, Criminal and Civil Law and Motion/Trial/Settlement/Case Management/Dismissal/Hearing Schedules, Notice of Assignment of Case to a United States Magistrate Judge, Consent to Proceed Before a United States Magistrate Judge, Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge, ECF Registration Information Handout, Notice of Electronic Availability of Case File Information, General Order No 53, General Order No 40, General Order No 45, Notice of Lawsuit and Request for Waiver of Service of Summons, Waiver of Service of Summons, Instructions for Completion of ADR Forms Regarding Selection of an ADR Process, ADR Certification by Parties and Counsel, Stipulation and [Proposed] Order Selecting ADR Process, Notice of Need for ADR Phone Conference, Order of the Chief Judge, Complaint was made by me | DATE AND TIME<br><br>September 26, 2007 at 4:48 p.m. |
| NAME OF SERVER (PRINT)  Clifford Stowers | TITLE  Process Server |

Check one box below to indicate method of service:

[x] Served personally upon the defendant; Storagecraft Technology Corporation by leaving a copy with Thomas J. Shreeve, registered agent, at 180 W. Election Rd., Suite 230, Draper UT 84020

[ ] Left copies thereof at the dwelling house or usual place of abode of the defendant, _____, with a person of suitable age and discretion then residing therein whose name and relationship is _____ at the address of _____

Returned as _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on September 27, 2007
       Date

Signature of Server/Address of Server

55 W. Wacker Dr., Suite 900

Chicago, IL 60601

Address of Server