KIMBERLY A. DONOVAN, State Bar No. 160729
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
Phone No.: (650) 428-3900

Attorneys for Defendant
STORAGECRAFT TECHNOLOGY CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYMANTEC CORPORATION<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>STORAGECRAFT TECHNOLOGY CORPORATION<br><br>　　　Defendant. | No. C07 04731 HRL - ADR<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT STORAGECRAFT TECHNOLOGY CORPORATION TO RESPOND TO PLAINTIFF'S COMPLAINT |

STIPULATION EXTENDING TIME TO
RESPOND TO COMPLAINT                    -1-

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900

1     PURSUANT TO Local Rule 6-1(a) the parties have hereby stipulated, through their
2 respective attorneys of record, that Defendant STORAGECRAFT TECHNOLOGY
3 CORPORATION may have an extension of time in which to answer or otherwise respond
4 to Plaintiff's Complaint, up to and including October 30, 2007.

Dated:  October 17, 2007         DAY CASEBEER MADRID &
                                                    BATCHELDER LLP
                                                    Paul S. Grewal

By: _____
      Paul S. Grewal
      Attorneys for Plaintiff
      SYMANTEC CORPORATION

Dated: October 17, 2007          GCA LAW PARTNERS LLP
                                                Kimberly A. Donovan

By: _____
      Kimberly A. Donovan
      Attorneys for Defendant
      STORAGECRAFT TECHNOLOGY
      CORPORATION

IT IS SO ORDERED.

Dated: _____         _____
                                                  Magistrate Judge Howard R. Lloyd
                                                  United States District Court