KIMBERLY A. DONOVAN, State Bar No. 160729
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
Phone No.: (650) 428-3900

Attorneys for Defendant
STORAGECRAFT TECHNOLOGY CORPORATION

*E-filed 10/18/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYMANTEC CORPORATION<br><br>Plaintiff,<br><br>vs.<br><br>STORAGECRAFT TECHNOLOGY CORPORATION<br><br>Defendant. | No. C07 04731 HRL<br><br>STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT STORAGECRAFT TECHNOLOGY CORPORATION TO RESPOND TO PLAINTIFF'S COMPLAINT |

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT     -1-

1   PURSUANT TO Local Rule 6-1(a) the parties have hereby stipulated, through their
2   respective attorneys of record, that Defendant STORAGECRAFT TECHNOLOGY
3   CORPORATION may have an extension of time in which to answer or otherwise respond
4   to Plaintiff's Complaint, up to and including October 30, 2007.

6   Dated:  October 17, 2007       DAY CASEBEER MADRID &
7                                                               BATCHELDER LLP
                                                                Paul S. Grewal

10  By:  *Paul S. Grewal* (signature)
                                                Paul S. Grewal
11                                              Attorneys for Plaintiff
12                                              SYMANTEC CORPORATION

15  Dated: October 17, 2007        GCA LAW PARTNERS LLP
                                                Kimberly A. Donovan

18  By:  *Kimberly A. Donovan* (signature)
                                                Kimberly A. Donovan
19                                              Attorneys for Defendant
20                                              STORAGECRAFT TECHNOLOGY
                                                CORPORATION

22  IT IS SO ORDERED.

24  Dated:  10/18/07
                                                _____
                                                Magistrate Judge Howard R. Lloyd
                                                United States District Court

STIPULATION EXTENDING TIME TO             -2-
RESPOND TO COMPLAINT