Fee Paid

**Clerk's Use Only**
Initial for fee pd.:

Edgar R. Cataxinos (7162)
TRASKBRITT, P.C.
P.O. Box 2550
230 South 500 East, Suite 300
SLC, UT 84110 Tele: 801-532-1922

FILED

2001 OCT 19 P 3:48

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

SYMANTEC CORPORATION

Plaintiff(s),

v.

STORAGECRAFT TECHNOLOGY CORPORATION

Defendant(s).

CASE NO. C07 04731 HRL

**APPLICATION FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Edgar R. Cataxinos, an active member in good standing of the bar of the State of Utah, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing StorageCraft Technology Corp. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Kimberly Donovan, GCA Law Partners, LLP, 1891 Landings Drive, Mountain View, CA 94043, Tele: (650) 237-7294

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 19, 2007

Edgar R. Cataxinos (7162)