*E-filed 10/23/07*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

SYMANTEC CORPORATION

Plaintiff(s),

v.

STORAGECRAFT TECHNOLOGY CORPORATION

Defendant(s).

CASE NO. C07 04731 HRL

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

H. Dickson Burton, an active member in good standing of the bar of Northern District, State of Utah whose business address and telephone number (particular court to which applicant is admitted) is

TRASKBRITT, P.C.
P.O. Box 2550, 230 South 500 East, Suite 300, SLC, UT 84110
Tele: (801) 532-1922

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendant Storage Craft Technology Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 10/23/07

Howard R. Lloyd
United States Magistrate Judge