*E-filed 10/23/07*

UNITED STATES DISTRICT COURT
Northern District of California

1

2

3

4

5

6    SYMANTEC CORPORATION                          CASE NO.  C07 04731 HRL

7
                          Plaintiff(s),            ORDER GRANTING APPLICATION
8         v.                                       FOR ADMISSION OF ATTORNEY
                                                   *PRO HAC VICE*
9    STORAGECRAFT TECHNOLOGY
     CORPORATION
10

11
                      Defendant(s).
12    _____/

13        Edgar R. Cataxinos                  , an active member in good standing of the bar of

14        Northern District, State of Utah              whose business address and telephone number

15    (particular court to which applicant is admitted)

16    is

17    TRASKBRITT, P.C.
      P.O. Box 2550, 230 South 500 East, Suite 300, SLC, UT 84110
18    Tele: (801) 532-1922                                                                    ,

19    having applied in the above-entitled action for admission to practice in the Northern District of

20    California on a *pro hac vice* basis, representing defendant Storage Craft Technology Corporation   .

21        IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

22    conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

23    *vice*. Service of papers upon and communication with co-counsel designed in the application will

24    constitute notice to the party. All future filings in this action are subject to the requirements

25    contained in General Order No. 45, *Electronic Case Filing.*

26

27    Dated: 10/23/07

28                                                 _____
                                                   Howard R. Lloyd
                                                   United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California