UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Symantec Corporation<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>StorageCraft Technology Corporation<br><br>　　　　Defendant(s). | No. C V07-4731 HRL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: October 30, 2007          Signature _____
　　　　　　　　　　　　　　　　Counsel for _____Defendant_____
　　　　　　　　　　　　　　　　(Plaintiff, Defendant, or indicate "pro se")