1  Kimberly a. Donovan (CA Bar No. 160729)
   **GCA LAW PARTNERS LLP**
2  1891 Landings Drive
3  Mountain View, Ca 94043
   Telephone: (650) 428-3900
4  Facsimile: (650) 428-3901
   E-mail: kdonovan@gcalaw.com
5

6  H. Dickson Burton (UT Bar. No. 4004) (*pro hac vice*)
   Edgar R. Cataxinos (UT Bar No. 7162) (*pro hac vice*)
7  **TRASKBRITT, P.C.**
8  230 South 500 East
   Suite 300
9  P.O. Box 2550
   Salt Lake City, Utah 84110-2550
10 Telephone:    (801) 532-1922
11 Facsimile:    (801) 531-9168
   E-Mail:       hdburton@traskbritt.com
12

13 Attorneys for Defendant
   STORAGECRAFT TECHNOLOGY CORP.

14

15

16                IN THE UNITED STATES DISTRICT COURT

17              FOR THE NORTHERN DISTRICT OF CALIFORNIA

18                          SAN JOSE DIVISION

19

20                                          )   Case No. CV07-4731 HRL
                                            )
21 SYMANTEC CORP.                           )   **DEFENDANT'S**
                                            )   **NOTICE OF MOTION AND**
22                                          )   **MOTION TO DISMISS OR,**
              Plaintiff,                    )   **IN THE ALTERNATIVE, TO**
23                                          )   **TRANSFER THE ACTION**
                                            )
24    v.                                    )
                                            )
25 STORAGECRAFT TECHNOLOGY                  )
   CORPORATION.                             ))  Date:  Tues., December 4, 2007
26            Defendant.                    ))  Time:  10:00 a.m.
                                                Place: Courtroom 2
27 ─────────────────────────────────────

28

Case No. CV07-4731 HRL                    -1-
Def's Motion to Dismiss Or, in the Alternative, to
Transfer the Action

TO PLAINTIFF AND ITS COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that on Tuesday, December 4, 2007, at 10:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 2 of the above-entitled Court, located at 280 South 1st Street, San Jose, CA 95113, defendant StorageCraft Technology Corporation ("StorageCraft") will, and does hereby, move this Court for an order:

(a) dismissing this matter for improper venue; and/or

(b) transferring this action, pursuant to 28 U.S.C. §1404(a) and Fed. Rule Civ. P. 12(b)(3), to the District of Utah to be consolidated with the action involving these parties that StorageCraft anticipates filing shortly ("the Utah Action").

This motion is made on the grounds that:

1. The alleged trade secrets at issue were created in Utah.
2. The alleged improper activities occurred in the State of Utah.
3. The overwhelming majority of witnesses and evidence are located in Utah.
4. Plaitiff's claims and allegations are based, in part, on employment agreements which have a forum selection clause requiring that any litigation relating to the agreements take place in Utah.
5. Utah would have personal jurisdiction over Plaintiff.

This Motion is based upon this Notice of Motion, the Memorandum in Support of Defendant's Motion, filed concurrently herewith, the Declaration of Thomas Russ Shreeve filed concurrently herewith, and all of the pleadings and papers on file herein and upon such further evidence and argument, both oral and documentary, as may be presented at the hearing on this matter.

Dated: October 30, 2007

TRASKBRITT, PC
H. Dickson Burton
Edgar R. Cataxinos


_/S/ H. Dickson Burton_
H. Dickson Burton (4004)