Kimberly Donovan (CA Bar No.160729)
**GCA LAWPARTNERS, LLP**
1891 Landings Drive
Mountain View, Ca 94043
Telephone: (650) 428-3900
Facsimile: (650) 428-3901
E-mail: kdonovan@gcalaw.com

H. Dickson Burton (UT Bar No. 4004) (*pro hac vice*)
Edgar R. Cataxinos (UT Bar No.7162) (*pro hac vice*)
**TRASKBRITT, P.C.**
230 South 500 East
Suite 300
P.O. Box 2550
Salt Lake City, Utah 84110-2550
Telephone:    (801) 532-1922
Facsimile:    (801) 531-9168
E-Mail:       hdburton@traskbritt.com

Attorneys for Defendant
STORAGECRAFT TECHNOLOGY CORP.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYMANTEC CORP.<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STORAGECRAFT TECHNOLOGY CORPORATION.<br>　　　　　Defendant. | Case No.  CV07-4731 HRL<br><br>**[PROPOSED]**<br>**ORDER GRANTING DEFENDANT'S**<br>**MOTION TO DISMISS OR, IN THE**<br>**ALTERNATIVE, TO TRANSFER**<br>**THE ACTION**<br><br>Date:　Tues., December 4, 2007<br>Time:　10:00 a.m.<br>Place:　Courtroom 2 |

DOCUMENT PREPARED
ON RECYCLED PAPER

25803362.1

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER THE ACTION

Having considered the papers filed and the arguments presented with respect to Defendant StorageCraft Technology Corporation's Motion to Dismiss, Or In The Alternative, To Transfer the Action, it is ordered that, pursuant to Rule 12(b)(3), this matter is dismissed for improper venue.

The Court also finds that pursuant to 28 U.S.C. §1404(a), venue is improper in this Court. Defendant's Motion To Dismiss is hereby GRANTED.

IT IS SO ORDERED.

DATED: _____ 2007

_____
Honorable Howard R. Lloyd
Magistrate Judge, United States District Court Judge

Respectfully submitted,

By _____
H. Dickson Burton (4004)
Edgar R. Cataxinos (7162)
TRASKBRITT, PC
230 South 500 East, Suite 300
P.O. Box 2550
Salt Lake City, UT 84110
Telephone: (801) 532-1922

Kimberly A. Donovan (160729)
GCA LAW PARTNERS LLP
1891 Landings Drive
Mountain View, CA 94043
Telephone: (650) 428-3900

Attorneys for Defendant,
StorageCraft Technology Corporation