UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Symantec Corporation, | No. C07-04731 |
|     Plaintiff, | |
|  v. | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| Storagecraft Technology Corporation, | |
|     Defendant. | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for December 18, 2007 at 1:30 pm. before the Honorable Judge Howard R. Lloyd has been continued to **January 14, 2008 at 10:00 a.m.**, before the Honorable Judge James Ware. Parties are to appear in courtroom #8, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on December 31, 2007.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5356, so as to take this matter off calendar.

Dated: October 31, 2007                            RICHARD W. WIEKING, Clerk
                                                                             United States District Court

                                                                             /s/*Patty Cromwell*
                                                                             By: Patty Cromwell
                                                                             Courtroom Deputy Clerk for
                                                                             Magistrate Judge Howard R. Lloyd

1  THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

3  Edgar R. Cataxinos , Sr    ercataxinos@traskbritt.com
4  Kimberly Ann Donovan    kdonovan@gcalaw.com, ternst@gcalaw.com
5  Paul Singh Grewal    pgrewal@daycasebeer.com, shall@daycasebeer.com