UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>             Plaintiff,<br><br>     v.<br><br>STORAGECRAFT TECHNOLOGY<br>CORPORATION et al,<br><br>             Defendant.<br>_____/ | Case Number: CV07-04731 JW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 31, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

H. Dickson Burton
Traskbritt
Professional Corporation
Post Office Box 2550
230 South 500 East
Suite 300
Salt Lake City, UT 84110


Dated: October 31, 2007

                                                        Richard W. Wieking, Clerk
                                                        By: Tiffany Salinas-Harwell, Deputy Clerk