Paul S. Grewal (CSB# 196539)
DAY CASEBEER MADRID & BATCHELDER LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014
Tel. (408) 873-0110
Fax: (408) 873-0220
Email: pgrewal@daycasebeer.com

Attorneys for Plaintiff
SYMANTEC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYMANTEC CORPORATION<br><br>                    Plaintiff,<br><br>        v.<br><br>STORAGECRAFT TECHNOLOGY CORPORATION,<br><br>                    Defendant. | Case No. C07-04731 JW<br><br>DECLARATION OF PAUL S. GREWAL IN SUPPORT OF PLAINTIFF SYMANTEC CORPORATION'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER THE ACTION |

I, Paul S. Grewal, declare as follows:

1. I am a partner at the law firm of Day Casebeer Madrid & Batchelder LLP, counsel for Plaintiff Symantec Corporation ("Symantec"). I am admitted to practice law before all courts of the State of California and this Court.

2. I make this declaration of my own personal knowledge. If called to testify as to the truth of the matters stated herein, I could and would do so competently.

3. In July of 2007, I understand that Symantec learned that StorageCraft Technology Corporation ("StorageCraft") was a defendant in a lawsuit brought in state court in Utah by NetJapan Holdings, Incorporated ("NetJapan"). Also named as defendants were Thomas J. Shreeve, Thomas R. Shreeve, Scott A. Barnes, and Curtis A. James.

4. Within NetJapan's lawsuit against StorageCraft, NetJapan issued a subpoena to Symantec upon commission by the Santa Clara County Superior Court, seeking discovery from Symantec relevant to NetJapan's allegation that it was misled about particular contractual restrictions.

5. After providing documents responsive to the subpoena, Symantec tendered Symantec Vice President Don Kleinschnitz as a Rule 30(b)(6) witness for deposition on August 23, 2007 at the offices of my law firm in Cupertino. In addition to counsel for NetJapan, StorageCraft, and Symantec, the deposition was attended, by telephone, by Thomas J. Shreeve and other individual defendants in the NetJapan lawsuit. I served as Symantec's counsel during this deposition.

6. Shortly after the deposition began, counsel for NetJapan presented Mr. Kleinschnitz and Symantec counsel with various documents produced by StorageCraft from its files.

7. Among the documents presented from StorageCraft's files and produced to NetJapan was a copy of Symantec's Employee Data List with an email cover letter.

8. Attached hereto as Exhibit A is a true and correct copy of Symantec Corporation's Complaint for Misappropriation of Trade Secrets and Unfair Competition filed in this action on September 13, 2007.

9.   Attached hereto Exhibit B is a true and correct copy of a printout from StorageCraft's website at url www.storagecraft.com/Company/AboutStorageCraft, which I caused to be downloaded on November 11, 2007.

10.  Attached hereto as Exhibit C is a true and correct copy of StorageCraft's press release dated January 15, 2004.

11.  Attached hereto as Exhibit D is a true and correct copy of a printout from StorageCraft's website at url www.storagecraft.com/Partners/StrategicPartners, which I caused to be downloaded on November 11, 2007.

12.  Attached hereto as Exhibit E is a true and correct copy of a Deposition Subpoena and Commission served on Symantec by NetJapan in the *NetJapan Holdings, Inc. v. StorageCraft Technologies Corp.* matter on July 23, 2007.

13.  Attached hereto as Exhibit F is a true and correct copy of the opinion in *Healthtrac Corp. v. Caterpillar, Inc.*, No. CIV S-05-0853, 2005 U.S. Dist. LEXIS 25272 (N.D. Cal. October 26, 2005).

14.  Attached hereto as Exhibit G is a true and correct copy of the opinion in *Ming Hsu v. VTEX Energy, Inc.*, C 06-07688, 2007 U.S. Dist. LEXIS 33806 (N.D. Cal. Apr. 26, 2007).

15.  Attached hereto as Exhibit H is a true and correct copy of the Order Regarding Plaintiff's Motion to Appoint Receiver dated July 30, 2007 and issued in the *NetJapan Holdings, Inc. v. Shreeve, et al.* case.

16.  Attached hereto as Exhibit I is a true and correct copy of the opinion in *S.E.C. v. Beacon Hill*, No. 02 Civ. 8855, 2005 WL 2874793 (S.D.N.Y. Nov. 2, 2005).

1  17.  Attached hereto as Exhibit J is a true and correct copy of StorageCraft's press
2  releases dated November 1, 2006, March 2, 2007, and May 3, 2007, which I caused to be
3  downloaded on November 11, 2007.

5  I declare under penalty of perjury under the laws of the United States that the foregoing is
6  true and correct to the best of my knowledge.

8  Dated: November 13, 2007


Paul S. Grewal