# EXHIBIT B

StorageCraft - Provider of online disk backup software, disaster recovery, data storage, data protection, a...   Page 1 of 1

Case 5:07-cv-04731-JW     Document 22-3     Filed 11/13/2007     Page 2 of 2




**About StorageCraft Technology Corporation**

Located in Draper, Utah and founded in 2003, StorageCraft Technology Corporation is focused on providing innovative disk-based backup, disaster recovery, data protection, migration and security solutions for servers, desktops and laptops. Our main objective is to provide products that can reduce downtime, improve business continuity and lower the Total Cost of Ownership (TCO) for systems in your environment. Our products benefit:

- **Enterprise** - companies with Windows servers, desktop and laptops where reliable and fast backup and disaster recovery are key to your business plan. Also, companies that are interested in migration and consolidation of systems using virtualization technology.
- **OEM** - Our solutions are complimentary to virtualization, backup, disaster recovery and systems management software vendors. We also have extensive experience in providing recovery solutions globally for small and large PC, server and storage hardware manufacturers.
- **Small Business** - Our solutions support the disaster recovery and data protection needs for home offices or a single PC.

Let us know how we can assist you with your disaster recovery, data protection and system migration needs!

**Company Address:**
StorageCraft Technology Corporation
180 West Election Road, Suite 230
Draper, Utah 84020

| | |
|---|---|
| **Phone:** | 801.545.4700 |
| **Fax:** | 801.545.4705 |
| **Web:** | www.storagecraft.com |
| **Sales:** | sales@storagecraft.com |
| **General:** | contactus@storagecraft.com |

Copyright © 2004 - 2007 StorageCraft Technology Corporation. All Rights Reserved. Backup, Security and Manage Software by StorageCraft. Privacy Statement