# EXHIBIT D



SEARCH:     GO

STORE   🛒   PARTNER LOGIN   GLOBAL

PRODUCTS        HOW TO BUY        SERVICE & SUPPORT        PARTNERS

COMPANY



01 SECURE
02 PROTECT
03 MANAGE

StorageCraft has been an integral part of very successful products built for the enterprise storage, data protection, disaster recovery and backup. The following are just a few partners that utilize our core technology at the heart of their products:

  

  

  

  



We have strong OEM and Partner Alliance Programs that can assist you. If you would like to be a member of one of our partner programs, please go to New Strategic Partner Sign Up or send an email to contactus@storagecraft.com and one of our partner program representatives will get with you promptly.

Copyright © 2004 - 2007 StorageCraft Technology Corporation. All Rights Reserved. Backup, Security and Manage Software by StorageCraft. Privacy Statement