# EXHIBIT E

**SUBP-020**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Paul Windust-Bar No. 167338<br>Berding & Weil, LLP<br>3240 Stone Valley Road West<br>Alamo, California 94507-6268<br>TELEPHONE NO.: (925) 552-6268   FAX NO. (Optional): (925) 820-5592<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): NetJapan Holdings, Inc. & NetJapan, Inc. | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Santa Clara
STREET ADDRESS: 191 North First Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Jose, 95113
BRANCH NAME: Downtown Superior Court

PETITIONER: NetJapan Holdings, Inc. & NetJapan, Inc.
RESPONDENT: StorageCraft Technologies Corporation ("STC")

**DEPOSITION SUBPOENA**
**FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS**

CASE NUMBER:

THE PEOPLE OF THE STATE OF CALIFORNIA, TO (name, address, and telephone number of deponent, if known):

1. **YOU ARE ORDERED TO APPEAR IN PERSON TO TESTIFY AS A WITNESS in this action at the following date, time, and place:**

   Date: August 15, 2007   Time: 9:00 a.m.   Address: 10050 S De Anza Blvd, Cupertino, CA 95014

   a. [✓] As a deponent who is not a natural person, you are ordered to designate one or more persons to testify on your behalf as to the matters described in item 4. (Code Civ. Proc., § 2025.220(a)(6)).
   b. [✓] You are ordered to produce the documents and things described in item 3.
   c. [✓] This deposition will be recorded stenographically   [ ] through the instant visual display of testimony, and by [ ] audiotape   [✓] videotape
   d. [ ] This videotape deposition is intended for possible use at trial under Code of Civil Procedure section 2025.620(d).

2. The personal attendance of the custodian or other qualified witness and the production of the original records are required by this subpoena. The procedure authorized by Evidence Code sections 1560(b), 1561, and 1562 will not be deemed sufficient compliance with this subpoena.

3. The documents and things to be produced and any testing or sampling being sought are described as follows:

   [✓] Continued on Attachment 3.

4. If the witness is a representative of a business or other entity, the matters upon which the witness is to be examined are described as follows:

   [✓] Continued on Attachment 4.

5. **IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.**

6. At the deposition, you will be asked questions under oath. Questions and answers are recorded stenographically at the deposition; later they are transcribed for possible use at trial. You may read the written record and change any incorrect answers before you sign the deposition. You are entitled to receive witness fees and mileage actually traveled both ways. The money must be paid, at the option of the party giving notice of the deposition, either with service of this subpoena or at the time of the deposition.

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.**

Date issued:

_____   ▶   _____
(TYPE OR PRINT NAME)                 (SIGNATURE OF PERSON ISSUING SUBPOENA)

                                      _____
                                      (TITLE)

(Proof of service on reverse)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUBP-020 [Rev. January 1, 2007]

**DEPOSITION SUBPOENA FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS**

Code of Civil Procedure,
§§ 2020.510, 2025.220, 2025.620;
Government Code, § 68097.1
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

**SUBP-020**

| PLAINTIFF/PETITIONER: NetJapan Holdings, Inc. & NetJapan, Inc. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: StorageCraft Technologies Corporation ("STC") | |

## PROOF OF SERVICE OF DEPOSITION SUBPOENA FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS

1. I served this *Deposition Subpoena for Personal Appearance and Production of Documents and Things* by personally delivering a copy to the person served as follows:

    a. Person served *(name)*:

    b. Address where served:

    c. Date of delivery:

    d. Time of delivery:

    e. Witness fees and mileage both ways *(check one)*:
        (1) ☐ were paid. Amount .......... $ _____
        (2) ☐ were not paid.
        (3) ☐ were tendered to the witness's public entity employer as required by Government Code section 68097.2. The amount tendered was *(specify)*: ....... $ _____

    f. Fee for service: ........................ $ _____

2. I received this subpoena for service on *(date)*:

3. Person serving:
    a. ☐ Not a registered California process server.
    b. ☐ California sheriff or marshal.
    c. ☐ Registered California process server.
    d. ☐ Employee or independent contractor of a registered California process server.
    e. ☐ Exempt from registration under Business and Professions Code section 22350(b).
    f. ☐ Registered professional photocopier.
    g. ☐ Exempt from registration under Business and Professions Code section 22451.
    h. Name, address, telephone number, and, if applicable, county of registration and number:

| I **declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct. | **(For California sheriff or marshal use only)** I **certify** that the foregoing is true and correct. |
|---|---|
| Date: | Date: |
| ▶ _____ (SIGNATURE) | ▶ _____ (SIGNATURE) |

| SUBP-020 [Rev. January 1, 2007] | **PROOF OF SERVICE DEPOSITION SUBPOENA FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS** | Page 2 of 2 |

## ATTACHMENT 3

1. Any files pertaining to the employment of Scott A. Barnes including, without limitation, any resumes, any offers of employment, salary history, performance reviews, bonus payments, discipline records, and any documents pertaining to the termination of employment of Scott A. Barnes.

2. Any files pertaining to the employment of Thomas R. Shreeve including, without limitation, any resumes, any offers of employment, salary history, performance reviews, bonus payments, discipline records, and any documents pertaining to the termination of employment of Thomas R. Shreeve.

3. Any files pertaining to the employment of Curtis A. James including, without limitation, any resumes, any offers of employment, salary history, performance reviews, bonus payments, discipline records, and any documents pertaining to the termination of employment of Curtis A. James.

4. Any files pertaining to the employment of Brandon Nordquist including, without limitation, any resumes, any offers of employment, salary history, performance reviews, bonus payments, discipline records, and any documents pertaining to the termination of employment of Brandon Nordquist.

5. Copies of all agreements concerning confidentiality of information and/or restrictions on competitive employment with any following:

    a. Scott A. Barnes;
    b. Thomas R. Shreeve;
    c. Curtis A. James; and
    d. Brandon Nordquist.

6. Any and all documents relating to the performance and/or breach of written agreements by:

    a. Scott A. Barnes;
    b. Thomas R. Shreeve;
    c. Curtis A. James; and
    d. Brandon Nordquist.

## ATTACHMENT 4

As used herein, "Symantec" refers to Symantec Corporation or PowerQuest Corporation.

1. The information contained in the documents produced in response to this subpoena; and the foundation of the documents.

2. Information pertaining to Symantec's employment of Scott A. Barnes, Curtis A. James, Brandon Nordquist, and Thomas R. Shreeve (the "Former Employees") and each of them, including, without limitation, their duties, work performance, salary, any disciplinary action taken, and termination.

3. All agreements (the "Agreements") concerning confidentiality of information and/or restrictions on competitive employment between Symantec and any of the Former Employees; and Symantec's understanding and interpretation of the Agreements.

4. The performance and/or breaches of the Agreements by any of the Former Employees; all evidence of such breaches; and all actions taken and communications relating to any such breaches.

P:\TOlsen\Andy\NetJapan\Pleadings\Commissions071907\Symantec Sub ATTACHMENT 4.wpd

Case 5:07-cv-04731-JW    Document 22-6    Filed 11/13/2007    Page 6 of 9

RICHARD D. BURBIDGE, Esq. (#0492)
JEFFERSON W. GROSS, Esq. (#8339)
ROBERT J. SHELBY, Esq. (#8319)
ANDREW J. DYMEK, Esq. (#9277)
BURBIDGE MITCHELL & GROSS
Parkside Tower
215 South State, Suite 920
Salt Lake City, Utah 84111
Telephone: (801) 355-6677
Facsimile: (801) 355-2341



Attorneys for Plaintiffs and Counterclaim Defendants

## IN THE THIRD DISTRICT COURT IN AND FOR
## SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| NETJAPAN HOLDINGS, INC., a Japanese Corporation; and NETJAPAN, INC., a Japanese Corporation,<br><br>    Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>STORAGECRAFT TECHNOLOGY CORPORATION, a Utah Corporation; THOMAS J. SHREEVE, an individual; THOMAS R. SHREEVE, an individual; SCOTT A. BARNES, an individual; CURTIS A. JAMES, an individual; BRANDON NORDQUIST, an individual; and DOES I THROUGH V,<br><br>    Defendants and Counterclaimants. | **COMMISSION**<br>**(Symantec Corp.)**<br><br><br><br>Civil No. 060920091<br>Judge Vernice S. Trease |

**TO:**   **THE APPROPRIATE AUTHORITY IN SANTA CLARA COUNTY,**

       **CALIFORNIA**

This cause coming before the Court on the Plaintiffs' application for commissions to serve out-of-state subpoenas, it has been determined that Symantec Corp. ("Symantec"), a corporation with a principal place of business in Cupertino, CA, has information and documents relevant to and necessary for a full and fair adjudication of this action, pending in the Third Judicial District Court in and for Salt Lake County, Utah, and that it would further the interests of justice if a subpoena for an oral deposition and the production of documents from Symantec were issued from the appropriate authority in this jurisdiction. Accordingly, the court requests that the appropriate judicial authority issue a subpoena commanding Symantec to produce documents and to submit to a deposition before a certified court reporter. A photocopy of this Commission shall have the same force and effect as the original.

DATED this 23 day of July, 2007.

BY THE COURT:

_____
Honorable Vernice S. Trease
Third District Court Judge

**CERTIFICATE OF SERVICE**

  I hereby certify that I hand-delivered, a true and accurate copy of the foregoing **COMMISSION (Symantec)** on the ___19th___ day of July, 2007, to the following:

Todd M. Shaughnessy
SNELL & WILMER, LLP
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101

_____

P:\TOlsen\Andy\NetJapan\Pleadings\Commissions071907\Commission Symantec.wpd