# EXHIBIT H

Case 5:07-cv-04731-JW     Document 22-9     Filed 11/13/2007     Page 1 of 6

**FILED DISTRICT COURT**
Third Judicial District

JUL 3 0 2007

SALT LAKE COUNTY
By_____
Deputy Clerk

PREPARED AND SUBMITTED BY:

James E. Magleby (7247)
Christopher M. Von Maack (10468)
**MAGLEBY & GREENWOOD, P.C.**
170 South Main Street, Suite 350
Salt Lake City, Utah 84101
Telephone: 801.359.9000
Facsimile: 801.359.9011

Attorneys for Plaintiff NetJapan Holdings, Inc.

IN THE THIRD JUDICIAL DISTRICT COURT

SALT LAKE COUNTY, STATE OF UTAH

| | |
|---|---|
| NETJAPAN HOLDINGS, INC., a Japanese Corporation, by and on behalf of STORAGECRAFT TECHNOLOGY CORPORATION, a Utah Corporation<br><br>Plaintiff,<br><br>v.<br><br>THOMAS J. SHREEVE, an individual, THOMAS R. SHREEVE, an individual, BRANDON NORDQUIST, an individual, SCOTT A. BARNES, an individual, CURTIS A. JAMES, an individual, and DOES I through V,<br><br>Defendants<br><br>and as Nominal Defendant, STORAGECRAFT TECHNOLOGY CORPORATION a Utah Corporation. | ORDER REGARDING PLAINTIFF'S MOTION TO APPOINT RECEIVER<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Civil No. 070906324<br><br>Honorable Anthony Quinn |

The above-captioned action came before the Court on StorageCraft Technology

Corporation's Motion to Appoint Investigative Panel and to Stay Derivative Action (the

Case 5:07-cv-04731-JW   Document 22-9   Filed 11/13/2007   Page 3 of 6

"Investigative Panel Motion") and Plaintiff's Motion to Appoint Receiver (the "Receiver Motion") (collectively, the "Motions"). On June 26, 2007, the Court held a hearing and heard oral argument on the fully-briefed Motions. Based upon the pleadings and papers on file with the Court, the June 26, 2007 hearing, and for good cause shown, the Court hereby FINDS:

    A.    At present, Nominal Defendant StorageCraft Technology Corporation ("STC") has not commenced an inquiry into the allegations made in the Shareholder Demand or the Verified and Amended Derivative Complaint, and no investigative panel is conducting an active review of the allegations.

    B.    Furthermore, appointment of a receiver is independent of a stay under Utah Code section 16-10a-740(3)(d).

    C.    Thus, Utah Code section 16-10a-740(3)(d) does not preclude appointment of a receiver.

    D.    However, in contrast to a receiver, it is more economical in the case at bar to require STC to provide two-weeks' notice to Plaintiff NetJapan Holdings, Inc. ("Plaintiff") of actions outside the ordinary course of business and afford Plaintiff an opportunity to object.

Based upon the pleadings and papers on file with the Court, the argument at the June 26, 2007 hearing, and for good cause shown, the Court hereby ORDERS:

    1.    STC shall provide two-weeks' advance notice to Plaintiff of any proposed transaction which is outside the ordinary course of business including, without limited to, the following:

    a.    Any change in compensation of STC's officers or directors, including bonuses;

    b.    Any encumbrance, sale, or transfer of STC's intellectual property (other than sales or licenses of software products to end users);

    c.    Any sale or purchase of significant assets; and/or

    d.    Any transactions between STC and any of its directors and/or officers.

2.    For purposes of clarification, he following types of transactions, for purposes of this order, are not outside the course of business:

    a.    Sale/license of software products to end users;

    b.    Payment of non-insider employee compensation;

    c.    Payment of taxes; and

    d.    Continued payment of existing salaries to insider employees;

3.    Plaintiff shall have two-weeks to object to the proposed action(s) or effort(s).

4.    If Plaintiff objects, STC shall not take the proposed action or make the proposed efforts without leave of the Court.

DATED this 30th day of July 2007.

THIRD JUDICIAL DISTRICT COURT

Honorable Anthony Quinn

APPROVED AS TO FORM AND SUBSTANCE:

Dated this ___ day of June 2007.

ANDERSON & KARRENBERG

_____
Thomas R. Karrenberg
Heather M. Sneddon
Attorneys for Nominal Defendant StorageCraft
 Technology Corporation

Dated this ___ day of June 2007.

SNELL & WILMER, LLP

_____
Alan L. Sullivan
Christopher J. Martinez
Todd M. Shaughnessy
Brett P. Johnson
Attorneys for Defendants Thomas J. Shreeve,
 Thomas R. Shreeve, Brandon Nordquist,
 Scott A. Barnes, and Curtis A. James

4

## CERTIFICATE OF SERVICE

I hereby certify that I am employed by the law firm of MAGLEBY & GREENWOOD, P.C., 170 South Main Street, Suite 350, Salt Lake City, Utah 84101, and that pursuant to Rule 5(b), Utah Rules of Civil Procedure, a true and correct copy of the foregoing **ORDER REGARDING PLAINTIFF'S MOTION TO APPOINT RECEIVER** was delivered to the following this 9th day of July 2007 by:

[ ] Hand Delivery

[ ] Facsimile

[X] Depositing the same in the U.S. Mail, postage prepaid

[ ] Via Electronic Mail as indicated below

Alan L. Sullivan
asullivan@swlaw.com
Christopher J. Martinez
cjmartinez@swlaw.com
Todd M. Shaughnessy
tshaughnessy@swlaw.com
Brett P. Johnson
bpjohnson@swlaw.com
SNELL & WILMER, LLP
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101

*Attorneys for Defendants Thomas J. Shreeve, Thomas R. Shreeve, Brandon Nordquist, Scott A. Barnes, and Curtis A. James*

Thomas R. Karrenberg
tkarrenberg@aklawfirm.com
Heather M. Sneddon
hsneddon@aklawfirm.com
ANDERSON & KARRENBERG
50 West Broadway, Suite 700
Salt Lake City, Utah 84101

*Attorneys for Nominal Defendant StorageCraft Technology Corporation*