# EXHIBIT J



**Leading the Way to Safer Computing**

SEARCH:

STORE

PRODUCTS | HOW TO BUY | SERVICE & SUPPORT | PARTNERS
COMPANY

StorageCraft to Exhibit at Data Protection Summit
StorageCraft Willl Exhibit and Present at Data Protection Summit, Mar 12 - 15, Irvine, CA.
3/2/2007

**DRAPER, Utah, U.S.A.** – StorageCraft Technology Corporation, a provider of innovative disk-based backup, disaster recovery, data protection, migration and security solutions for servers, desktops and laptops, announced today it will be an exhibitor at the upcoming Data Protection Summit 2007. DPS will be March 12-15 in Irvine, Calif.

StorageCraft Chief Technology Officer, Scott Barnes, will be participating in a panel discussion titled, "Data Protection in a Microsoft Windows Environment." Those attending this discussion will hear ways they can keep their company's valuable data safe.

StorageCraft will also show attendees how they can protect their Windows systems and data with StorageCraft ShadowProtect™ line of disk-based backup and disaster recovery software.

Visit the StorageCraft Technology Corporation booth #35 to sign up for the StorageCraft Reseller Partner Program and find out about new offerings available for managed service providers (MSPs).

For more information about the StorageCraft exhibit at DPS, please visit: www.storagecraft.com/DPSummit.html.

**About StorageCraft Technology Corporation**
StorageCraft Technology Corporation provides innovative disk-based backup, disaster recovery, data protection, migration and security solutions for servers, desktops and laptops. StorageCraft delivers software products that reduce downtime, improve security and stability for systems and data and lower the total cost of ownership for servers, desktops and laptops.

www.storagecraft.com

StorageCraft and ShadowProtect are trademarks of StorageCraft Technology Corporation. Other company and product names may be trademarks or registered trademarks of their respective owners.

**Contact Information:**
Laura Shafer
Public Relations Director
StorageCraft Technology Corporation
+1 (801) 545-4732
laura.shafer@storagecraft.com

Copyright © 2004 - 2007 StorageCraft Technology Corporation. All Rights Reserved. Backup, Security and Manage Software by StorageCraft. Pri

Case 5:07-cv-04731-JW    Document 22-11    Filed 11/13/2007    Page 3 of 6



# STORAGECRAFT.
### Leading the Way to Safer Computing

SEARCH:

STORE

PRODUCTS | HOW TO BUY | SERVICE & SUPPORT | PARTNERS
COMPANY

**StorageCraft Exhibits at VMworld**
Software Company To Detail Virtualization Optimization
11/1/2006

**DRAPER, Utah, U.S.A.** – StorageCraft Technology Corporation, a provider of innovative security, disaster recovery and data protection solutions for servers and PCs, announced today that it will participate in VMworld 2006 as an exhibitor. The premiere virtualization technology conference runs Nov. 7-9, 2006 at the Los AngelesConvention Center.

During the trade show, StorageCraft will outline the interoperability of its disk-based backup and disaster recovery software, StorageCraft ShadowProtect™, with virtual systems. In addition, the company will supply solution providers with exclusive details of its plans for virtualization machine migration and server consolidation.

"StorageCraft is developing new solutions which will help resellers with customers who are using virtual systems in their network environments," said Brandon Nordquist, vice president of product marketing. "Our solutions will provide easy migration of virtual systems to and from virtual and physical environments."

During VMworld, visit StorageCraft Technology Corporation at booth #836 to sign up for the no-cost StorageCraft Reseller Partner Program and find out about the free benefits for authorized StorageCraft resellers. These benefits include NFR software, product and sales training, lead sharing, as well as excellent pre-sales and product support.

In addition to these benefits, StorageCraft will offer significant discounts on StorageCraft product solutions for VMworld attendees.

For more information about the StorageCraft exhibit at VMworld 2006, please visit the following URL:
www.StorageCraft.com/VMworld.html.

**About StorageCraft Technology Corporation**
StorageCraft Technology Corporation provides innovative security, disaster recovery and data protection solutions for servers and PCs. StorageCraft delivers software products that reduce downtime, improve security and stability for systems and data and lower the total cost of ownership for servers, PCs and laptops. www.storagecraft.com.

StorageCraft and ShadowProtect are trademarks or registered trademarks of StorageCraft Technology Corporation. Other company and product names may be trademarks or registered trademarks of their respective owners.

**Contact Information:**
Laura Shafer
Public Relations Director
StorageCraft Technology Corporation
+1 (801) 545-4732
laura.shafer@storagecraft.com



StorageCraft Presents at MSPAlliance Conference
StorageCraft will lead discussion about data protection at symposium for managed service providers
5/3/2007

**DRAPER, Utah, U.S.A.** – StorageCraft Technology Corporation, a provider of innovative disk-based backup, disaster recovery, data protection, migration and security solutions for servers, desktops and laptops, today announced it will participate as a presenter and exhibitor at MSPAlliance Spring Managed Services Conference. The conference will be May 10-11 in Orlando, Flordia.

StorageCraft vice president of marketing and business development, Curt James, will lead a conference session titled, "Data Protection, Disaster Recovery and Migration in a Windows Environment" on Friday, May 11. He will discuss how managed service providers can sell backup, disaster recovery and system migration as a service to their clients and customers.

In addition, StorageCraft will participate in the conference as an exhibitor, detailing the StorageCraft Managed Service Provider (MSP) Partner Program and the StorageCraft ShadowProtect ™ line of disk-based backup and disaster recovery software.

Visit the StorageCraft booth to sign up for the StorageCraft MSP Partner Program or the StorageCraft Reseller Partner Program and find out about the free benefits available to authorized StorageCraft resellers. For details about the StorageCraft MSP Partner Program, please visit: http://www.storagecraft.com/Partners/MSPPartners/.

**About MSPAlliance**
MSPAlliance is a vendor neutral professional association for the managed services industry. It is a global organization of service providers and technology vendors who work together to create industry guidelines while they educate consumers and others about the successful use of technology through managed services.www.mspalliance.com

**About StorageCraft Technology Corporation**
StorageCraft Technology Corporation provides innovative disk-based backup, disaster recovery, data protection, migration and security solutions for servers, desktops and laptops. StorageCraft delivers software products that reduce downtime, improve security and stability for systems and data and lower the total cost of ownership for servers, desktops and laptops.
www.storagecraft.com

StorageCraft and ShadowProtect are trademarks of StorageCraft Technology Corporation. Other company and product names may be trademarks or registered trademarks of their respective owners.

**Contact Information:**
Laura Shafer
Public Relations Director
StorageCraft Technology Corporation
+1 (801) 545-4732
laura.shafer@storagecraft.com