1 | KIMBERLY A. DONOVAN (CA Bar No. 160729)
GCA LAW PARTNERS LLP
2 | 1891 Landings Drive
Mountain View, Ca 94043
3 | Telephone: (650) 428-3900
Facsimile: (650) 428-3901
4 | E-mail: kdonovan@gcalaw.com

5

6 | H. DICKSON BURTON (UT Bar. No. 4004) (*pro hac vice*)
EDGAR R. CATAXINOS (UT Bar No. 7162) (*pro hac vice*)
**TRASKBRITT, P.C.**
7 | 230 South 500 East
Suite 300
8 | P.O. Box 2550
Salt Lake City, Utah 84110-2550
9 | Telephone:   (801) 532-1922
Facsimile:   (801) 531-9168
10 | E-Mail:      hdburton@traskbritt.com

11
Attorneys for Defendant
12 | STORAGECRAFT TECHNOLOGY CORP.

13
IN THE UNITED STATES DISTRICT COURT
14
FOR THE CENTRAL DISTRICT OF CALIFORNIA
15
SOUTHERN DIVISION
16

17

18 | SYMANTEC CORP.                     )  Case No. CV07-4731
                                       )
19 |              Plaintiff,            )  **DECLARATION OF**
                                       )  **BRANDON NORDQUIST**
20 |   v.                               )  **IN SUPPORT OF DEFENDANT'S**
                                       )  **MOTION TO TRANSFER**
21 |                                    )  **OR, IN THE ALTERNATIVE, TO**
                                       )  **DISMISS THE ACTION**
22 | STORAGECRAFT TECHNOLOGY            )
     CORPORATION.                      )
23 |              Defendant.            )  Date:  Tues. December 4, 2007
                                       )  Time:  10:00 a.m.
24 |                                    )  Place: San Jose, CA US Courthouse
                                       )
25                                      )
                                       )
26                                      )
                                       )
27

28

DOCUMENT PREPARED     25803312.1
ON RECYCLED PAPER

DECLARATION OF BRANDON NORDQUIST IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

I, Brandon Nordquist, declare as follows:

1. I am currently employed by StorageCraft Technology Corporation ("StorageCraft") as Vice President of Product Management. I was formerly employed by PowerQuest as a Technical Product Manager and terminated my employment with PowerQuest upon the acquisition of PowerQuest by Symantec Corporation ("Symantec") in December 2003. I am making this declaration in support of Defendant's Motion to Transfer Or, In The Alternative, To Dismiss The Action. The facts set forth herein are based upon my personal knowledge, and if called upon, I am competent to testify to such facts.

2. I originally received a file with the name "kidspics.xls" containing PowerQuest employee data during October or November of 2003 while I was an employee of PowerQuest and prior to Symantec's acquisition of PowerQuest. I understand that this file is referred to in Plaintiff's Complaint as the "Kid's Pics" file.

3. It is my recollection and understanding that, while I was still employed by PowerQuest, the "Kid's Pics" file was widely disseminated and widely discussed among PowerQuest employees in approximately October or November of 2003 before the acquisition of PowerQuest by Symantec.

4. I have never been an employee of Symantec.

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed at Salt Lake City, Utah, on November 20, 2007.

_____
Brandon Nordquist

DOCUMENT PREPARED ON RECYCLED PAPER

25803312.1

- 1 -

DECLARATION OF BRANDON NORDQUIST IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS