Kimberly A. Donovan (CA Bar No. 160729)
**GCA LAW PARTNERS LLP**
1891 Landings Drive
Mountain View, CA 94043
Telephone: (650) 428-3900
Facsimile: (650) 428-3901
E-mail: kdonovan@gcalaw.com

H. Dickson Burton (UT Bar. No. 4004) (*pro hac vice*)
Edgar R. Cataxinos (UT Bar No. 7162) (*pro hac vice*)
**TRASKBRITT, P.C.**
230 South 500 East
Suite 300
P.O. Box 2550
Salt Lake City, Utah 84110-2550
Telephone:   (801) 532-1922
Facsimile:   (801) 531-9168
E-Mail:   hdburton@traskbritt.com

Attorneys for Defendant
STORAGECRAFT TECHNOLOGY CORP.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYMANTEC CORP.<br><br>Plaintiff,<br><br>v.<br><br>STORAGECRAFT TECHNOLOGY CORPORATION.<br>Defendant. | Case No.  CV07-4731 JW<br><br>**DEFENDANT'S AMENDED NOTICE OF MOTION AND MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER THE ACTION**<br><br>Date:   February 11, 2008<br>Time:   9:00 a.m.<br>Place:   Courtroom 8 |

Case No. CV07-4731 JW
Def's Amended Motion to Dismiss Or, in the
Alternative, to Transfer the Action
-1-

TO PLAINTIFF AND ITS COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that on Monday, February 11, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 8 of the above-entitled Court, located at 280 South 1st Street, San Jose, CA 95113, defendant StorageCraft Technology Corporation ("StorageCraft") will, and does hereby, move this Court for an order:

(a) dismissing this matter for improper venue; and/or

(b) transferring this action, pursuant to 28 U.S.C. §1404(a) and Fed. Rule Civ. P. 12(b)(3), to the District of Utah to be consolidated with the action involving these parties that StorageCraft anticipates filing shortly ("the Utah Action").

This motion is made on the grounds that:

1. The alleged trade secrets at issue were created in Utah.
2. The alleged improper activities occurred in the State of Utah.
3. The overwhelming majority of witnesses and evidence are located in Utah.
4. Plaintiff's claims and allegations are based, in part, on employment agreements which have a forum selection clause requiring that any litigation relating to the agreements take place in Utah.
5. Utah would have personal jurisdiction over Plaintiff.

This Motion is based upon this Amended Notice of Motion, the Memorandum in Support of Defendant's Motion, filed on October 30, 2007, the Declaration of Thomas Russ Shreeve filed on October 30, 2007, and all of the pleadings and papers on file herein and upon such further evidence and argument, both oral and documentary, as may be presented at the hearing on this matter.

Dated: November 30, 2007

          GCA LAW PARTNERS LLP
          Kimberly A. Donovan


          /S/ Kimberly A. Donovan

          Attorneys for Defendant
          STORAGECRAFT TECHNOLOGY CORP.

Case No. CV07-4731 JW
Def's Amended Motion to Dismiss Or, in the
Alternative, to Transfer the Action

-2-