1  Kimberly A. Donovan (CA Bar No.160729)
   **GCA LAWPARTNERS, LLP**
2  1891 Landings Drive
   Mountain View, Ca 94043
3  Telephone: (650) 428-3900
   Facsimile: (650) 428-3901
4  E-mail: kdonovan@gcalaw.com

5  H. Dickson Burton (UT Bar No. 4004) (*pro hac vice*)
   Edgar R. Cataxinos (UT Bar No.7162) (*pro hac vice*)
6  **TRASKBRITT, P.C.**
   230 South 500 East
7  Suite 300
   P.O. Box 2550
8  Salt Lake City, Utah 84110-2550
   Telephone:   (801) 532-1922
9  Facsimile:   (801) 531-9168
   E-Mail:      hdburton@traskbritt.com
10

11 Attorneys for Defendant
   STORAGECRAFT TECHNOLOGY CORP.
12

13                 IN THE UNITED STATES DISTRICT COURT

14             FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                         SAN JOSE DIVISION

16

17                                              Case No.  CV07-4731 JW

18 SYMANTEC CORP.
                                                **[AMENDED PROPOSED]**
19              Plaintiff,                      **ORDER GRANTING DEFENDANT'S**
                                                **MOTION TO DISMISS OR, IN THE**
20      v.                                      **ALTERNATIVE, TO TRANSFER**
                                                **THE ACTION**
21

22 STORAGECRAFT TECHNOLOGY              Date:   February 11, 2008
   CORPORATION,                         Time:   9:00 a.m.
23              Defendant.              Place:  Courtroom 8

24

25

26

27

28

DOCUMENT PREPARED    25803362.1
ON RECYCLED PAPER

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER THE ACTION

1  Having considered the papers filed and the arguments presented with respect to Defendant
2  StorageCraft Technology Corporation's Motion to Dismiss, Or In The Alternative, To Transfer
3  the Action, it is ordered that, pursuant to Rule 12(b)(3), this matter is dismissed for improper
4  venue.
5  The Court also finds that pursuant to 28 U.S.C. §1404(a), venue is improper in this Court.
6  Defendant's Motion To Dismiss is hereby GRANTED.
7  IT IS SO ORDERED.

10  DATED: _____ 2007

    Honorable James Ware
11  United States District Court Judge

13  Respectfully submitted,

15  By /s/ Kimberly A. Donovan
16  H. Dickson Burton (4004)
    Edgar R. Cataxinos (7162)
17  TRASKBRITT, PC
    230 South 500 East, Suite 300
18  P.O. Box 2550
    Salt Lake City, UT  84110
19  Telephone:  (801) 532-1922

20  Kimberly A. Donovan (160729)
    GCA LAW PARTNERS LLP
21  1891 Landings Drive
    Mountain View, CA 94043
22  Telephone: (650) 428-3900

23  Attorneys for Defendant,
    StorageCraft Technology Corporation