Kimberly A. Donovan (CA Bar No. 160729)
**GCA LAW PARTNERS LLP**
1891 Landings Drive
Mountain View, Ca 94043
Telephone: (650) 428-3900
Facsimile: (650) 428-3901
E-mail: kdonovan@gcalaw.com

H. Dickson Burton (UT Bar No. 4004) (*pro hac vice*)
Edgar R. Cataxinos (UT Bar No.7162) (*pro hac vice*)
**TRASKBRITT, P.C.**
230 South 500 East
Suite 300
P.O. Box 2550
Salt Lake City, Utah 84110-2550
Telephone:    (801) 532-1922
Facsimile:      (801) 531-9168
E-Mail:         hdburton@traskbritt.com

Attorneys for Defendant
STORAGECRAFT TECHNOLOGY CORP.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYMANTEC CORP.<br><br>             Plaintiff,<br><br>v.<br><br>STORAGECRAFT TECHNOLOGY CORPORATION.<br>             Defendant. | Case No.  CV07-4731 JW<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS RE STORAGECRAFT TECHNOLOGY CORPORATION** |

DOCUMENT PREPARED ON RECYCLED PAPER

25803168.1

CERTIFICATION OF INTERESTED ENTITIES OR PERSON RE STORAGECRAFT TECHNOLOGY CORPORATION

Defendant avers that there is no parent corporation or publicly held corporation owning 10% or more of StorageCraft Technology Corporation.

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there are no interested parties or entities to report.

Dated: December 5, 2007

TRASKBRITT, PC
H. Dickson Burton
Edgar R. Cataxinos

    /S/   H. Dickson Burton
H. Dickson Burton

Attorneys for Defendant
STORAGECRAFT TECHNOLOGY CORP.