Kimberly A. Donovan (CA Bar No. 160729)
**GCA LAW PARTNERS LLP**
1891 Landings Drive
Mountain View, Ca 94043
Telephone: (650) 428-3900
Facsimile: (650) 428-3901
E-mail: kdonovan@gcalaw.com

H. Dickson Burton (UT Bar No. 4004) (*pro hac vice*)
Edgar R. Cataxinos (UT Bar No.7162) (*pro hac vice*)
**TRASKBRITT, P.C.**
230 South 500 East
Suite 300
P.O. Box 2550
Salt Lake City, Utah 84110-2550
Telephone:   (801) 532-1922
Facsimile:   (801) 531-9168
E-Mail:   hdburton@traskbritt.com

Attorneys for Defendant
STORAGECRAFT TECHNOLOGY CORP.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYMANTEC CORP.<br><br>　　　　Plaintiff,<br><br>v.<br><br>STORAGECRAFT TECHNOLOGY CORPORATION.<br>　　　　Defendant. | Case No.  CV07-4731 JW<br><br>**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** |

1  The Defendants, StorageCraft Technology Corporation ("StorageCraft") hereby notifies the Court, pursuant to Civil L. R. 3-13, of the pendency of another action between the parties. In support of this notice the Defendants state the following:

On November 5, 2007, StorageCraft filed suit against Symantec in the United States District Court for the District of Utah. In that case (2:07cv00856) (hereinafter referred to as the "Utah Action"), StorageCraft alleges Breach of Contract, Violation of the Utah Uniform Trade Secrets Act, and Copyright Infringement.

The present action (the "California Action") and the Utah Action involve the same parties.

The Defendant herein, StorageCraft, has filed a Motion to Dismiss and or to transfer the California Action to United States District Court for the District of Utah. As argued in the motion to transfer, the Defendant maintains that coordination of the two cases will conserve judicial resources and promote an efficient determination of both actions.

Dated: December 5, 2007

TraskBritt, PC
H. Dickson Burton
Edgar R. Cataxinos


/S/   H. Dickson Burton
H. Dickson Burton

Attorneys for Defendant
STORAGECRAFT TECHNOLOGY CORP.