UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>        Plaintiff(s),<br><br>   v.<br><br>STORAGECRAFT TECHNOLOGY CORPORATION,<br><br>        Defendant(s).<br>_____/ | No. C 07-04731 JW<br><br>CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference before Judge James Ware previously noticed for January 14, 2008 at 10:00 AM, has been reset to **March 17, 2008 at 10:00 AM,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties shall file a joint Case Management Conference by March 1, 2008.

Dated: December 21, 2007

                                        FOR THE COURT,
                                      Richard W. Wieking, Clerk


                             by: _____/s/_____
                                   Elizabeth Garcia
                                   Courtroom Deputy