1  Paul S. Grewal (CSB# 196539)
   William P. Nelson (CSB# 196091)
2  DAY CASEBEER MADRID & BATCHELDER LLP
   20300 Stevens Creek Blvd., Suite 400
3  Cupertino, CA  95014
   Tel.: (408) 873-0110
4  Fax: (408) 873-0220
   Email:  pgrewal@daycasebeer.com
5

6  Attorneys for Plaintiff
   SYMANTEC CORPORATION
7

8
                   UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN JOSE DIVISION
11

12
   | **SYMANTEC CORPORATION** | Case No. C07 04731 JW |
   |---|---|
   | Plaintiff, | **SYMANTEC CORPORATION'S RESPONSE TO DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING PURSUANT TO L.R. 3-13** |
   | v. | |
   | **STORAGECRAFT TECHNOLOGY CORPORATION,** | |
   | Defendant. | |

1   Plaintiff Symantec Corporation ("Symantec") hereby submits its response to Defendant StorageCraft Technology Corporation's ("StorageCraft") Notice of Pendency of Other Action Or Proceeding pursuant to L.R. 3-13.

2   Symantec concurs with StorageCraft's assessment that this action "involves all or a material part of the same subject matter, and all or substantially all of the same parties as another action which is pending in any other federal or state court." StorageCraft's complaint filed in federal district court in Utah on November 5, 2007 (case 2:07cv00856, hereinafter the "Utah Action") involves both the identical parties, and "a material part of the same subject matter" at issue in the action before this Court, which was filed more than two months earlier on September 13, 2007.

3   Consistent with the rule, and given the mutually conceded overlap in parties and issues, on December 11, 2007, Symantec filed a motion in the Utah Action to dismiss that action under the first-to-file rule, so that StorageCraft's claims in that action may be brought properly as counterclaims in the first-filed action before this Court. In the alternative, Symantec requested a stay of the proceedings in the Utah Action to allow this Court, which first obtained jurisdiction over venue issues, to resolve StorageCraft's pending motion to transfer. With respect to that pending motion, Symantec opposes transfer of this action to Utah, for the reasons stated in its Opposition to StorageCraft's transfer motion, filed before this Court on November 13, 2007.

Dated:  December 21, 2007

By:   */s/ William P. Nelson*
William P. Nelson (CSB# 196091)
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA  95014
Tel:  (408) 873-0110
Fax: (408) 873-0220

*Attorneys for Plaintiff Symantec Corporation*

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CIV 5-5(b). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CIV 5-5(b).  Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CIV 5-5, all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via email, facsimile and/or U. S. First Class Mail.

Dated:  December 21, 2007                  */s/ William P. Nelson*
                                                                       William P. Nelson