Paul S. Grewal (CSB# 196539)
pgrewal@daycasebeer.com
William P. Nelson (CSB# 196091)
wnelson@daycasebeer.com
DAY CASEBEER MADRID & BATCHELDER LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014
Tel. (408) 873-0110
Fax: (408) 873-0220

Attorneys for Plaintiff
SYMANTEC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **SYMANTEC CORPORATION**<br><br>   Plaintiff,<br><br>v.<br><br>**STORAGECRAFT TECHNOLOGY CORPORATION,**<br><br>   Defendant. | No. C07 04731 JW<br><br>**UNOPPOSED REQUEST FOR ORDER SHORTENING TIME**<br><br>DATE:  MARCH 10, 2008<br>TIME:  9:00 A.M.<br>COURTROOM: 8<br>JUDGE:  HONORABLE JAMES WARE |

1  Pursuant to L.R. 6-2, Plaintiff Symantec Corporation ("Symantec"), subject to approval by
2  the Court, hereby submits its unopposed request that the time for briefing and hearing on Symantec's
3  Motion for Expedited Discovery, filed concurrently with this Request, be heard as follows:

   1. Defendant StorageCraft Technology Corporation ("StorageCraft") shall have until Wednesday, January 9, 2008 to file its opposition, if any.
   2. Symantec shall have until Friday, January 11, 2008 to file its reply brief, if any.
   3. Hearing on Symantec's Motion for Expedited Discovery will be scheduled as soon as possible in light of the Court's calendar, and following completion of the briefing schedule above.

StorageCraft does not oppose the shortened briefing schedule; attached as Exhibit A is an email reflecting StorageCraft's agreement to that schedule.

Symantec has requested the Order changing time pursuant to L.R. 6-2 in light of the Clerk's Notice dated December 21, 2007, continuing the initial Case Management Conference in this action from January 14, 2008 to March 17, 2008, StorageCraft's subsequent unilateral postponement of the Rule 26(f) conference previously scheduled for December 21, 2007, and for the reasons stated in Symantec's Motion for Expedited Discovery. Granting the stipulated request for an Order changing time would not have any effect on any other part of the schedule for this action.

For all these reasons, Symantec's motion should be granted. A proposed order is attached.

Dated: December 31, 2007

By: ___[signature]___
Paul S. Grewal (CSB# 196539)
William P. Nelson (CSB# 196091)
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014
Tel: (408) 873-0110
Fax: (408) 873-0220

*Attorneys for Plaintiff Symantec Corporation*

UNOPPOSED REQUEST FOR ORDER SHORTENING TIME             1             CASE NO. C07 04731 JW

876937_1.doc