# Exhibit A

-----Original Message-----
From: Grewal, Paul
Sent: Wednesday, December 26, 2007 2:11 PM
To: 'H Dickson Burton'; Kim Donovan
Subject: RE:

That is acceptable.

Paul

-----Original Message-----
From: H Dickson Burton [mailto:HDBurton@traskbritt.com]
Sent: Wednesday, December 26, 2007 2:10 PM
To: Grewal, Paul; H Dickson Burton; Kim Donovan
Subject: RE:

Paul, in view of Kim's response that she won't be available until the 7th instead of the 2nd, lets push those dates back one day so that our response is due on the 9th (and your reply on the 11th). With those changes we can agree.

Dickson

-----Original Message-----
From: Grewal, Paul <PGrewal@daycasebeer.com>
Sent: Wednesday, December 26, 2007 3:33 PM
To: H Dickson Burton <HDBurton@traskbritt.com>; Kim Donovan <kdonovan@gcalaw.com>
Subject: RE:

Thank you for your response.

In light of your representation regarding holiday travel, we agree to your proposed January 8 response date as follows:

1. December 31: Symantec motion due
2. January 8: StorageCraft response due
3. January 10: Symantec reply due

As noted previously, to avoid undue burden on the Court, each brief may not exceed five pages.

Paul
-----Original Message-----
From: H Dickson Burton [mailto:HDBurton@traskbritt.com]
Sent: Wednesday, December 26, 2007 11:41 AM
To: Grewal, Paul; H Dickson Burton; Kim Donovan
Subject: RE:

Paul, both Kim and I are out of town during these holidays. I wil be back in the office on the 2nd. I will agree to an early but only where StorageCraft's response is due no earlier than Jan 8.

Dickson

-----Original Message-----
From: Grewal, Paul <PGrcwal@daycasebeer.com>
Sent: Wednesday, December 26, 2007 2:58 AM

To: H Dickson Burton <HDBurton@traskbritt.com>; Kim Donovan <kdonovan@gpalaw.com>
Subject: RE:

Dickson and Kim:

I hope you both had an enjoyable holiday.

We would like to resolve the issue of the initiation of discovery as soon as possible. We propose to brief the Court on an expedited basis, with Symantec's motion and supporting papers due on Thursday December 27, StorageCraft's opposition due on Wednesday January 2 and Symantec's reply due on Friday January 4. To avoid undue burden on the Court, we further propose that each brief on this relatively straightforward issue not exceed five pages.

I would appreciate your response by the close of business tomorrow.

Paul

---

From: Grewal, Paul
Sent: Friday, December 21, 2007 1:05 PM
To: 'H Dickson Burton'; Kim Donovan
Subject: RE:

Dickson, we respectfully disagree on the value and merit of proceeding with our 26(f) conference, which has been scheduled for eight days.
We also respectfully disagree with the value and merit of proceeding with discovery in a case that has been pending for three months and regret that the Court will be forced to address these issues.

Paul

---

From: H Dickson Burton [mailto:HDBurton@traskbritt.com]
Sent: Friday, December 21, 2007 12:52 PM
To: Grewal, Paul; Kim Donovan
Subject: RE:

Paul, we are not prepared to agree to any dates nor any discovery until the Court rules on our motion. If that is what you wish to discuss today, there is no reason to talk. Let me know if there are other issues to discuss, but we will otherwise look forward to a Rule 26(f) conference with you in mid to late February if our motion is denied.

Dickson

---

From: Grewal, Paul [mailto:PGrewal@daycasebeer.com]
Sent: Friday, December 21, 2007 1:47 PM
To: H Dickson Burton; Kim Donovan
Subject: RE:

Dickson, I have reviewed the order. We have prepared to address the issues required under Rule 26(f) and do not wish to delay the initiation of discovery in this matter any further.
To that end, we still wish to proceed with the conference.

I look forward to speaking with you in a few minutes.

Thanks,
Paul

Paul S. Grewal
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd. Suite 400
Cupertino, CA 95014

Direct: 408-342-4543
Main: 408-873-0110
Fax: 408-873-0220
Email: pgrewal@daycasebeer.com

---

From: H Dickson Burton [mailto:HDBurton@traskbritt.com]
Sent: Friday, December 21, 2007 12:28 PM
To: Grewal, Paul; Kim Donovan
Subject: RE:
Paul,

I am not sure what we can accomplish in this conference until the court rules on our motion to transfer or dismiss. Kim spoke to the clerk this morning who indicated that a new order would be issuing today postponing the CMC to March 17. I suggest we wait before having this conference.

Your thoughts?

Dickson

---

From: Grewal, Paul [mailto:PGrewal@daycasebeer.com]
Sent: Friday, December 21, 2007 10:04 AM
To: H Dickson Burton; Kim Donovan
Subject:

Dickson and Kim: for our call at 1pm PT, let's use the following dial-in:
(877)336-1828; code: 2746340
Best,
Paul

Paul S. Grewal
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd. Suite 400
Cupertino, CA 95014

Direct: 408-342-4543
Main: 408-873-0110
Fax: 408-873-0220
Email: pgrewal@daycasebeer.com

**********************************************************************
Confidentiality Notice
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the message.
**********************************************************************

**********************************************************************
Confidentiality Notice
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt

from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the message.

*******************************************************************

*******************************************************************

Confidentiality Notice

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the message.

*******************************************************************

*******************************************************************

Confidentiality Notice

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the message.

*******************************************************************