1  Paul S. Grewal (CSB# 196539)
   pgrewal@daycasebeer.com
2  William P. Nelson (CSB# 196091)
   wnelson@daycasebeer.com
3  DAY CASEBEER MADRID & BATCHELDER LLP
   20300 Stevens Creek Blvd., Suite 400
4  Cupertino, CA  95014
   Tel. (408) 873-0110
5  Fax: (408) 873-0220

6
   Attorneys for Plaintiff
7  SYMANTEC CORPORATION

8
                       UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN JOSE DIVISION
11

12 | **SYMANTEC CORPORATION** | No. C07 04731 JW |
   |---|---|
13 | Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF SYMANTEC CORPORATION'S UNOPPOSED REQUEST FOR ORDER SHORTENING TIME** |
14 | v. | |
15 | **STORAGECRAFT TECHNOLOGY CORPORATION,** | **DATE:** MARCH 10, 2008  **TIME:** 9:00 A.M. |
16 | | **COURTROOM:** 8 |
   | Defendant. | **JUDGE:** HONORABLE JAMES WARE |

  Having considered Symantec's Unopposed Request for an Order Changing Time, pursuant to Local Rule 6-2, Plaintiff's request is hereby GRANTED.

1. Defendant StorageCraft Technology Corporation ("StorageCraft") shall have until Wednesday, January 9, 2008 to file its opposition, if any.
2. Symantec shall have until Friday, January 11, 2008 to file its reply brief, if any.
3. Hearing on Symantec's Motion for Expedited Discovery will be scheduled as soon as possible in light of the Court's calendar, and following completion of the briefing schedule above.

Hearing on Symantec's Motion for Expedited Discovery shall be set for _____.

IT IS SO ORDERED.

Dated: _____

            _____
                Hon. James Ware
              United States District Court Judge