Paul S. Grewal (CSB# 196539)
pgrewal@daycasebeer.com
William P. Nelson (CSB# 196091)
wnelson@daycasebeer.com
DAY CASEBEER MADRID & BATCHELDER LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA  95014
Tel. (408) 873-0110
Fax: (408) 873-0220

Attorneys for Plaintiff
SYMANTEC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **SYMANTEC CORPORATION**<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>**STORAGECRAFT TECHNOLOGY CORPORATION,**<br><br>　　　　　Defendant. | No. C07 04731 JW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF SYMANTEC CORPORATION'S MOTION FOR EXPEDITED DISCOVERY**<br><br>DATE:　　　MARCH 10, 2008<br>TIME:　　　9:00 A.M.<br>COURTROOM: 8<br>JUDGE:　　　HONORABLE JAMES WARE |

1  Having considered the papers filed and the arguments presented with respect to Plaintiff
2  Symantec Corporation's Motion for Expedited Discovery, Plaintiff's motion is hereby GRANTED.
3  Defendant StorageCraft is to respond within thirty days to Plaintiff's First Set of Interrogatories and
4  Plaintiff's First Set of Requests for Production of Documents.
5
6  IT IS SO ORDERED.
7
8
9  Dated: _____
10
            _____
11                    Hon. James Ware
                United States District Court Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

876897_1.doc   [PROPOSED] ORDER GRANTING MOTION FOR     1     CASE NO. C07 04731 JW
               EXPEDITED DISCOVERY