Paul S. Grewal (CSB# 196539)
pgrewal@daycasebeer.com
William P. Nelson (CSB# 196091)
wnelson@daycasebeer.com
DAY CASEBEER MADRID & BATCHELDER LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014
Tel. (408) 873-0110
Fax: (408) 873-0220

Attorneys for Plaintiff
SYMANTEC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **SYMANTEC CORPORATION**,<br><br>   Plaintiff,<br><br>   v.<br><br>**STORAGECRAFT TECHNOLOGY CORPORATION**,<br><br>   Defendant. | No. C07 04731 JW<br><br>**DECLARATION OF PAUL S. GREWAL IN SUPPORT OF SYMANTEC CORPORATION'S MOTION FOR EXPEDITED DISCOVERY**<br><br>DATE:   MARCH 10, 2008<br>TIME:   9:00 A.M.<br>COURTROOM: 8<br>JUDGE:   HONORABLE JAMES WARE |

I, Paul S. Grewal, declare as follows:

1. I am a partner in the law firm of Day Casebeer Madrid & Batchelder LLP, counsel for Plaintiff Symantec Corporation. I am admitted to practice law before this court and all of the courts of the State of California.

2. I make this declaration of my own personal knowledge. If called to testify as to the truth of the matters stated herein, I could and would do so competently.

3. In July of 2007, I understand that Symantec learned that StorageCraft Technology Corporation ("StorageCraft") was a defendant in a lawsuit brought in state court in Utah by NetJapan Holdings, Incorporated ("NetJapan"). Also named as defendants were Thomas J. Shreeve, Thomas R. Shreeve, Scott A. Barnes, and Curtis A. James.

4. Within NetJapan's lawsuit against StorageCraft, NetJapan issued a subpoena to Symantec upon commission by the Santa Clara County Superior Court, seeking discovery from Symantec relevant to NetJapan's allegation that it was misled about particular contractual restrictions.

5. After providing documents responsive to the subpoena, Symantec tendered Symantec Vice President Don Kleinschnitz as a Rule 30(b)(6) witness for deposition on August 23, 2007 at the offices of my law firm in Cupertino. I served as Symantec's counsel during this deposition.

6. Shortly after the deposition began, counsel for NetJapan presented Mr. Kleinschnitz and Symantec counsel with various documents produced by StorageCraft from its files.

7. Among the documents presented from StorageCraft's files and produced to NetJapan was a copy of Symantec's "Employee Data List" with an email cover letter.

8. Attached hereto as Exhibit A is a true and correct copy of Symantec's First Set of Interrogatories to Defendant StorageCraft Technology Corporation.

9. Attached hereto as Exhibit B is a true and correct copy of Symantec's First Set of Requests for Production of Documents and Things to StorageCraft.

10. Attached hereto as Exhibit C is a true and correct copy of an email from H. Dickson Burton to Paul S. Grewal dated December 21, 2007.

11. Attached hereto as Exhibit D is a true and correct copy of a Reassignment Order for Case No. CV 07-04731 dated October 31, 2007.

12. Attached hereto as Exhibit E is a true and correct copy of an email from Paul S. Grewal to H. Dickson Burton dated November 26, 2007.

13. Attached hereto as Exhibit F is a true and correct copy of an email from Kimberly Donovan to Paul S. Grewal dated November 30, 2007.

14. Attached hereto as Exhibit G is a true and correct copy of a Clerk's Notice Continuing Case Management Conference dated December 21, 2007.

15. Attached hereto as Exhibit H is a true and correct copy of a subpoena served by StorageCraft upon Symantec in connection with *NetJapan Holdings, Inc. v. StorageCraft Technology Corporation et al*, Case No. 060920091, dated November 19, 2007.

16. Attached hereto as Exhibit I is a true and correct copy of Symantec Corporation's Complaint for Misappropriation of Trade Secrets, and Unfair Competition, filed in the Northern District of California on September 13, 2007.

17. Attached hereto as Exhibit J is a true and correct copy of an email from Brandon Nordquist to Michael Kunz dated March 23, 2004.

18. Attached hereto as Exhibit K is a true and correct copy of an email from Jamey Kirby to Roland Whatcott dated November 14, 2004.

19. Attached hereto as Exhibit L is a true and correct copy of an opinion in *Sutton v. Everest Nat'l Ins. Co.*, No. 07-CV-00425, 2007 U.S. Dist. LEXIS 34075 (D. Colo. May 9, 2007).

20. Attached hereto as Exhibit M is a true and correct copy of Symantec Corporation's California Code of Civil Procedure § 2019.210 Statement dated December 31, 2007.

21. Attached hereto as Exhibit N is a true and correct copy of an opinion in *Posdata Co. Ltd v. Kim,* No. C-07-02504, 2007 WL 1848661 (N.D. Cal. Jun. 27, 2007).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: December 31, 2007

_____
Paul S. Grewal

GREWAL DECL. IN SUPPORT OF MOTION FOR
EXPEDITED DISCOVERY                    3                    CASE NO. C07 04731 JW

876889_1.doc