# Exhibit D

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
_____
www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
408.535.5364

### October 31, 2007

CASE NUMBER:  CV 07-04731 HRL  
CASE TITLE:  SYMANTEC CORPORATION-v-STORAGECRAFT TECHNOLOGY CORPORATION

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  Case assigned to the **Honorable James Ware** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 10/30/07

FOR THE EXECUTIVE COMMITTEE:

_____  
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies    Special Projects  
Log Book Noted                   Entered in Computer 10/31/07 tsh

CASE SYSTEMS ADMINISTRATOR:  
Copies to:  All Counsel          Transferor CSA