# Exhibit F

**From:** Kim Donovan [kdonovan@gcalaw.com]
**Sent:** Friday, November 30, 2007 11:22 AM
**To:** Grewal, Paul
**Cc:** H Dickson Burton
**Subject:** RE:

thanks!

-----Original Message-----
**From:** Grewal, Paul [mailto:PGrewal@daycasebeer.com]
**Sent:** Friday, November 30, 2007 11:15 AM
**To:** Kim Donovan
**Cc:** H Dickson Burton
**Subject:**

Thanks for your message earlier this morning.
February 11 is acceptable to us for the hearing.
Best,
Paul


Paul S. Grewal
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd. Suite 400
Cupertino, CA 95014

Direct: 408-342-4543
Main: 408-873-0110
Fax: 408-873-0220

Email: pgrewal@daycasebeer.com

****************************************************************
Confidentiality Notice
This message is being sent by or on behalf of a lawyer.  It is
intended exclusively for the individual or entity to which it is
addressed.  This communication may contain information that
is proprietary, privileged or confidential or otherwise legally
exempt from disclosure.  If you are not the named addressee,
you are not authorized to read, print, retain, copy or
disseminate this message or any part of it.  If you have
received this message in error, please notify the sender
immediately by email and delete all copies of the message.
****************************************************************