# Exhibit G

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION, | No. C 07-04731 JW |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE |
| STORAGECRAFT TECHNOLOGY CORPORATION, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference before Judge James Ware previously noticed for January 14, 2008 at 10:00 AM, has been reset to **March 17, 2008 at 10:00 AM,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties shall file a joint Case Management Conference by March 1, 2008.

Dated: December 21, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
Elizabeth Garcia
Courtroom Deputy