# Exhibit J

## Aaron Munro

**From:** Brandon Nordquist [brandon.nordquist@shadowstor.com]
**Sent:** Tuesday, March 23, 2004 10:55 AM
**To:** Mike Kunz
**Subject:** Here you go
**Attachments:** kidspics.xls

Keep this under control.

CONFIDENTIAL

8/21/2007