# Exhibit M

Paul S. Grewal (CSB# 196539)
William P. Nelson (CSB# 196091)
DAY CASEBEER MADRID & BATCHELDER LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014
Tel.: (408) 873-0110
Fax: (408) 873-0220
Email:
pgrewal@daycasebeer.com
wnelson@daycasebeer.com

Attorneys for Plaintiff
SYMANTEC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYMANTEC CORPORATION<br><br>    Plaintiff,<br><br>v.<br><br>STORAGECRAFT TECHNOLOGY CORPORATION,<br><br>    Defendant. | Case No. C07 04731 JW<br><br>SYMANTEC CORPORATION'S CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 2019.210 STATEMENT |

TO DEFENDANT AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Symantec Corporation ("Symantec") identifies the following trade secrets pursuant to California Code of Civil Procedure Section 2019.210.

This Statement is made without prejudice to adding additional or different trade secrets once Symantec obtains discovery from StorageCraft Technology Corporation ("StorageCraft"), and thus this Statement is based upon, and necessarily limited by, the records and information in existence, presently recollected, and thus far discovered. This Statement is given without prejudice to Symantec's right to produce all evidence, whenever discovered, relating to the proof of facts subsequently discovered to be material. In addition, Symantec reserves the right to produce and refer to at trial, or at any other hearing, any evidence, facts, documents or information not yet discovered, or for which the relevance has not yet been determined by Symantec or its counsel.

1. The information concerning the integration of PowerQuest Corporation following its acquisition by Symantec contained in the Microsoft Excel file named "kidpics.xls" attached to Brandon Nordquist's March 23, 2004 email to Mike Kunz, and the document itself as a unique compilation of data.

2. The information concerning V2i Protector contained in the "V2i documents forwarded from Brandon" as discussed in Hannah Kirby's October 25, 2004 email to Curt James.

3. The information concerning PowerQuest or Symantec products contained in the documents discussed in Hannah Kirby's October 27, 2004 email to Brandon Nordquist, and Brandon Nordquist's October 27, 2004 email to Hannah Kirby.

4. The information contained in V2i Protector product requirements specifications and other development documents obtained by StorageCraft as discussed in Jamey Kirby's November 14, 2004 email to Roland Whatcott.

5. The information concerning Symantec's and PowerQuest's source code access system, as described in H. Dickson Burton's January 6, 2005 letter to Robert O. Rice on pages 3 and 4 and Thomas J. Shreeve's March 15, 2005 letter to John Schwarz and Art Courville on pages 5-6, and Appendix A.

6. Any document obtained from PowerQuest or Symantec by StorageCraft, its principals, or agents marked with any confidentiality designation, or obtained in violation of any contractual or other obligation prohibiting disclosure of PowerQuest or Symantec confidential information.

Dated: December 31, 2007

By: _____
Paul S. Grewal (CSB# 196539)
William P. Nelson (CSB# 196091)
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014
Tel: (408) 873-0110
Fax: (408) 873-0220

*Attorneys for Plaintiff Symantec Corporation*

# PROOF OF SERVICE

I am a citizen of the United States and resident of the State of California. I am employed in Santa Clara County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is 20300 Stevens Creek Boulevard, Suite 400, Cupertino, California 95014.

On December 31, 2007, I served the following documents in the manner described below:

- **SYMANTEC CORPORATION'S CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 2019.210 STATEMENT**

☐ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Day Casebeer Madrid & Batchelder LLP for collection and processing of correspondence for mailing with the United States Parcel Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Cupertino, California.

☐ (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

[X] (BY FACSIMILE) I am personally and readily familiar with the business practice of Day Casebeer Madrid & Batchelder LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

[X] (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Day Casebeer Madrid & Batchelder LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery.

On the following part(ies) in this action:

Kimberly Donovan  
GCA Law Partners LLP  
1891 Landings Drive  
Mountain View, CA 94043  
Fax: (650) 428-3901

H. Dickson Burton  
TraskBritt  
230 South 500 East, Suite 300  
Salt Lake City, Utah 84102  
Fax: (801) 531-9168

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 31, 2007, at Cupertino, California.

_____  
Sabina Hall