1  Kimberly A. Donovan (CA Bar No. 160729)
   **GCA LAW PARTNERS LLP**
2  1891 Landings Drive
3  Mountain View, CA 94043
   Telephone: (650) 428-3900
4  Facsimile: (650) 428-3901
   E-mail: kdonovan@gcalaw.com
5

6  H. Dickson Burton (UT Bar. No. 4004) (*pro hac vice*)
   Edgar R. Cataxinos (UT Bar No. 7162) (*pro hac vice*)
7  **TRASKBRITT, P.C.**
8  230 South 500 East
   Suite 300
9  P.O. Box 2550
   Salt Lake City, Utah 84110-2550
10 Telephone:    (801) 532-1922
11 Facsimile:    (801) 531-9168
   E-Mail:       hdburton@traskbritt.com
12

13 Attorneys for Defendant
   STORAGECRAFT TECHNOLOGY CORP.
14

15

16                IN THE UNITED STATES DISTRICT COURT

17              FOR THE NORTHERN DISTRICT OF CALIFORNIA

18                          SAN JOSE DIVISION

19

20                                                  Case No. CV07-4731 JW

21 SYMANTEC CORP.                                   **DEFENDANT'S
                                                    NOTICE OF CROSS-MOTION TO
22                                                  STAY DISCOVERY, INITIAL
              Plaintiff,                            DISCLOSURES AND CASE
23                                                  MANAGEMENT**
24    v.

25 STORAGECRAFT TECHNOLOGY              Date:    February 4, 2008 (proposed)
   CORPORATION.                         Time:    9:00 a.m.
26            Defendant.                Place:   Courtroom 8
                                        Judge:   Honorable James Ware
27

28

---

Case No. CV07-4731 JW                   -1-
Deft's Notice of Cross-Motion to Stay Discovery

TO PLAINTIFF AND ITS COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that on Monday, February 4, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 8 of the above-entitled Court, located at 280 South 1st Street, San Jose, CA 95113, defendant StorageCraft Technology Corporation ("StorageCraft") will, and does hereby, move this Court for an order staying discovery, initial disclosures, and related case management requirements (including setting proposed schedules) until after the Court issues its decision on StorageCraft's pending Motion to Dismiss or, in the Alternative, to Transfer and 10 days after StorageCraft answers the complaint (unless the Court dismisses or transfers the action, in which case no further action will proceed in this case). The parties seek to have this motion heard on February 4, 2008, pursuant to a Stipulation and [Proposed] Order that has also been submitted to the Court.

This Motion is based upon this Notice of Motion, the Memorandum in Opposition to Plaintiff's Motion For Expedited Discovery and in Support of its Cross-Motion For a Stay of Discovery, the Declaration of Kimberly A Donovan in Support of Opposition and in Support of Cross-Motion filed currently with this Notice, the Third Declaration of Thomas Russell Shreeve filed currently with this Notice, and all of the pleadings and papers on file herein and upon such further evidence and argument, both oral and documentary, as may be presented at the hearing on this matter.

Dated: January 10, 2008

                                              GCA LAW PARTNERS LLP
                                              Kimberly A. Donovan

                                              _/S/ Kimberly A. Donovan_____

                                              Attorneys for Defendant
                                              STORAGECRAFT TECHNOLOGY CORP.