Kimberly A. Donovan (CA Bar No.160729)
**GCA LAW PARTNERS, LLP**
1891 Landings Drive
Mountain View, Ca 94043
Telephone: (650) 428-3900
Facsimile: (650) 428-3901
E-mail: kdonovan@gcalaw.com

H. Dickson Burton (UT Bar No. 4004) (*pro hac vice*)
Edgar R. Cataxinos (UT Bar No.7162) (*pro hac vice*)
**TRASKBRITT, P.C.**
230 South 500 East
Suite 300
P.O. Box 2550
Salt Lake City, Utah 84110-2550
Telephone:    (801) 532-1922
Facsimile:    (801) 531-9168
E-Mail:       hdburton@traskbritt.com

Attorneys for Defendant
STORAGECRAFT TECHNOLOGY CORP.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYMANTEC CORP.<br><br>　　　　Plaintiff,<br><br>v.<br><br><br>STORAGECRAFT TECHNOLOGY CORPORATION.<br>　　　　Defendant. | Case No.  CV07-4731 JW<br><br>**[PROPOSED] ORDER GRANTING CROSS-MOTION TO STAY DISCOVERY, INITIAL DISCLOSURES, AND CASE MANAGEMENT**<br><br>Date:　February 11, 2008<br>Time:　9:00 a.m.<br>Place:　Courtroom 8<br>Judge:　The Honorable James Ware |

1   Having considered the papers filed and the arguments presented with respect to Defendant
2   StorageCraft Technology Corporation's Cross Motion to Stay Discovery, Initial Disclosures, and
3   Case Management, the Motion is here by GRANTED.
4   Discovery, initial disclosures, and related case management requirements (including
5   setting proposed schedules) shall be stayed until after the Court issues its decision on
6   StorageCraft's pending Motion to Dismiss or, in the Alternative, to Transfer and further
7   continued until 10 days after StorageCraft answers the complaint (unless the Court dismisses or
8   transfers the action, in which case no further action will proceed in this case).
9   IT IS SO ORDERED.

12  DATED: _____, 2007        _____
                                       Honorable James Ware
13                                     United States District Court Judge