*IT IS SO ORDERED*
*/s/ James Ware*
*Judge James Ware*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYMANTEC CORP.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STORAGECRAFT TECHNOLOGY CORPORATION,<br>　　　　　Defendant. | Case No. CV07-4731 JW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PLEADING SCHEDULE FOR MOTION FOR EXPEDITED DISCOVERY AND CROSS-MOTION TO STAY DISCOVERY**<br><br>Date:　February 4, 2008<br>Time:　9:00 a.m.<br>Place:　Courtroom 8<br>Judge:　Honorable James Ware |

　　　　On December 26, 2007, Plaintiff's counsel indicated a desire to bring a motion to expedite discovery with a shortened pleading and hearing schedule. Also on December 26, 2007, the parties agreed to a pleading schedule requiring Plaintiff to file its motion to expedite discovery on December 31, 2007, Defendant to file its opposition to the motion on January 9, 2008, and Plaintiff to file a reply brief on January 11, 2008, and further agreed that the hearing on the motion should take place as soon as possible thereafter. Plaintiff filed its motion to expedite discovery in conformance with this agreement.

Case No. CV07-4731 JW
Stipulation and [Proposed] Order re: Pleading
Schedule for Cross Motion to Stay Discovery

-1-

On January 4, 2008, by order bearing Docket Item No. 37, this Court granted Plaintiff's unopposed motion to shorten time on its motion to expedite discovery, in conformance with the parties' agreement, and set the hearing date for the motion for February 4, 2008. The Court's January 4, 2008 Order also moved the hearing on Defendants' motion to dismiss or, in the alternative, transfer, from February 11, 2008, to February 4, 2008 (the same date as the hearing on the motion to expedite discovery). Additionally, the January 4, 2008 Order also moved the Case Management Conference up from March 17, 2008 to February 4, 2008, requiring the parties to "meet and confer and file a Joint Case Management Statement by **January 25, 2008**."

In light of the Court's January 4, 2008 order [Docket Item No. 37], Defendant now seeks to bring a cross motion to stay discovery pending a decision on Defendant's motion to dismiss, or in the alternative to transfer.

After meeting and conferring in an effort to resolve the issues presented, but being unable to achieve resolution, the parties agreed upon a proposed pleading schedule for Defendant's cross motion to stay discovery and proposed modification of the pleading schedule for the motion to expedite discovery as follows:

Defendant's cross motion to stay discovery and opposition to motion to expedite to be filed by **January 10, 2008**;

Plaintiff's reply re: motion to expedite to be filed by **January 14, 2008**;

Plaintiff's opposition to cross motion to stay discovery to be filed by **January 18, 2008**;

Defendant's reply re: cross motion to stay discovery to be filed by **January 23, 2008**;

All pleadings shall not exceed five pages.

Case No. CV07-4731 JW
Stipulation and [Proposed] Order re: Pleading
Schedule for Cross Motion to Stay Discovery

-2-

The parties further propose that hearing on Defendant's cross motion to stay discovery take place on **February 4, 2008 at 9:00 a.m.**, at the same time as the presently scheduled hearings on Plaintiff's motion to expedite discovery and Defendant's motion to dismiss.

**IT IS SO STIPULATED.**

Dated: January 9, 2008

DAY CASEBEER MADRID &
BATCHELDER LLP
Paul S. Grewal

By: _____/s/_____
Paul S. Grewal
Attorneys for Plaintiff
SYMANTEC CORPORATION

Dated: January 9, 2008

GCA LAW PARTNERS LLP
Kimberly A. Donovan

By: _____/s/_____
Kimberly A. Donovan
Attorneys for Defendant
STORAGECRAFT TECHNOLOGY
CORPORATION

**IT IS SO ORDERED.**

Dated: January 10, 2008

_____/s/ James Ware_____
Judge James Ware
United States District Court

Case No. CV07-4731 JW
Stipulation and [Proposed] Order re: Pleading
Schedule for Cross Motion to Stay Discovery

-3-