Paul S. Grewal (CSB# 196539)
pgrewal@daycasebeer.com
William P. Nelson (CSB# 196091)
wnelson@daycasebeer.com
DAY CASEBEER MADRID & BATCHELDER LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA  95014
Tel. (408) 873-0110
Fax: (408) 873-0220

Attorneys for Plaintiff
SYMANTEC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **SYMANTEC CORPORATION** | No. C07 04731 JW |
| Plaintiff, | **SYMANTEC CORPORATION'S NOTICE OF WITHDRAWAL OF ITS MOTION FOR EXPEDITED DISCOVERY** |
| v. | |
| **STORAGECRAFT TECHNOLOGY CORPORATION,** | **DATE:** **FEBRUARY 4, 2008**<br>**TIME:** **9:00 A.M.**<br>**COURTROOM: 8** |
| Defendant. | **JUDGE:** **HONORABLE JAMES WARE** |

Because discovery in this action has begun pursuant to Fed. R. Civ. P. 26 (d)(1), Plaintiff Symantec Corporation ("Symantec") has obtained the limited relief it sought in its Motion for Expedited Discovery from Defendant StorageCraft Technology Corporation ("StorageCraft"), and hereby withdraws that motion.

Following Symantec's filing of its motion for expedited discovery, this Court's Order of January 4, 2008[1] advanced "the Case Management Conference currently set for March 17, 2008 to February 4, 2008," and ordered that, "[p]ursuant to the Civil Local Rules of the Court, the parties shall meet and confer and file a Joint Case Management Statement by January 25, 2008."[2] As required by Fed. R. Civ. P. 26(f), the parties met and conferred on January 14, 2008, 21 days before the Case Management Conference, to plan for that joint statement and other scheduling matters. Under Fed. R. Civ. P. 26(d), discovery may commence following the Rule 26(f) conference, and Symantec has served StorageCraft with the discovery it proposed to serve through its motion for expedited discovery.

Discovery has therefore commenced in the normal course, mooting the need for the relief Symantec had sought in its motion. As such, Symantec respectfully withdraws its motion and thanks the Court for its attention to these issues. Symantec will oppose StorageCraft's new cross-motion to stay discovery with a brief pleading on January 18, 2008, by agreement of the parties.

Dated: January 14, 2008

By: _____*/s/ William P. Nelson*_____
Paul S. Grewal (CSB# 196539)
William P. Nelson (CSB# 196091)
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA  95014
Tel:  (408) 873-0110
Fax: (408) 873-0220

*Attorneys for Plaintiff Symantec Corporation*

---

[1] 1/4/07 Order Granting Plaintiff's Motion to Shorten Time; Advancing Hearing on Motions (Docket No. 37, attached as Exhibit A to this Notice).
[2] *Id.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CIV 5-5(b). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CIV 5-5(b). Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CIV 5-5, all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via email, facsimile and/or U. S. First Class Mail.

Dated: January 14, 2008                                 /s/ _____
                                                         William P. Nelson