# Exhibit A

United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8    IN THE UNITED STATES DISTRICT COURT

9    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10    SAN JOSE DIVISION

11   Symantec Corporation,                         NO. C 07-04731 JW

12               Plaintiff,                        **ORDER GRANTING PLAINTIFF'S
                                                   MOTION TO SHORTEN TIME;**
     v.
13                                                 **ADVANCING HEARING ON MOTIONS**

     Storagecraft Technology Corporation,
14
                 Defendant.
15   _____/

16

17          On November 30, 2007, Defendant's re-noticed a previously filed motion to dismiss, or in

18   the alternative, to transfer venue.  (See Docket Item Nos. 14, 28.)  The motion to dismiss is currently

     scheduled for a hearing on February 11, 2008.  On December 31, 2007, Plaintiff filed a motion to
19
     expedite discovery.  (See Docket Item No. 35.)  The motion to expedite discovery is currently
20
     scheduled for a hearing on March 10, 2008.
21
            Presently before the Court is Plaintiff's unopposed motion to shorten time regarding the
22
     motion to expedite discovery.  (hereafter, "Motion" Docket Item No. 34.)   Plaintiff represents that
23
     counsel for the parties have agreed to a briefing schedule regarding the motion to shorten time.
24
     (Motion at 1.)
25
            For good cause shown, the Court GRANTS Plaintiff's motion to shorten time and advances
26
     the hearing on both motions.  Accordingly, the Court will hear (1) Plaintiff's motion to expedite
27
     discovery and (2) Defendant's motion to dismiss, or in the alternative, transfer venue on **February**
28

**4, 2008 at 9 A.M.** In light of this Order, the Court also advances the Case Management Conference currently set for March 17, 2008 to **February 4, 2008 at 10 A.M.** Pursuant to the Civil Local Rules of the Court, the parties shall meet and confer and file a Joint Case Management Statement by **January 25, 2008.**

The parties shall adhere to the briefing schedule as agreed upon and set forth in Plaintiff's motion for order shortening time.

Dated:  January 4, 2008

_____
JAMES WARE
United States District Judge

United States District Court

For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Paul Singh Grewal pgrewal@daycasebeer.com
William Patrick Nelson wnelson@daycasebeer.com
Dickson H Burton, Sr. hdburton@traskbritt.com
Edgar R. Cataxinos, Sr. ercataxinos@traskbritt.com
Kimberly Ann Donovan kdonovan@gcalaw.com

**Dated:  January 4, 2008**                    **Richard W. Wieking, Clerk**


**By:   /s/ JW Chambers                **
       **Elizabeth Garcia**
       **Courtroom Deputy**