Kimberly A. Donovan (CA Bar No. 160729)
**GCA LAW PARTNERS LLP**
1891 Landings Drive
Mountain View, CA 94043
Telephone: (650) 428-3900
Facsimile: (650) 428-3901
E-mail: kdonovan@gcalaw.com

H. Dickson Burton (UT Bar. No. 4004) (*pro hac vice*)
Edgar R. Cataxinos (UT Bar No. 7162) (*pro hac vice*)
**TRASKBRITT, P.C.**
230 South 500 East
Suite 300
P.O. Box 2550
Salt Lake City, Utah 84110-2550
Telephone:    (801) 532-1922
Facsimile:    (801) 531-9168
E-Mail:    hdburton@traskbritt.com

Attorneys for Defendant
STORAGECRAFT TECHNOLOGY CORP.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYMANTEC CORP.,<br><br>Plaintiff,<br><br>v.<br><br>STORAGECRAFT TECHNOLOGY CORPORATION.<br><br>Defendant. | Case No. CV07-4731 JW<br><br>**MOTION FOR ADMINISTRATIVE RELIEF UNDER L.R. 7-11 TO REMOVE DOCKET NO. 42 FROM CASE FILE** |

Defendant StorageCraft Technology Corporation ("StorageCraft") seeks to remove from the Court's file the Declaration of Thomas Russell Shreeve in Support of Defendant's Opposition to Plaintiff's Motion for Expedited Discovery and in Support of its Cross-Motion for a Stay of Discovery that was filed as Docket No. 42 (referred to herein as "Docket No. 42") in this action. Docket No. 42 inadvertently contained an extra document unrelated to this case.

**FACTUAL BACKGROUND AND RELIEF SOUGHT**

On January 10, 2008, one of StorageCraft's counsel, GCA Law Partners LLP ("GCA"), filed via the ECF filing system several documents in support of StorageCraft's opposition to Symantec's motion for expedited discovery and in support of StorageCraft's cross-motion to stay discovery. One of those documents was the Declaration of Thomas Russell Shreeve. Mr. Shreeve's declaration contained four exhibits, marked as Exhibits A through D. During the process of printing out the exhibits to Mr. Shreeve's declaration and compiling them into a pdf document for filing, GCA inadvertently included a document that was not related to this matter in any way. In fact, the extraneous document was a work product document for another client of GCA. Docket No. 42 was filed in the Court in this matter and included the extraneous pages as pages 14 through 20.

On the morning of January 11, 2008, this error was recognized. GCA contacted the ECF Helpdesk and obtained a "block" on access to Docket No. 42. GCA also contacted all recipients of Docket No. 42 and requested that all copies of pages 14 through 20 of the document be destroyed. A revised copy of the Mr. Shreeve's declaration with the proper exhibits and without the extraneous document was filed with the Court on January 11 as Docket No. 44.

Pursuant to ECF and court rules, a motion must be made and an order obtained in order to permanently remove a document from the court file. Thus, this motion for administrative relief under Local Rule 7-11 seeks permanent removal of Docket No. 42 from the Court's file and requests that the Court consider instead the Declaration of

1. Thomas Russell Shreeve that was filed on January 11, as Docket No. 44, in support of
2. StorageCraft's cross-motion for a stay of discovery.
3.     GCA discussed this motion with all counsel and no parties oppose the motion, as
4. further evidenced by the Stipulation and [Proposed] Order filed concurrently with this
5. motion.
6.     Accordingly, GCA requests that the Declaration of Thomas Russell Shreeve in
7. Support of Defendant's Opposition to Plaintiff's Motion for Expedited Discovery and in
8. Support of its Cross-Motion for a Stay of Discovery filed as Docket No. 42 be permanently
9. removed from the Court file.
10. Dated: January 14, 2008

                    GCA LAW PARTNERS LLP
                    Kimberly A. Donovan


                    _/S/ Kimberly A. Donovan_____
                    Attorneys for Defendant
                    STORAGECRAFT TECHNOLOGY CORP.