```
1   Paul S. Grewal (CSB# 196539)
    pgrewal@daycasebeer.com
2   William P. Nelson (CSB#196091)
    wnelson@daycasebeer.com
3   DAY CASEBEER MADRID & BATCHELDER LLP
    20300 Stevens Creek Blvd., Suite 400
4   Cupertino, CA  95014
5   Tel. (408) 873-0110
    Fax: (408) 873-0220
6
7   Attorneys for Plaintiff
    SYMANTEC CORPORATION
8
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **SYMANTEC CORPORATION** | No. C07 04731 JW |
| Plaintiff, | |
| v. | **MANUAL FILING NOTIFICATION** |
| **STORAGECRAFT TECHNOLOGY CORPORATION,** | |
| Defendant. | |

Regarding:

- Declaration of William P. Nelson In Support of Symantec Corporation's Opposition to StorageCraft's Cross-Motion to Stay Discovery, Initial Disclosures and Case Management

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): ____________________________________

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[ ] Other (description):

788106_1.doc

MANUAL FILING NOTIFICATION 2