1 | Paul S. Grewal (CSB# 196539)
  | pgrewal@daycasebeer.com
2 | William P. Nelson (CSB# 196091)
  | wnelson@daycasebeer.com
3 | DAY CASEBEER MADRID & BATCHELDER LLP
4 | 20300 Stevens Creek Blvd., Suite 400
  | Cupertino, CA  95014
5 | Tel. (408) 873-0110
  | Fax: (408) 873-0220
6 |
7 | Attorneys for Plaintiff
  | SYMANTEC CORPORATION
8 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYMANTEC CORPORATION<br><br>             Plaintiff,<br><br>       v.<br><br>STORAGECRAFT TECHNOLOGY CORPORATION,<br><br>             Defendant. | Case No. C07 04731 JW<br><br>**SYMANTEC CORPORATION'S UNOPPOSED NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL:  CERTAIN EXHIBITS TO DECLARATION OF WILLIAM P. NELSON IN SUPPORT OF SYMANTEC CORPORATION'S OPPOSITION TO DEFENDANT'S CROSS MOTION TO STAY DISCOVERY**<br><br>DATE:         FEBRUARY 4, 2008<br>TIME:         9:00 A.M.<br>COURTROOM: 8<br>JUDGE:        HONORABLE JAMES WARE |

Pursuant to Civil L.R. 79-5 and Civil L.R. 7-11 of the United States District Court for the Northern District of California, Plaintiff Symantec Corporation ("Symantec") hereby submits its unopposed Administrative Motion to file under seal certain exhibits to the Declaration of William P. Nelson in Support of Symantec's Opposition to StorageCraft's Motion to Stay Discovery.

Several of the documents Symantec must file along with its opposition contain information designated by StorageCraft as confidential. *See* Declaration of William P. Nelson in Support of Plaintiff Symantec Corporation's Administrative Motion to File Documents Under Seal. Defendant StorageCraft Technology Corporation ("StorageCraft") has stipulated to Symantec's Motion and the accompanying Proposed Stipulated Order granting the Motion.

Symantec therefore requests that the following documents, lodged concurrently herewith, be filed under seal:

1. Exhibits H and I to the Declaration of William P. Nelson in Support of Symantec Corporation's Opposition to Defendant's Cross Motion to Stay Discovery. These exhibits comprise business communications that have been designated confidential by StorageCraft.

In order to protect the confidential status of the information contained in them, Symantec respectfully requests that all of the above documents be filed under seal.

Dated: January 18, 2008

By: ___/s/ William P. Nelson___
Paul S. Grewal (CSB# 196539)
William P. Nelson (CSB# 196091)
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014
Tel: (408) 873-0110
Fax: (408) 873-0220

*Attorneys for Plaintiff Symantec Corporation*