Paul S. Grewal (CSB# 196539)
pgrewal@daycasebeer.com
William P. Nelson (CSB# 196091)
wnelson@daycasebeer.com
DAY CASEBEER MADRID & BATCHELDER LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA 95014
Tel. (408) 873-0110
Fax: (408) 873-0220

Attorneys for Plaintiff
SYMANTEC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **SYMANTEC CORPORATION**<br><br>            Plaintiff,<br><br>    v.<br><br>**STORAGECRAFT TECHNOLOGY CORPORATION,**<br><br>            Defendant. | Case No. C07 04731 JW<br><br>**DECLARATION OF WILLIAM P. NELSON IN SUPPORT OF PLAINTIFF SYMANTEC CORPORATION'S NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL: CERTAIN EXHIBITS TO DECLARATION OF WILLIAM P. NELSON IN SUPPORT OF SYMANTEC CORPORATION'S OPPOSITION TO DEFENDANT'S CROSS MOTION TO STAY DISCOVERY**<br><br>**DATE:** FEBRUARY 4, 2008<br>**TIME:** 9:00 A.M.<br>**COURTROOM:** 8<br>**JUDGE:** HONORABLE JAMES WARE |

I, William P. Nelson, declare as follows:

1. I am a partner at the law firm of Day Casebeer Madrid & Batchelder LLP, counsel for Plaintiff Symantec Corporation ("Symantec"). I am admitted to practice law in the State of California and before this Court. I make this declaration of my own personal knowledge. If called to testify as to the truth of the matters stated herein, I could and would do so competently.

2. I am informed and understand that Exhibits H and I to the Declaration of William P. Nelson in Support of Symantec Corporation's Opposition to Defendant's Cross-Motion to Stay Discovery comprise business information designated by StorageCraft as confidential in Connection with *NetJapan Holdings, Inc., et al., v. StorageCraft Technology Corp.* in the Third Judicial District Court in and for Salt Lake County, State of Utah, Case Number 060920091.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: January 16, 2008

_____
William P. Nelson