```
 1  Paul S. Grewal (CSB# 196539)
    pgrewal@daycasebeer.com
 2  William P. Nelson (CSB# 196091)
    wnelson@daycasebeer.com
 3  DAY CASEBEER MADRID & BATCHELDER LLP
    20300 Stevens Creek Blvd., Suite 400
 4  Cupertino, CA  95014
    Tel. (408) 873-0110
 5  Fax: (408) 873-0220
 6  Attorneys for Plaintiff
    SYMANTEC CORPORATION
 7
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION<br><br>            Plaintiff,<br><br>    v.<br><br>STORAGECRAFT TECHNOLOGY CORPORATION,<br><br>            Defendant. | Case No. C07 04731 JW<br><br>STIPULATION AND PROPOSED ORDER GRANTING PLAINTIFF SYMANTEC CORPORATION'S MOTION TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL: CERTAIN EXHIBITS TO DECLARATION OF WILLIAM P. NELSON IN SUPPORT OF SYMANTEC CORPORATION'S OPPOSITION TO DEFENDANT'S CROSS MOTION TO STAY DISCOVERY<br><br>DATE:      FEBRUARY 4, 2008<br>TIME:      9:00 A.M.<br>COURTROOM: 8<br>JUDGE:     HONORABLE JAMES WARE |

1  Based on Plaintiff Symantec Corporation's ("Symantec") Administrative Motion under Local Rule 7-11 and 79-5 to File Under Seal Certain Exhibits to the Declaration of William P. Nelson in Support of Symantec's Opposition to StorageCraft's Motion to Stay Discovery, and good cause having been shown, the parties hereby stipulate that Exhibits H and I to the Declaration of William P. Nelson in Support of Symantec's Opposition to StorageCraft's Motion to Stay Discovery shall be filed under seal.

**IT IS SO STIPULATED.**

Dated:   January 18, 2008          DAY CASEBEER MADRID & BATCHELDER LLP


By:   /s/ William P. Nelson
         William P. Nelson
Attorneys for Plaintiff
SYMANTEC CORPORATION

Dated:   January 18, 2008          TRASKBRITT, P.C.



By:   /s/ H. Dickson Burton
         H. Dickson Burton
Attorneys for Defendant
STORAGECRAFT TECHNOLOGY CORPORATION

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January ___, 2008


_____
Judge James Ware
United States District Court

786109_1.doc   STIPULATION AND PROPOSED ORDER GRANTING   1      CASE NO. C07 04731 JW
MOTION TO FILE DOCUMENTS UNDER SEAL