1  Kimberly A. Donovan (CA Bar No. 160729)
   **GCA LAW PARTNERS LLP**
2  1891 Landings Drive
3  Mountain View, CA 94043
   Telephone: (650) 428-3900
4  Facsimile: (650) 428-3901
   E-mail: kdonovan@gcalaw.com
5

6  H. Dickson Burton (UT Bar. No. 4004) (*pro hac vice*)
   Edgar R. Cataxinos (UT Bar No. 7162) (*pro hac vice*)
7  **TRASKBRITT, P.C.**
   230 South 500 East
8  Suite 300
9  P.O. Box 2550
   Salt Lake City, Utah 84110-2550
10 Telephone:    (801) 532-1922
   Facsimile:    (801) 531-9168
11 E-Mail:       hdburton@traskbritt.com
12
   Attorneys for Defendant
13 STORAGECRAFT TECHNOLOGY CORP.
14

15              IN THE UNITED STATES DISTRICT COURT

16           FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                    SAN JOSE DIVISION

18

| | |
|---|---|
| 19 | ) Case No.  CV07-4731 JW |
| 20 | ) |
| SYMANTEC CORP. | ) **NOTICE OF MOTION FOR** |
| 21 | ) **PROTECTIVE ORDER RE:** |
| Plaintiff, | ) **SUBPOENA TO BURBIDGE** |
| 22 | ) **MITCHELL & GROSS** |
| v. | ) |
| 23 | ) Date:    March 17, 2008 |
| STORAGECRAFT TECHNOLOGY | ) Time:    9:00 a.m. |
| 24 CORPORATION. | ) Place:   Courtroom 8 |
| 25 Defendant. | ) Judge:   Honorable James Ware |
| 26 | ) |
| 27 | ) |
| 28 | |

1    TO PLAINTIFF AND ITS COUNSEL OF RECORD:

2    **PLEASE TAKE NOTICE**  that on Monday, March 17, 2008, at 9:00 a.m., or as

3   soon thereafter as counsel may be heard, or on an earlier date and time as may be

4   established by the court in response to StorageCraft's Motion for Shortened Time, in

5   Courtroom 8 of the above-entitled Court, located at 280 South 1st Street, San Jose, CA

6   95113, defendant StorageCraft Technology Corporation ("StorageCraft") will, and does

7   hereby, move this Court for a Protective Order quashing or modifying the Subpoena to the

8   Burbidge law firm.

9        This Motion is based upon this Notice of Motion, the Memorandum in Support of

10   the Motion for Protective Order, the Declarations of H. Dickson Burton, Thomas Russell

11   Shreeve and Christopher Martinez in Support of Motion for Protective Order, filed

12   currently with this Notice, and all of the pleadings and papers on file herein and upon such

13   further evidence and argument, both oral and documentary, as may be presented at the

14   hearing on this matter.

15

16   Dated:  January 18, 2008

17                                       GCA LAW PARTNERS LLP
                                        Kimberly A. Donovan
18

19                                       _____/S/ Kimberly A. Donovan_____

20
                                        Attorneys for Defendant
21                                      STORAGECRAFT TECHNOLOGY CORP.

22

23

24

25

26

27

28