Kimberly A. Donovan (CA Bar No. 160729)
**GCA LAW PARTNERS LLP**
1891 Landings Drive
Mountain View, Ca 94043
Telephone: (650) 428-3900
Facsimile: (650) 428-3901
E-mail: kdonovan@gcalaw.com

H. Dickson Burton (4004) (*pro hac vice*)
Edgar R. Cataxinos (7162) (*pro hac vice*)
**TRASKBRITT, P.C.**
230 South 500 East
Suite 300
P.O. Box 2550
Salt Lake City, Utah 84110-2550
Telephone:   (801) 532-1922
Facsimile:    (801) 531-9168
E-Mail:        hdburton@traskbritt.com

Attorneys for Defendant
STORAGECRAFT TECHNOLOGY CORP.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYMANTEC CORP.<br><br>　　　　　　Plaintiff,<br><br>v.<br><br><br>STORAGECRAFT TECHNOLOGY CORPORATION.<br>　　　　　　Defendant. | Case No.  CV07-4731 JW<br><br>**DECLARATION OF THOMAS RUSSELL SHREEVE IN SUPPORT OF MOTION FOR PROTECTIVE ORDER RE: SUBPOENA TO BURBIDGE MITCHELL & GROSS**<br><br>Date:　　March 17, 2008<br>Time:　　9:00 a.m.<br>Place:　　Courtroom 8<br>Judge:　　Honorable James Ware |

Case No. CV07-4731 JW

DOCUMENT PREPARED
ON RECYCLED PAPER

DECLARATION OF
THOMAS RUSSELL SHREEVE
IN SUPPORT OF MOTION FOR PROTECTIVE ORDER RE: SUBPOENA TO BURBIDGE MITCHELL & GROSS

I, Thomas Russell Shreeve, declare as follows:

1.  I am Chief Operating Officer for Defendant StorageCraft Technology Corporation. (hereinafter "StorageCraft"). I am making this Declaration in support of Defendant's motion for protective order re: Subpoena to Burbidge Mitchell & Gross. The facts set forth herein are based upon my personal knowledge, and if called upon, I am competent to testify to such facts.

2.  StorageCraft is a small start-up company that was founded in late 2003. StorageCraft is in the business of developing software and systems for backup, disaster recovery, protection and migration of computer systems. StorageCraft directly competes with Symantec Corp. (hereinafter "Symantec"), a market leader in this business. Several key StorageCraft employees were previously employed by a PowerQuest, a Utah company that was acquired by Symantec.

3.  Symantec is a large, publicly traded, multinational corporation with operations in over 40 countries worldwide. It is also in the business of developing infrastructure software and systems for security, availability, compliance and performance of its customers' software and hardware. Symantec is perhaps best known for its Norton® line of products. In April 2007 it ranked 515 in the *Fortune 1000* and claims to do business with 99% of the *Fortune 1000* companies.

4.  On January 15, 2008, Symantec's counsel served a third party subpoena (the "Burbidge Subpoena") on the law firm of Burbidge, Mitchell & Gross (the "Burbidge Firm") in Salt Lake City, Utah. The Burbidge Subpoena requires the Burbidge Firm to produce copies of "all documents produced by StorageCraft in litigation with NetJapan Holdings, Inc., et al." and "all pleadings, deposition transcripts and hearing transcripts relating to *NetJapan Holdings, Inc., et al., v. StorageCraft Technology Corp.*"

5.  I believe that over 100,000 documents have been produced by StorageCraft in that litigation which would apparently be within the scope of the Burbidge Subpoena. Many of the documents and things that would be the subject of this subpoena constitute StorageCraft's highly confidential technical documents, source code, marketing information, strategic plans and

Case No. CV07-4731 JW                                  - 1 -

DECLARATION OF
THOMAS RUSSELL SHREEVE
IN SUPPORT OF MOTION FOR PROTECTIVE ORDER RE: SUBPOENA TO BURBIDGE MITCHELL & GROSS

financial documents. These documents are maintained confidentially within StorageCraft. They are only shared even within the small company with those employees who need to know or use the information, and each of those employees entered into a non-disclosure agreement prior to being given access to this information. Many of the technical documents and the source code took thousands of person-hours to create. The marketing and planning documents encompass the detailed thinking and strategic planning of key employees within StorageCraft, while the financial documents provide extensive details about StorageCraft's business.

6. If Symantec (or any other competitor of StorageCraft) were to acquire access to these competitively sensitive and highly confidential technical, marketing, business strategy and financial documents or access to StorageCraft's source code, it would be devastating to StorageCraft.

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed at Salt Lake City, Utah, on January 18, 2008.

*Thomas Russell Shreeve*

Case No. CV07-4731 JW    - 2 -

DOCUMENT PREPARED
ON RECYCLED PAPER

DECLARATION OF
THOMAS RUSSELL SHREEVE
IN SUPPORT OF MOTION FOR PROTECTIVE ORDER RE: SUBPOENA TO BURBIDGE MITCHELL & GROSS