UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>        Plaintiff(s),<br><br>  v.<br><br>STORAGECRAFT TECHNOLOGY CORPORATION,<br><br>        Defendant(s).<br>_____/ | No. C 07-04731 JW<br><br>CLERK'S NOTICE VACATING HEARING ON STAY OF DISCOVERY AND PROTECTIVE ORDER; MOTION TO SHORTEN TIME HEARING |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the following motions before Judge James Ware previously noticed for March 17, 2008 at 9:00 AM have been improperly noticed and the hearing date is VACATED. The parties should re-notice the motions to be heard before the assigned Magistrate Judge, Howard R. Lloyd:

1. Plaintiff's Motion to Shorten Time on Hearing of Motion for Stay of Discovery and Motion for Protective Order or Stay Pending Hearing

2. Plaintiff's Motion for Protective Order Re: Subpoena to Burbidge, Mitchell & Gross.

Dated: January 22, 2008

                                          FOR THE COURT,
                                          Richard W. Wieking, Clerk

                                      by: _____/s/_____
                                           Elizabeth Garcia
                                           Courtroom Deputy