UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SYMANTEC CORPORATION,

        Plaintiff(s),

  v.

STORAGECRAFT TECHNOLOGY CORPORATION,

        Defendant(s).
_____/

No. C 07-04731 JW

**AMENDED CLERK'S NOTICE** VACATING HEARING ON MOTION TO SHORTEN TIME HEARING RE PROTECTIVE ORDER

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the following motions before Judge James Ware previously noticed for March 17, 2008 at 9:00 AM have been improperly noticed and the hearing date is VACATED. The parties should re-notice the following motions to be heard before the assigned Magistrate Judge, Howard R. Lloyd:

1. Plaintiff's Motion to Shorten Time on Motion for Protective Order or Stay Pending Hearing
2. Plaintiff's Motion for Protective Order Re: Subpoena to Burbidge, Mitchell & Gross.

The request to shorten time for hearing on stay of discovery shall be deemed submitted on the papers for review by Judge James Ware.

Dated: January 22, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
Elizabeth Garcia
Courtroom Deputy