1  Paul S. Grewal (CSB# 196539)
   pgrewal@daycasebeer.com
2  William P. Nelson (CSB# 196091)
   wnelson@daycasebeer.com
3  DAY CASEBEER MADRID & BATCHELDER LLP
   20300 Stevens Creek Blvd., Suite 400
4  Cupertino, CA  95014
   Tel.: (408) 873-0110
5  Fax: (408) 873-0220

6
   Attorneys for Plaintiff
7  SYMANTEC CORPORATION

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                 SAN JOSE DIVISION

12

13  **SYMANTEC CORPORATION**            Case No. C07 04731 JW

14                Plaintiff,            SYMANTEC CORPORATION'S PARTIAL
                                        OPPOSITION TO DEFENDANT'S MOTION TO
15       v.                             SHORTEN TIME ON HEARING OF MOTION FOR
                                        PROTECTIVE ORDER, OR FOR STAY PENDING
16  **STORAGECRAFT TECHNOLOGY**         HEARING
    **CORPORATION,**
17
                                        DATE:       MARCH 4, 2008
18                Defendant.            TIME:       10:00 A.M.
                                        COURTROOM: 2
19                                      JUDGE:      HONORABLE HOWARD LLOYD

20

21

22

23

24

25

26

27

28

Between 11:44 p.m. Friday and 12:14 a.m. Saturday morning, on the Martin Luther King holiday weekend and without prior notice to Symantec, StorageCraft filed a motion for protective order, multiple supporting declarations, and an accompanying motion to shorten time that would require Symantec to respond to those pleadings in time for a hearing less than a week later. Moreover, StorageCraft performed its midnight filing without first meeting and conferring with Symantec (as required) regarding a proposed briefing schedule for its motion. On the basis of these facts alone, StorageCraft's motion should be denied for failing to comply with at least Local Rule 6-3(a)(2) and General Order 45(VI)(d) (concerning deadlines for electronic filing).[1]

However, in order to expedite discovery in this matter that is long overdue, Symantec is willing to agree to an expedited briefing schedule on StorageCraft's motion for a protective order, and would have agreed to one had StorageCraft sought a stipulation in accordance with the local rules. Symantec is eager to resolve that motion as quickly as possible, both to put an end to StorageCraft's delaying tactics, and in light of the agreement by third-party Burbidge Mitchell & Gross to refrain from complying with Symantec's Fed. R. Civ. P. 45 subpoena until after the Court rules on StorageCraft's motion for protective order.[2]

To that end, Symantec will appear at any time the Court sets for hearing on the matter, including its next available hearing date of January 29, 2008, and file a responsive pleading accordingly. Symantec proposes the following briefing and hearing schedule:

1. Symantec shall have until Friday, January 25, 2008 to file its opposition, if any.

---

[1] In addition to failing to describe "the efforts the party has made to obtain a stipulation to the time change" as required by L.R. 6-3(a)(2) (there were no such efforts by StorageCraft), StorageCraft's motion to shorten time also fails to comply with L.R. 6-3(a)(3) (requiring identification of "the substantial harm or prejudice that would occur if the Court did not change the time"); 6-3(a)(4) (ii) (requiring description of "the nature of the underlying dispute that would be addressed in the motion" and "briefly summariz[ing] the position each party had taken"); 6-3(a)(5) (requiring disclosure of all previous time modifications in the case); and 6-3(a)(6) (describing the effect the requested time modification would have on the schedule for the case).

[2] *See* Exhibit A (1/21/08 Burton email).

1    2. StorageCraft shall have until Monday, January 28, 2008 to file its reply, if any.

2    3. Hearing on StorageCraft's Motion for Protective Order is set for January 29, 2008 at

3        10:00 a.m.

4    A proposed order reflecting Symantec's suggested briefing and hearing schedule is

5    attached as Exhibit B to this pleading.

6

7

8    Dated: January 23, 2008    By:    /s/ William P. Nelson
     Paul S. Grewal (CSB# 196539)

9    William P. Nelson (CSB# 196091)
     Day Casebeer Madrid & Batchelder LLP

10   20300 Stevens Creek Blvd., Suite 400
     Cupertino, CA  95014

11   Tel: (408) 873-0110
     Fax: (408) 873-0220

12

13   *Attorneys for Plaintiff Symantec Corporation*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

3        I hereby certify that a copy of the foregoing document was filed electronically in

4    compliance with Local Rule CIV 5-5(b). Therefore, this document was served on all counsel

5    who are deemed to have consented to electronic service. Local Rule CIV 5-5(b).  Pursuant to

6    Fed.R.Civ.P. 5(d) and Local Rule CIV 5-5, all other counsel of record not deemed to have

7    consented to electronic service were served with a true and correct copy of this document via

8    email, facsimile and/or U. S. First Class Mail.

9

10

11   Dated:  January 23, 2008                    _____/s/_____
                                                        William P. Nelson
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28