# EXHIBIT A

```
-----Original Message-----
From:        H Dickson Burton [mailto:HDBurton@traskbritt.com]
Sent: Monday, January 21, 2008 01:21 PM Pacific Standard Time
To:     jwgross@burbidgeandmitchell.com
Cc:     Grewal, Paul; kdonovan@gcalaw.com; Shaughnessy, Todd; Johnson, Brett P. (SLC); Jason
P. Nixon
Subject:      Symantec v. StorageCraft; Subpoena to Burbidge firm as NetJapan counsel
```

<http://mm1.lettermark.net/traskbritt/lhead/patents.map>

Jeff,

Further to our telephone conversation of this morning and my letter to you of January 17, 2008, I understand that in view of the motions for protective order and to shorten time (on the hearing of motion for stay of discovery) filed by StorageCraft last week, your law firm will not produce any documents in response to the Subpoena served by Symantec dated January 15, 2008, before the Court in California rules on these motions. I am enclosing herewith copies of the motions and memo which were filed.

I further informed you that StorageCraft not only believes the subpoena to your firm is untimely given the pending motion to dismiss or transfer, but it will be the subject of dispute as to its scope as it is overbroad given the issues in dispute in the case with Symantec. The filed motions address these issues.

Finally, and as a reminder of the statements in my January 17 letter, the subpoena seeks production of documents that are highly confidential to StorageCraft, and there is no protective order yet in place which will bind Symantec and its counsel. Accordingly, any production by your firm in response to the subpoena without the consent of StorageCraft, or an order from an appropriate court, would be deemed by StorageCraft to be a violation of the Protective Order in place in the NetJapan v. StorageCraft matter.

Thank you for your cooperation.

Dickson

H. Dickson Burton Registered Patent Attorney 801-994-8706 HDBurton@traskbritt.com
<http://mm1.lettermark.net/traskbritt/card/SFSV_8.map>

CONFIDENTIALITY NOTICE:
This message, together with any attachments, may be legally privileged and is confidential information intended only for the use of the individual or entity to which it is addressed. It is exempt from disclosure under applicable law including court orders. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this message, or any attachment thereto, is strictly prohibited. If you have received this message in error, please notify the original sender and delete this message, along with any attachments, from your computer.