# EXHIBIT B

| | |
|---|---|
| 1 | Paul S. Grewal (CSB# 196539) |
| | pgrewal@daycasebeer.com |
| 2 | William P. Nelson (CSB# 196091) |
| | wnelson@daycasebeer.com |
| 3 | DAY CASEBEER MADRID & BATCHELDER LLP |
| | 20300 Stevens Creek Blvd., Suite 400 |
| 4 | Cupertino, CA  95014 |
| | Tel. (408) 873-0110 |
| 5 | Fax: (408) 873-0220 |

Attorneys for Plaintiff
SYMANTEC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **SYMANTEC CORPORATION** | No. C07 04731 JW |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF SYMANTEC CORPORATION'S ALTERNATIVE PROPOSAL FOR ORDER SHORTENING TIME** |
| v. | |
| **STORAGECRAFT TECHNOLOGY CORPORATION,** | DATE:     MARCH 4, 2008 |
| | TIME:     10:00 A.M. |
| | COURTROOM:  2 |
| Defendant. | JUDGE:    HONORABLE HOWARD LLOYD |

[PROPOSED] ORDER GRANTING PLAINTIFF'S
ALTERNATIVE PROPOSAL FOR ORDER
SHORTENING TIME

887684_1.doc

Having considered Plaintiff Symantec Corporation's ("Symantec") proposed alternative schedule for an Order Changing Time for hearing of StorageCraft Technology Corporation's ("StorageCraft") Motion for Protective Order or For Stay Pending Hearing (Document No. 54), pursuant to Local Rule 6-3, Plaintiff's request is hereby GRANTED.

1. Symantec shall have until Friday, January 25, 2008 to file its opposition, if any.
2. StorageCraft shall have until Monday, January 28, 2008 to file its reply, if any.
3. Hearing on StorageCraft's Motion for Protective Order is set for January 29, 2008 at 10:00 a.m.

IT IS SO ORDERED.

Dated: _____

                                                                       Hon. Howard Lloyd
United States District Court Magistrate Judge