1   Paul S. Grewal (CSB# 196539)
    pgrewal@daycasebeer.com
2   William P. Nelson (CSB# 196091)
    wnelson@daycasebeer.com
3   DAY CASEBEER MADRID & BATCHELDER LLP
    20300 Stevens Creek Blvd., Suite 400
4   Cupertino, CA  95014
    Tel.: (408) 873-0110
5   Fax: (408) 873-0220
6
    Attorneys for Plaintiff
7   SYMANTEC CORPORATION
8
9                       UNITED STATES DISTRICT COURT
10                     NORTHERN DISTRICT OF CALIFORNIA
11                            SAN JOSE DIVISION
12

| | |
|---|---|
| 13 **SYMANTEC CORPORATION** | Case No. C07 04731 JW |
| 14                    Plaintiff, | **SYMANTEC CORPORATION'S PARTIAL OPPOSITION TO DEFENDANT'S SECOND MOTION TO SHORTEN TIME ON HEARING OF MOTION TO STAY DISCOVERY** |
| 15       v. | |
| 16 **STORAGECRAFT TECHNOLOGY CORPORATION,** | **DATE:**    **FEBRUARY 4, 2008** |
| 17 | **TIME:**    **9:00 A.M.** |
| 18                    Defendant. | **COURTROOM: 8** |
| | **JUDGE:**    **HONORABLE JAMES WARE** |

19
20
21
22
23
24
25
26
27
28

Between 11:44 p.m. Friday and 12:14 a.m. Saturday morning, on the Martin Luther King holiday weekend and without prior notice to Symantec, StorageCraft filed a motion for protective order, multiple supporting declarations, and an accompanying motion to shorten time not only on that motion, but also on its earlier-filed cross-motion to stay discovery (Docket No. 39). Only StorageCraft's motion to shorten time on its motion for a discovery stay is currently before the district judge.[1] Not only did StorageCraft perform its midnight filing without first meeting and conferring with Symantec (as required) regarding a proposed briefing schedule for its motion[2], it also failed to inform this Court (as required) that its motion to shorten time on its discovery stay motion is the **second** motion to shorten time on that pleading,[3] as an expedited briefing and hearing schedule had already been set for StorageCraft's motion.[4]

However, in order to expedite discovery in this matter that is long overdue, Symantec will embrace any schedule permitting a prompt resolution of this issue.

Dated: January 23, 2008

By:   /s/ William P. Nelson
Paul S. Grewal (CSB# 196539)
William P. Nelson (CSB# 196091)
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, CA  95014
Tel: (408) 873-0110
Fax: (408) 873-0220

*Attorneys for Plaintiff Symantec Corporation*

---

[1] *See* 1/22/08 Amended Clerk's Notice Vacating Hearing On Motion to Shorten Time Hearing Re Protective Order (Document No. 61).

[2] *See* L.R. 6-3(a)(2).

[3] *See* L.R. 6-3(a)(5).

[4] Stipulation and Order Regarding Pleading Schedule for Cross-Motion for Stay of Discovery.(Document No. 45).

1

**CERTIFICATE OF SERVICE**

2

3        I hereby certify that a copy of the foregoing document was filed electronically in

4  compliance with Local Rule CIV 5-5(b). Therefore, this document was served on all counsel

5  who are deemed to have consented to electronic service. Local Rule CIV 5-5(b).  Pursuant to

6  Fed.R.Civ.P. 5(d) and Local Rule CIV 5-5, all other counsel of record not deemed to have

7  consented to electronic service were served with a true and correct copy of this document via

8  email, facsimile and/or U. S. First Class Mail.

9

10

11  Dated:  January 23, 2008                    _____/s/_____

12                                                        William P. Nelson

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28