1  Kimberly A. Donovan (CA Bar No. 160729)
   **GCA LAW PARTNERS LLP**
2  1891 Landings Drive
   Mountain View, Ca 94043
3  Telephone: (650) 428-3900
   Facsimile: (650) 428-3901
4  E-mail: kdonovan@gcalaw.com

5  H. Dickson Burton (4004) (*pro hac vice*)
   Edgar R. Cataxinos (7162) (*pro hac vice*)
6  **TRASKBRITT, P.C.**
   230 South 500 East
7  Suite 300
   P.O. Box 2550
8  Salt Lake City, Utah 84110-2550
   Telephone:    (801) 532-1922
9  Facsimile:    (801) 531-9168
   E-Mail:      hdburton@traskbritt.com

10 Attorneys for Defendant
   STORAGECRAFT TECHNOLOGY CORP.
11

12            IN THE UNITED STATES DISTRICT COURT

13        FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                   SAN JOSE DIVISION

15

16                                        )
17                                        )
   SYMANTEC CORP.                         )        Case No.  CV07-4731 JW
18                                        )
                Plaintiff,                )        **DECLARATION OF**
19                                        )        **BRANDON NORDQUIST**
          v.                              )        **IN SUPPORT OF DEFENDANT'S**
20                                        )        **REPLY MEMORANDUM FOR A**
                                          )        **STAY OF DISCOVERY**
21                                        )
22 STORAGECRAFT TECHNOLOGY                )        Date:   February 4, 2008
   CORPORATION.                           )        Time:   9:00 a.m.
23              Defendant.                )        Place:  Courtroom 8
                                          )
24                                        )
                                          )
25 _____)

26

27

28 Case No. CV07-4731 JW

I, Brandon Nordquist, declare as follows:

1.    I am currently employed by StorageCraft Technology Corporation ("StorageCraft") as Vice President of Product Management. I am making this Declaration in support of Defendant's motion for a Stay of Discovery. The facts set forth herein are based upon my personal knowledge, and if called upon, I am competent to testify to such facts.

2.    I am familiar with the emails which were marked and identified in my deposition as Exhibits 87 and 88 (in the case of *NetJapan Holdings v. StorageCraft Technology Corporation*, Case. No. 060920091, pending in the Third Judicial District Court for the State of Utah), bearing control numbers STC010653 and STC001400. It is my understanding that these documents are also attached to the Declaration of William P. Nelson as Exhibits H and I (Docket # 50).

3.    I am also familiar with the "V2i documents" referred to in Exhibit 87, which the email indicates I forwarded to Hannah Kirby. While I don't have a specific memory of forwarding those documents to Hannah Kirby as she indicates in the email, I am familiar with the documents to which she refers. The V2i documents referenced therein were PowerQuest Data Sheets including product features and benefits, and were taken from PowerQuest's website, a publicly accessible website in approximately October 2004.    True and correct copies of PowerQuest Data Sheets which are at least similar to (if not the same as) those referenced in Hannah Kirby's email are attached hereto as Exhibit A.

4.    Exhibits 87 and 88 are referencing the preparation by StorageCraft of a Product Overview for a disaster recovery tool for the Windows 2003 server family, a product which StorageCraft was then contemplating but had not yet developed. Hannah Kirby was tasked with the preparation of the Product Overview. The final version of the Product Overview which was ultimately used by StorageCraft did not include anything prepared by Hannah Kirby and did not include any information from any Symantec document, whether publicly available or not.

5.    Attached hereto as Exhibit B is the StorageCraft Product Overview which was first used by StorageCraft.

Case No. CV07-4731 JW                                  - 1 -

DOCUMENT PREPARED
ON RECYCLED PAPER

1

2          I declare under penalty of perjury that the foregoing is true and correct. This declaration

3    was executed at Salt Lake City, Utah, on January 22, 2008.

4

5                                              Brandon Nordquist

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*EXHIBIT A*

PowerQuest V2i Protector provides a full array of features to meet your specific backup and recovery needs, whatever they may be:

## Today's Difficulty With Server Backup and Recovery:

The primary issue for backup and recovery is speed. Typically, the amount of data that must be moved from disk to tape (or other backup media) is so large that the act of performing a backup in and of itself presents a significant load to the system and degrades performance accordingly. Backups must complete as quickly as possible to avoid impacting users and the business. For this reason, most sites attempt to perform backups during off-hours (note that the concept of "off-hours" is meaningless in 24x7 production environments). Data tape devices are typically not as fast as the disks they are backing up.

Therefore depending on the size of the data being backed-up and the amount of memory available on the computer involved, the backup process must hesitate often to wait for the tape to catch up. This increases the individual backup "window" for each computer being backed up and for the entire backup cycle for any number of computers.

In short, backup and recovery routines are not necessarily meeting the needs of IT staff and corporate business. Therefore, PowerQuest has developed PowerQuest V2i Protectorâ„¢ that enters a new paradigm of backup and recovery.

### Causes of Server Failure:
There are a number of items that can cause system and/or data loss. These can include:

**Basic user error** - users accidentally delete file(s) or folders from the network.
**Unsuccessful software upgrades** - can leave a server in an inoperable state.
**Hardware failures** - such as unrecoverable hard disk failures, resource conflicts, memory errors, system timing problems, and power loss - can all cause data loss or data corruption.
**Environmental hazards** - such as floods and lightening may require a total server restoration.
**Catastrophic events** - which are the most severe cause of system and data loss can render a server useless.

### Costs Associated with Server Downtime:
When your server is down and out, it means that your business is either crippled or halted. This can mean:

Serious loss in sales and/or business opportunity
Decrease in employee productivity and efficiency
Increase in server maintenance costs and overhead

Gartner, Inc. has estimated the average cost of downtime for several industries:

| Industry | Avg. Cost of Downtime Per Hour ($USD) |
|---|---|
| Brokerage operations | $6,450,000 |
| Credit Card Authorizations | $2,600,00 |
| E-Commerce | $240,000 |
| Package Shipping Services | $150,250 |
| Home Shopping Channels | $113,750 |
| Catalog Sales Center | $90,000 |
| Airline Reservation Center | $89,500 |
| Cellular Service Station | $41,000 |

| ATM Service Fees | $14,500 |
|---|---|

Regardless of the industry you are in, an inoperable server will impact your ability to drive business as well as effect your overall bottom-line.

**Backups should be true to the server**
Based on PowerQuest's Virtual Volume Imaging (V2i) technology, PowerQuest V2i Protector creates an exact point-in-time backup image. This backup image is block-based, meaning PowerQuest V2i Protector captures any data found in each block of the server's disk - including hidden and encrypted files.

The advantage - a server backup image file that includes the exact state of the server volume as well as any server optimizations and configurations that have been established.

**Backups should take place when YOU desire**
PowerQuest's Virtual Volume Imaging technology allows IT administrators to dictate when server backups take place. Typically, backups are scheduled to take place outside of core business hours in order to not interfere with live production server operations. However, due to errors or unforeseen problems with the backup - IT administrators will arrive the next morning to find that the backup was not successful. In the case of server failure this would mean the business would have one less day of backup information to roll back to.

A more desirable model is to perform the backups DURING regular core business hours, without having to take a server offline or interrupt live server operations.

Using PowerQuest's Virtual Volume Imaging technology, PowerQuest V2i Protector will create a point-in-time virtual representation (Virtual Volume Image) of your server volume's state. This virtual representation is then temporarily stored on the available free disk space that is present on the server. PowerQuest V2i Protector will then generate an actual backup image file based on the details found in the Virtual Volume Image. This backup image file can then be saved to another Windows 2000 Server or Windows 2000 Advanced Server compatible storage device, such as a Direct Attached Storage (DAS), Network Attached Storage (NAS), or SAN (Storage Area Network) device.

Since the final PowerQuest V2i Protector backup file is created based on the Virtual Volume Image - it performs backups quickly and does not interfere or interrupt the server's operations. IT Administrators can continue to perform server functions such as managing user rights, running server applications and tools.

For greater efficiency, schedule PowerQuest V2i Protector backup sessions to take place automatically, anytime during the day

**Restore your servers in the time it usually takes to FIND your backup tapes!**
Crashed server? Accidentally deleted data files? Before spending hours reinstalling a server or recovering a document from tape, recover in minutes using PowerQuest V2i Protector.

Based on its disk-to-disk method of backup and recovery, PowerQuest V2i Protector cuts hours off of recovery times when compared to other traditional backup and restore methods. When a server experiences a failure, a typical solution is to reinstall or refresh the system operating system. However, this process on average can take four or more hours to complete. The table below compares the steps involved with restoring a server using a Traditional method vs. the PowerQuest V2i Protector method.

| | Traditional Methods | | PowerQuest V2i Protector Method |
|---|---|---|---|
| 1 | Repair hardware (if necessary) | 1 | Repair hardware (if necessary) |
| 2 | Collect all necessary OS media | 2 | Reboot using PowerQuest V2i Protector CD |
| 3 | Reload OS from CD-ROM or Floppies | 3 | Restore selected volume or files |
| 4 | Reboot | 4 | Reboot |
| 5 | Apply Service Packs (multiple in most cases) | | **RESULT = Restoration in MINUTES** |
| 6 | Reboot (multiple reboots based on service packs applied) | | |
| 7 | Reload backup software from CD-ROM | | |
| 8 | Get backup software patched to the latest support level (can be multiple patches) | | |
| 9 | Reboot (can be several reboots based on patches applied) | | |
| 10 | Reboot | | |
| 11 | Load recovery tape and restore | | |
| | **RESULT = Restoration in HOURS** | | |

Using PowerQuest V2i Protector will not only cut hours off of your server recovery, but your server will be essentially rolled back to the exact state of when the backup took place - with all system optimizations, hidden and encrypted files, and data in place.

**Multiple restoration methods for multiple restoration needs**
There are different degrees of disaster therefore PowerQuest V2i Protector provides different degrees of restoration.

## "Bare metal" server restoration

A server that does not have an operating system installed is considered "bare metal". Rather than spending hours reinstalling the operating system, patches, service packs, and applications back onto the server, simply use the bootable PowerQuest V2i Protector product CD to boot the server into the PowerQuest Recovery Environment.

The PowerQuest Recovery Environment presents a scaled-down version of a Windows server environment, which provides 95% coverage for most device drivers.

Once booted into the PowerQuest Recovery Environment, walk through the RecoveryWizard to access the network drive storing your server's backup image. After the restore is complete, reboot the server and your server is now backup and running!

## Restoring a system or data volume from a centralized management console

PowerQuest V2i Protector includes a centralized management console that leverages the Microsoft Management Console (MMC). From the PowerQuest V2i Protector Management Console, locate a server volume that requires a refresh or restore and simply follow the steps in the RecoveryWizard to dispatch the backup image file.

If PowerQuest V2i Protector is able to get a lock on the system or data volume - the volume restore can occur without the need for a server reboot. Or use the PowerQuest Recovery Environment as an additional method for quick recovery.

### Restore specific files or folders within minutes

Users accidentally deleting files and folders from the network? They need it recovered for an important meeting this afternoon? Rather than searching for the backup tapes and scouring through the library for the correct files and folders - just browse the volume's most current backup image file in the ImageBrowser.

The ImageBrowser simplifies management of your backup image files. It allows an IT administrator to view the image file contents as well as restore individual program and data files.

Mount backup images as a volume in order to:
- Allow end users to recover their own files and folders.
- Run applications such as virus scanning or storage resource management tools to ensure the backup image file does not contain viruses or other unwanted content before restoring to the server volume.

*EXHIBIT B*



# SHADOWPROTECT™

**WHITEPAPER**

StorageCraft Technology Corporation – Leading the Way to Safer Computing
©2004-2006 StorageCraft Technology Corporation. All Rights Reserved. This brochure is for informational purposes only.
STORAGECRAFT MAKES NO WARRANTIES, EXPRESSED OR IMPLIED, IN THIS SUMMARY. StorageCraft,
ShadowProtect and ExactState and the StorageCraft and ShadowProtect logos are trademarks of StorageCraft
Technology Corporation. Other product and company names mentioned herein are or may be the trademarks of the
respective owners.

## Introduction

Advancements in technology and price reductions have made it possible to combine disk-based backup technologies together with tape to improve data backup and disaster recovery. Some of the benefits that the technology promises are:

- Reduced time for recovery
- Improved backup performance
- Increased success rate of backups and restores

With shrinking backup windows and increasing amounts of data, administrators are faced with many challenges ensuring critical data is protected and, more importantly, the data can be recovered quickly. Backup to disk is essentially the process of backing up data to a disk device rather than to tape. Backups are then copied to tape for long-term storage to meet regulation requirements.

The marriage of disk-based backup and recovery technologies with tape for archiving purposes provides administrators a very quick and easy way to backup and recover their systems. In the event of a disaster, recovery of the system and data takes minutes rather than hours. Administrators have the benefits of online and near-line storage combined with the benefits of off-site storage using tape.

### Reduced recovery time

To recover a file from tape, the tape first has to be mounted and searched for the file. As tape is a sequential media, this can take several minutes depending on the technology used. To recover a file from disk is only going to take as long as it takes to copy the data over the network to the destination disk. Recovering the operating system takes minutes instead of the traditional way with tape which requires locating the tapes, reading the data from the tape, and copying the data back to the disk once the operating system has been re-installed.

### Improved backup performance

The backup window can be dramatically reduced by backing up to disk first. Once full backups have been taken, administrators can backup only the changed data since the last full or incremental backup. The backups are saved at the speed of disk and there is no need to swap tapes in and out. Administrators can also stage their backups to disk first, and then allow the data to be archived to tape during the day or at any other time.

### Increased success rate of backups and restores

Using disk as the storage destination for your backups can prevent backups and recoveries from failing due to:

- Tape drive failure
- Data not actually being written to the tape drive
- Open files not being backed up causing undesired results when restoring data such as the operating system.

As backup to disk is not constrained to a limited set of tape drives, it's easier to accommodate changes in the backup load and the number of parallel jobs running. Administrators can save time and money backing up to disk as a first line of protection leveraging tape as an archive media.

StorageCraft Technology Corporation – Leading the Way to Safer Computing
©2004-2006 StorageCraft Technology Corporation. All Rights Reserved. This brochure is for informational purposes only. STORAGECRAFT MAKES NO WARRANTIES, EXPRESSED OR IMPLIED, IN THIS SUMMARY. StorageCraft, ShadowProtect and ExactState and the StorageCraft and ShadowProtect logos are trademarks of StorageCraft Technology Corporation. Other product and company names mentioned herein are or may be the trademarks of the respective owners.

## StorageCraft ShadowProtect: Complete system and data protection

StorageCraft's ShadowProtect line of products provides disk based backup and recovery for enterprise servers, desktops and laptops. ShadowProtect products protect your entire system including the operating system, applications, critical data, configuration settings, security settings and hidden utility volumes. StorageCraft ShadowProtect provides fast, reliable bare-metal recovery of critical systems, whether the problem is operating system corruption, catastrophic failures, viruses, accidental user error, or hardware failure. Combining StorageCraft's disk based backup and recovery with tape backup technology provides unparalleled performance and protection.



ShadowProtect takes a point in time snapshot of the real volumes.

USB/Firewire

The full, incremental or differential backup can be saved to any disk device

Point-in-time

SAN,NAS,DAS RAID

Network Drives

ShadowProtect creates an exact backup image of the system and data and stores it into a file.

**Figure1. ShadowProtect Live Backup**

StorageCraft ShadowProtect creates live point-in-time backups using its reliable snapshot technology. StorageCraft's unique incremental functionality allows backups to be taken even during business hours.

StorageCraft Technology Corporation – Leading the Way to Safer Computing
©2004-2006 StorageCraft Technology Corporation. All Rights Reserved. This brochure is for informational purposes only. STORAGECRAFT MAKES NO WARRANTIES, EXPRESSED OR IMPLIED, IN THIS SUMMARY. StorageCraft, ShadowProtect and ExactState and the StorageCraft and ShadowProtect logos are trademarks of StorageCraft Technology Corporation. Other product and company names mentioned herein are or may be the trademarks of the respective owners.

**Volume Snapshot Technology**
StorageCraft's core hot volume snapshot technology, which allows administrators to create an image of their system while a server or PC is running, is currently used in industry backup and recovery solutions, including Symantec LiveState™ Recovery and Norton Ghost™ 10, EMC and other online backup companies. StorageCraft's product offering will provide the next generation in hot snapshot technology and improve disk-based backup and disaster recovery. Our latest snapshot technology allows provides unprecedented stability and application compatibility.

**Live backup with zero interruption**
Create live backups anytime you want while you work in Windows®. You can create full, incremental or differential backups anytime without interrupting the system or applications. Backups can be scheduled for automatic system protection as often as every 15 minutes.

**Rapid bare-metal recovery**
StorageCraft's Recovery Environment allows for quick recovery from system failure. You can simply boot from the StorageCraft Recovery CD and restore entire systems including the operating system, applications, configuration settings and data within minutes. Within the recovery environment, we allow you to not only restore systems, but also back them up. This is useful in two cases: 1. If the system is unable to boot, StorageCraft allows you to back that system up before a destructive restore could destroy valuable data and 2. ExactState backups, which are backups of volumes that are offline, can be taken when the best possible backup or cold backup is required. Through ShadowProtect's remote management and remote control capabilities, the administrator or helpdesk personnel can manage ShadowProtect without sitting in front of the computer he/she is managing. In case of system failure, the recovery environment can be remotely controlled for full system recovery.

| | Traditional Methods | | StorageCraft ShadowProtect |
|---|---|---|---|
| 1 | Repair hardware if necessary | 1 | Repair hardware if necessary |
| 2 | Collect all necessary OS media | 2 | Boot from recovery CD |
| 3 | Reload OS from CD | 3 | Restore entire system or selected files |
| 4 | Reboot | 4 | Reboot |
| 5 | Apply service packs (multiple) | | |
| 6 | Reboot (this could take several reboots) | | |
| 7 | Reload backup software from CD | | |
| 8 | Patch backup to latest support level | | |
| 9 | Reboot | | |
| 10 | Load recovery tapes and restore data | | |

**Figure2. Bare-metal recovery**

StorageCraft ShadowProtect can perform bare-metal recovery in minutes. Administrators can simply boot to the StorageCraft Recovery Environment using the recovery CD and restore systems quickly and reliably.

StorageCraft Technology Corporation – Leading the Way to Safer Computing
©2004-2006 StorageCraft Technology Corporation. All Rights Reserved. This brochure is for informational purposes only. STORAGECRAFT MAKES NO WARRANTIES, EXPRESSED OR IMPLIED, IN THIS SUMMARY. StorageCraft, ShadowProtect and ExactState and the StorageCraft and ShadowProtect logos are trademarks of StorageCraft Technology Corporation. Other product and company names mentioned herein are or may be the trademarks of the respective owners.

**Enhanced system and database backup through Microsoft® VSS**

The Windows Volume Shadow Copy Service Framework (VSS) provides an infrastructure that enables third-party storage backup programs, business programs and operating systems to work together to provide better backup and recovery. ShadowProtect is both a Backup Requester and a software Snapshot Provider. This enables ShadowProtect to use the existing snapshot found in Windows XP and 2003 without installing additional drivers. For enhanced backup features such as rapid incremental or differential backups, the VSS framework can use our registered snapshot provider. In both cases, better backups of the operating system and applications such as Exchange and SQL will be created.

**Active backup image files**

ShadowProtect point-in-time backups can be mounted as drive letters or mount points, both for read-only or read-write access. This flexibility allows scanning, sharing, updating or even working from a backup image file. For example, administrators could update an existing backup or scan a backup for viruses and fix it before restoring a point-in-time. Point-in-time backups can also be shared on the network for end-user self-restores. Mounted backups look just like the original volume, end users can quickly use windows explorer to search, find and recover files. File and folder restoration becomes a simple drag and drop operation.

**Zero install backups (ShadowProtect IT Edition only)**

IT Edition is truly revolutionary. Users can backup systems without any installs, reboots or software compatibility testing. The software is licensed so that it can be used by a technician on an unlimited number of servers, desktops and laptops. Leveraging Microsoft VSS and Volsnap eliminates the need to install any drivers or certify new drivers to work on your system. Administrators can create point-in-time backups on any machine at any time and without the need to install additional software.

**Flexibility in creating backups**

StorageCraft ShadowProtect allows administrators to select the best type of backup for their needs. There are three types of backups you can create: 1. Create live backups using Storagecraft's volume snapshot technology. 2. Create live backups using Microsoft Volsnap without the need to install software or drivers. 3. Create ExactState backups from the StorageCraft Recovery Environment.

## StorageCraft Backup and Recovery Solutions

**ShadowProtect Server Edition** – *Fast and reliable online backup and bare-metal recovery for Windows servers.*

**ShadowProtect IT Edition** – *Complete backup and recovery without installing any software.*

**ShadowProtect Desktop Edition** – *Fast and reliable online backup and bare-metal recovery for Windows desktops and laptops.*

StorageCraft Technology Corporation – Leading the Way to Safer Computing
©2004-2006 StorageCraft Technology Corporation. All Rights Reserved. This brochure is for informational purposes only. STORAGECRAFT MAKES NO WARRANTIES, EXPRESSED OR IMPLIED, IN THIS SUMMARY. StorageCraft, ShadowProtect and ExactState and the StorageCraft and ShadowProtect logos are trademarks of StorageCraft Technology Corporation. Other product and company names mentioned herein are or may be the trademarks of the respective owners.

## Conclusion

StorageCraft ShadowProtect backup and recovery solutions combined with existing tape backup technology creates reliable system and data protection for your enterprise. StorageCraft's proven technology is found in many industry leading backup and recovery solutions today and with millions of installs worldwide continues to provide reliable and fast recovery of systems.

## Take the Next Step

If you would like to evaluate ShadowProtect, you can download a 30-day full featured trial version or purchase the product at www.storagecraft.com. Volume pricing and licensing is available for enterprise, OEM, government, education and non-profit organizations.

## StorageCraft Technology Corp. – Leading the Way to Safer Computing

StorageCraft provides innovative security, disaster recovery and data protection solutions for servers and PCs. StorageCraft delivers software products that reduce downtime, improve security and stability for systems and data and lower the total cost of ownership for servers, PCs and laptops. www.storagecraft.com

Company Address:
StorageCraft Technology Corporation
180 West Election Road, Suite 230
Draper, Utah 84020

| | |
|---|---|
| Phone: | 801.545.4700 |
| Fax: | 801.545.4705 |
| Web: | www.storagecraft.com |
| General: | contactus@storagecraft.com |
| Sales: | sales@storagecraft.com |

StorageCraft Technology Corporation – Leading the Way to Safer Computing
©2004-2006 StorageCraft Technology Corporation. All Rights Reserved. This brochure is for informational purposes only. STORAGECRAFT MAKES NO WARRANTIES, EXPRESSED OR IMPLIED, IN THIS SUMMARY. StorageCraft, ShadowProtect and ExactState and the StorageCraft and ShadowProtect logos are trademarks of StorageCraft Technology Corporation. Other product and company names mentioned herein are or may be the trademarks of the respective owners.