| | |
|---|---|
| 1 | Kimberly A. Donovan (CA Bar No. 160729) |
| 2 | **GCA LAW PARTNERS LLP** |
|   | 1891 Landings Drive |
| 3 | Mountain View, CA 94043 |
|   | Telephone: (650) 428-3900 |
| 4 | Facsimile: (650) 428-3901 |
| 5 | E-mail: kdonovan@gcalaw.com |

Kimberly A. Donovan (CA Bar No. 160729)
**GCA LAW PARTNERS LLP**
1891 Landings Drive
Mountain View, CA 94043
Telephone: (650) 428-3900
Facsimile: (650) 428-3901
E-mail: kdonovan@gcalaw.com

H. Dickson Burton (UT Bar. No. 4004) (*pro hac vice*)
Edgar R. Cataxinos (UT Bar No. 7162) (*pro hac vice*)
**TRASKBRITT, P.C.**
230 South 500 East
Suite 300
P.O. Box 2550
Salt Lake City, Utah 84110-2550
Telephone:   (801) 532-1922
Facsimile:   (801) 531-9168
E-Mail:       hdburton@traskbritt.com

Attorneys for Defendant
STORAGECRAFT TECHNOLOGY CORP.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SYMANTEC CORP.,<br><br>        Plaintiff,<br><br>v.<br><br>STORAGECRAFT TECHNOLOGY CORPORATION,<br><br>        Defendant. | Case No. CV07-4731 JW/HRL<br><br>**AMENDED NOTICE OF MOTION ON MOTIONS**<br>**1) FOR PROTECTIVE ORDER RE: SUBPOENA TO BURBIDGE, MITCHELL & GROSS AND**<br>**2) FOR ORDER TO SHORTEN TIME FOR HEARING ON MOTION FOR PROTECTIVE ORDER**<br><br>Date:   March 4, 2008<br>Time:   10:00 a.m.<br>Place:  Courtroom 2<br>Judge:  Honorable Howard R. Lloyd |

Case No. CV07-4731 JW/HRL
Def's Amended Notice of Motion for Protective
Order Re: Burbidge Subpoena

-1-

TO PLAINTIFF AND ITS COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that on Tuesday, March 4, 2008, at 10:00 a.m., or as soon thereafter as counsel may be heard, or on an earlier date and time as may be established by the court in response to StorageCraft's motion for shortened time, in Courtroom 2 of the above-entitled Court, located at 280 South 1st Street, San Jose, CA 95113, defendant StorageCraft Technology Corporation ("StorageCraft") will, and does hereby, move this Court for a Protective Order quashing or modifying the Subpoena to the Burbidge law firm. This notice amends the previously notice setting hearing of this motion before Judge Ware on March 17, 2007, and is submitted pursuant to the Clerk's Notice issued on January 22, 2008 [Docket # 61].

This notice also re-notices Defendant's Motion to Shorten Time on Motion for Protective Order such that the motion shall be heard by Judge Lloyd. Since the Motion to Shorten Time was submitted under Local Rule 6-3, no hearing is noticed for that motion.

These Motions are based upon this Amended Notice of Motion, the Motion To Shorten Time on Hearing of Motion for Stay of Discovery and Motion for Protective Order, or for Stay Pending Hearing, the Memorandum in Support of the Motion for Protective Order, the Declarations of H. Dickson Burton, Thomas Russell Shreeve and Christopher Martinez in Support of Motion for Protective Order, filed currently with this Notice, and all of the pleadings and papers on file herein and upon such further evidence and argument, both oral and documentary, as may be presented at the hearing on this matter.

Dated: January 23, 2008

          GCA LAW PARTNERS LLP
          Kimberly A. Donovan


           /S/ Kimberly A. Donovan

          Attorneys for Defendant
          STORAGECRAFT TECHNOLOGY CORP.