Kimberly A. Donovan (CA Bar No. 160729)
**GCA LAW PARTNERS LLP**
1891 Landings Drive
Mountain View, CA 94043
Telephone: (650) 428-3900
Facsimile: (650) 428-3901
E-mail: kdonovan@gcalaw.com

H. Dickson Burton (UT Bar. No. 4004) (*pro hac vice*)
Edgar R. Cataxinos (UT Bar No. 7162) (*pro hac vice*)
**TRASKBRITT, P.C.**
230 South 500 East
Suite 300
P.O. Box 2550
Salt Lake City, Utah 84110-2550
Telephone:    (801) 532-1922
Facsimile:    (801) 531-9168
E-Mail:       hdburton@traskbritt.com

Attorneys for Defendant
STORAGECRAFT TECHNOLOGY CORP.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYMANTEC CORP.<br><br>             Plaintiff,<br><br>    v.<br><br>STORAGECRAFT TECHNOLOGY CORPORATION.<br>             Defendant. | Case No.  CV07-4731 JW/HRL<br><br>**[AMENDED PROPOSED] ORDER ON MOTION TO SHORTEN TIME ON HEARING OF MOTION FOR STAY OF DISCOVERY AND MOTION FOR PROTECTIVE ORDER, OR FOR STAY PENDING HEARING, PURSUANT TO LOCAL RULE 6-3** |

Case No. CV07-4731 JW/HRL
[Amended Proposed] Order on Defendant's Motion
to Shorten Time on Hearing

-1-

1  Having considered StorageCraft's motion to shorten time on the hearing on
2  StorageCraft's Motion for Stay of Discovery and its concurrently filed Motion for
3  Protective Order to allow the hearings to take place prior to January 25 or, alternatively, to
4  order that discovery be stayed until a hearing may be had on both motions, submitted in
5  accordance with Local Rule 6-3, and good cause appearing,

**It is hereby ordered that,**

The hearing on StorageCraft's Motion for Stay of Discovery and Motion for Protective Order shall take place on _____ at _____. Any opposition to the Motion for Protective Order shall be filed by _____ and any reply regarding the Motion for Protective Order shall be filed by _____. Pending the hearing set forth herein, no production of documents shall be provided in compliance with any outstanding discovery, no further discovery shall be propounded, and no depositions shall take place.

Dated:  January _____, 2008

_____
Honorable Howard R. Lloyd
Magistrate Judge, United States District Court

Case No. CV07-4731 JW/HRL
[Amended Proposed] Order on Defendant's Motion
to Shorten Time on Hearing

-1-