Kimberly A. Donovan (CA Bar No. 160729)
**GCA LAW PARTNERS LLP**
1891 Landings Drive
Mountain View, CA 94043
Telephone: (650) 428-3900
Facsimile: (650) 428-3901
E-mail: kdonovan@gcalaw.com

H. Dickson Burton (UT Bar. No. 4004) (*pro hac vice*)
Edgar R. Cataxinos (UT Bar No. 7162) (*pro hac vice*)
**TRASKBRITT, P.C.**
230 South 500 East
Suite 300
P.O. Box 2550
Salt Lake City, Utah 84110-2550
Telephone:     (801) 532-1922
Facsimile:     (801) 531-9168
E-Mail:     hdburton@traskbritt.com

Attorneys for Defendant
STORAGECRAFT TECHNOLOGY CORP.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYMANTEC CORP.<br><br>              Plaintiff,<br><br>v.<br><br>STORAGECRAFT TECHNOLOGY CORPORATION.<br>              Defendant. | Case No. CV07-4731 JW/HRL<br><br>**[AMENDED PROPOSED] ORDER ON MOTION FOR PROTECTIVE ORDER RE: SUBPOENA TO BURBIDGE MITCHELL & GROSS**<br><br>Date:    March 4, 2008<br>Time:    9:00 a.m.<br>Place:    Courtroom 2<br>Judge:    Honorable Howard R. Lloyd |

Having considered all papers submitted in support of and in opposition to StorageCraft's Motion for Protective Order re: Subpoena to Burbidge, Mitchell & Gross, such other papers as may have been submitted, and such argument as may have been provided, and finding good cause therefore,

**IT IS HEREBY ORDERED THAT**

The Burbidge Subpoena shall be quashed in its entirety. The Burbidge Subpeona may be re-issued after this Court issues its decisions on the Motion to Dismiss and Motion to Stay, so long as this discovery is permitted under such decision, and after a protective order for confidential information is entered in this case. The subpoena must have a production date at least 20 days after notice to opposing counsel of issuance of the subpoena. The subpoena shall be narrowed to only seek production of documents relevant to the claims and defenses in this case. The parties shall meet and confer to devise a method of filtering the documents to only permit production of documents narrowly tailored to be relevant in this case.

Dated: _____, 2008

_____
Honorable Howard R. Lloyd
Magistrate Judge, United States
District Court