Kimberly A. Donovan (CA Bar No. 160729)
**GCA LAW PARTNERS LLP**
1891 Landings Drive
Mountain View, CA 94043
Telephone: (650) 428-3900
Facsimile: (650) 428-3901
E-mail: kdonovan@gcalaw.com

H. Dickson Burton (UT Bar. No. 4004) (*pro hac vice*)
Edgar R. Cataxinos (UT Bar No. 7162) (*pro hac vice*)
**TRASKBRITT, P.C.**
230 South 500 East
Suite 300
P.O. Box 2550
Salt Lake City, Utah 84110-2550
Telephone:     (801) 532-1922
Facsimile:       (801) 531-9168
E-Mail:          hdburton@traskbritt.com

Attorneys for Defendant
STORAGECRAFT TECHNOLOGY CORP.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYMANTEC CORP.,<br><br>             Plaintiff,<br><br>       v.<br><br>STORAGECRAFT TECHNOLOGY CORPORATION.<br>             Defendant. | Case No. CV07-4731 JW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF UNDER L.R. 7-11 TO REMOVE DOCKET NO. 42 FROM CASE FILE** |

Case No. CV07-4731 JW
Stip. & [Proposed] Order for Administrative Relief

-1-

1  Based on Defendant StorageCraft Technology Corporation's ("StorageCraft")
2  Motion for Administrative Relief under Local Rule 7-11 to Remove Docket No. 42 from
3  Case File, and good cause having been shown, the parties hereby stipulate that the
4  Declaration of Thomas Russell Shreeve in Support of Defendant's Opposition to Plaintiff's
5  Motion for Expedited Discovery and in Support of its Cross-Motion for a Stay of
6  Discovery that was filed as Docket No. 42 in this action shall be removed from the Court's
7  file.  For all purposes, the Court and all parties shall instead refer to and use the corrected
8  Declaration of Thomas Russell Shreeve in Support of Defendant's Opposition to Plaintiff's
9  Motion for Expedited Discovery and in Support of its Cross-Motion for a Stay of
10 Discovery that was filed as Docket No. 44.

**IT IS SO STIPULATED.**

Dated: January 14, 2008

DAY CASEBEER MADRID &
BATCHELDER LLP
Paul S. Grewal

By:  \_\_\_\_/s/ Paul S. Grewal_____
Paul S. Grewal
Attorneys for Plaintiff
SYMANTEC CORPORATION

Dated: January 14, 2008

GCA LAW PARTNERS LLP
Kimberly A. Donovan

By:  \_\_\_\_/s/ Kimberly A. Donovan_____
Kimberly A. Donovan
Attorneys for Defendant
STORAGECRAFT TECHNOLOGY
CORPORATION

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 24, 2008                    _____
                                            Judge James Ware
                                            United States District Court

Case No. CV07-4731 JW                -2-
Stip. & [Proposed] Order for Administrative Relief