*E-filed 1/24/08*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SYMANTEC CORP.,

    Plaintiff,

    v.

STORAGECRAFT TECHNOLOGY CORP.,

    Defendant.

Case No. CV 07-04731 JW (HRL)

**ORDER ON DEFENDANT'S MOTION TO SHORTEN TIME FOR HEARING MOTION FOR PROTECTIVE ORDER**

Re: Docket No. 52

    Defendant StorageCraft Technology ("SCT") moves to shorten time on a concurrently filed Motion for a Protective Order. [Docket Nos. 52, 54]. The concurrent motion deals with a third party subpoena served by Symantec on a law firm seeking production of documents related to a separate SCT litigation. The deadline for complying with that subpoena is January 25, 2008. Thus, SCT seeks to halt the third party production by shortening the time for hearing the protective order motion, or through an order staying compliance with the subpoena until the protective order motion is decided.

    Plaintiff Symantec's response to the motion to shorten time indicates that the third party might not comply with the subpoena until the motion for a protective order is resolved. [Docket No. 62]. Further, Symantec notes that it does not object to the court hearing that motion on an abbreviated schedule.

Based on the foregoing, the court orders as follows:

Compliance with the subject subpoena is STAYED pending resolution of SCT's Motion for a Protective Order.

With this stay in place, there does not appear to be any pressing urgency to decide this matter, especially since this case is in its relative infancy. Furthermore, the temporary stay adequately protects the legitimate interests of all concerned. However, since both parties seek to have the motion resolved quickly, the Motion to Shorten Time is GRANTED. The following briefing schedule shall now apply to the protective order motion:

Plaintiff's Opposition due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . January 28, 2008

Defendant's Reply Brief (if any) due . . . . . . . . . . . . . . . . . . . . . . . . . . . February 4, 2008

Hearing on Defendant's Motion for a Protective Order . . .   Feb. 12, 2008 at 10:00 a.m.

Finally, the parties are ORDERED to ensure that they have complied with Civil Local Rule 5-1(b) in providing *this* chambers with a copy of the motion, briefs, and supporting papers.

**IT IS SO ORDERED.**

Dated: 1/24/08

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

Dickson H Burton , Sr hdburton@traskbritt.com, LMondragon@traskbritt.com, TLPalfreyman@traskbritt.com

Edgar R. Cataxinos , Sr ercataxinos@traskbritt.com

Kimberly Ann Donovan kdonovan@gcalaw.com, ternst@gcalaw.com

Paul Singh Grewal pgrewal@daycasebeer.com, shall@daycasebeer.com

William Patrick Nelson wnelson@daycasebeer.com

\* Counsel are responsible for providing copies of this order to co-counsel.

Dated:  1/24/08

                                                     /s/ KRO
Chambers of Magistrate Judge Lloyd