```
 1  Paul S. Grewal (CSB# 196539)
    pgrewal@daycasebeer.com
 2  William P. Nelson (CSB# 196091)
    wnelson@daycasebeer.com
 3  DAY CASEBEER MADRID & BATCHELDER LLP
    20300 Stevens Creek Blvd., Suite 400
 4  Cupertino, CA  95014
    Tel.: (408) 873-0110
 5  Fax: (408) 873-0220
 6
    Attorneys for Plaintiff
 7  SYMANTEC CORPORATION
 8
                     UNITED STATES DISTRICT COURT
 9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11
12
13  SYMANTEC CORPORATION          Case No. C07 04731 JW (HRL)
14              Plaintiff,        DECLARATION OF PAUL S. GREWAL IN SUPPORT
                                  OF SYMANTEC CORPORATION'S OPPOSITION TO
15      v.                        DEFENDANT'S MOTION FOR PROTECTIVE
                                  ORDER RE:  SUBPOENA TO BURBIDGE,
16  STORAGECRAFT TECHNOLOGY       MITCHELL & GROSS
    CORPORATION,
17                                DATE:     FEBRUARY 12, 2008
                Defendant.        TIME:     10:00 A.M.
18                                COURTROOM: 8
                                  JUDGE:    HONORABLE HOWARD R. LLOYD
19
```

I, Paul S. Grewal, declare as follows:

1. I am a partner in the law firm of Day Casebeer Madrid & Batchelder LLP, counsel for Plaintiff Symantec Corporation. I am admitted to practice law before this court and all of the courts of the State of California.

2. I make this declaration of my own personal knowledge. If called to testify as to the truth of the matters stated herein, I could and would do so competently.

3. In July of 2007, I understand that Symantec learned that StorageCraft Technology Corporation ("StorageCraft") was a defendant in a lawsuit brought in state court in Utah by NetJapan Holdings, Incorporated ("NetJapan"). Also named as defendants were Thomas J. Shreeve, Thomas R. Shreeve, Scott A. Barnes, and Curtis A. James.

4. Within NetJapan's lawsuit against StorageCraft, NetJapan issued a subpoena to Symantec upon commission by the Santa Clara County Superior Court, seeking discovery from Symantec relevant to NetJapan's allegation that it was misled about particular contractual restrictions.

5. Symantec provided documents in response to the subpoena designated as "highly confidential." After providing documents responsive to the subpoena, Symantec tendered Symantec Vice President Don Kleinschnitz as a Rule 30(b)(6) witness for deposition on August 23, 2007 at the offices of my law firm in Cupertino. In addition to counsel for NetJapan, StorageCraft, and Symantec, the deposition was attended, by telephone, by Thomas J. Shreeve and other individual defendants in the NetJapan lawsuit. I served as Symantec's counsel during this deposition.

6. Shortly after the deposition began, counsel for NetJapan presented Mr. Kleinschnitz and Symantec counsel with various documents produced by StorageCraft from its files.

7. Among the documents presented from StorageCraft's files and produced to NetJapan was a copy of Symantec's Employee Data List with an email cover letter. Attached hereto as Exhibit H is a true and correct copy of the email cover letter.

1     8.    On January 14, 2008, I participated in the Rule 26(f) conference for this case. Dickson Burton of the TraskBritt firm participated on behalf of StorageCraft. During that call, I informed Mr. Burton that Symantec intended to serve discovery, including third-party discovery, immediately following the conference, as allowed by the rules.

    9.    At the January 14, 2008 Rule 26(f) conference, the parties discussed the propriety of negotiating a protective order in this case. StorageCraft reiterated its position that it would not negotiate a protective order until its motion to transfer or dismiss this action had been resolved.

    10.    At the January 14, 2008 Rule 26(f) conference, counsel for StorageCraft expressed its willingness to submit StorageCraft's source code for analysis by a neutral third party to determine whether it contained Symantec or PowerQuest code.

    11.    Attached hereto as Exhibit A is a true and correct copy of an opinion in *Wells v. GC Services LP*, No. C06-03511, 2007 WL 1068222 (N.D. Cal. Apr. 10, 2007).

    12.    Attached hereto as Exhibit B is a true and correct copy of the Declaration of Kerre Slayton in Support of Symantec Corporation's Opposition to Motion to Dismiss or, in the Alternative, to Transfer filed in this action November 13, 2007.

    13.    Attached hereto as Exhibit C is a true and correct copy of Symantec's Complaint filed in this action September 14, 2007.

    14.    Attached hereto as Exhibit D is a true and correct copy of a letter from T. Shreeve to J. Schwartz dated March 15, 2005.

    15.    Attached hereto as Exhibit E is a true and correct copy of an email from J. Kirby to R. Whatcott dated November 14, 2004.

    16.    Attached hereto as Exhibit F is a true and correct copy of a letter from R. Rice to T. Shreeve dated December 23, 2004.

    17.    Attached hereto as Exhibit G is a true and correct copy of a letter from H. Burton to R. Rice dated January 6, 2005.

    18.    Attached hereto as Exhibit H is a true and correct copy of an email from B. Nordquist to M. Kunz dated March 23, 2004.

19. Attached hereto as Exhibit I is a true and correct copy of the Reassignment Order issued in this action on October 31, 2007.

20. Attached hereto as Exhibit J is a true and correct copy of an email from P. Grewal to H. Burton dated November 26, 2007.

21. Attached hereto as Exhibit K is a true and correct copy of an email from P. Grewal to H. Burton dated December 21, 2007.

22. Attached hereto as Exhibit L is a true and correct copy of a subpoena from Symantec Corporation to Burbidge, Mitchell & Gross issued on January 15, 2008.

23. Attached hereto as Exhibit M is a true and correct copy of an opinion in *Micron Tech. v. Tessera,* No. C06-80093 MISC. JW (HRL), 2006 U.S. Dist. LEXIS 42076 (N.D. Cal. Jun. 14, 2006).

24. Attached hereto as Exhibit N is a true and correct copy of an opinion in *Beinin v. Ctr. for the Study of Popular Culture,* NO. C 06-2298 JW (RS), 2007 U.S. Dist. LEXIS 22518 (N.D. Cal. March 16, 2007).

25. Attached hereto as Exhibit O is a true and correct copy of an opinion in *DIRECTV, Inc. v. Richards,* 2005 WL 1514187 (D. N.J. 2005).

26. Attached hereto as Exhibit P is a true and correct copy of Symantec Corporation's 2019.210 Statement filed in this action on December 31, 2007.

27. Attached hereto as Exhibit Q is a true and correct copy of an opinion in *New Park Entm't. L.L.C. v. Elec. Factory Concerts, Inc.,* 2000 WL 62315 (E.D. Pa. Jan. 13, 2000).

28. Attached hereto as Exhibit R is a true and correct copy of excerpts from ShadowProtect Desktop Edition User Guide, that I caused to be downloaded from http://www.storagecraft.com/documents/ShadowProtectDesktop30Guide.pdf.

29. Attached hereto as Exhibit S is a true and correct copy of excerpts from ShadowProtect Server Edition User Guide, that I caused to be downloaded from http://www.storagecraft.com/documents/ShadowProtectServer30Guide.pdf.

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct to the best of my knowledge.

4  Dated: January 28, 2008

                                            _____
                                            Paul S. Grewal

894427_1.doc  GREWAL DECL. IN SUPPORT OF SYMANTEC'S           4                    CASE NO. C07 04731 JW
              OPP'N TO STORAGECRAFT'S MOTION FOR
              PROTECTIVE ORDER RE SUBPOENA

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CIV 5-5(b). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CIV 5-5(b). Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CIV 5-5, all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via email, facsimile and/or U. S. First Class Mail.

Dated: January 28, 2008

_____/s/_____
Paul S. Grewal