# Exhibit B

|   |   |
|---|---|
| 1 | Paul S. Grewal (CSB# 196539) |
| 2 | DAY CASEBEER MADRID & BATCHELDER LLP<br>20300 Stevens Creek Blvd., Suite 400 |
| 3 | Cupertino, CA 95014<br>Tel. (408) 873-0110 |
| 4 | Fax: (408) 873-0220<br>Email: pgrewal@daycasebeer.com |
| 5 |   |
| 6 | Attorneys for Plaintiff<br>SYMANTEC CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| **SYMANTEC CORPORATION** | Case No. C07-04731 JW |
|---|---|
| Plaintiff, | **DECLARATION OF KERRE SLAYTON IN SUPPORT OF SYMANTEC CORPORATION'S OPPOSITION TO MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER** |
| v. |  |
| **STORAGECRAFT TECHNOLOGY CORPORATION,** |  |
| Defendant. |  |

I, Kerre Slayton, declare that:

1. I make this declaration of my own personal knowledge. If called to testify as to the truth of the matters stated herein, I could and would do so competently.

2. I am employed by Symantec Corporation as Senior Director in Symantec's Human Resources Group. My responsibilities include serving as the Human Resources lead in connection with mergers and acquisitions at Symantec. This typically includes responsibility not only for the integration of human resources functions at a company acquired by Symantec, but the integration of all employees joining Symantec through a merger or acquisition into the Symantec corporate and organizational structure.

3. It is my understanding that Symantec employs approximately 2500 people at its offices in the San Francisco Bay Area, including its offices in Cupertino, Mountain View, and San

1  Francisco.
2      4. I had multiple responsibilities in connection with Symantec's acquisition of
3  PowerQuest Incorporated and its V2i Protector line of system imaging products, which was
4  completed on December 8, 2003. Well prior to and through the period leading up to that
5  acquisition, I worked with a small team of colleagues from Human Resources and leaders from the
6  affected PowerQuest and Symantec business units to plan for and execute the successful
7  integration of the PowerQuest employees and their organization into Symantec. This included
8  strategic planning regarding: which PowerQuest employees would join Symantec and which
9  would be let go; the proposed compensation package for each employee, including base pay,
10 bonuses, and stock option allocations; and the proposed new job title and position in the new
11 organizational structure for each employee.
12     5. In keeping with Symantec's practice in planning for mergers and acquisitions, the
13 Symantec group (including myself) charged with these planning tasks created, organized and
14 updated a key document to track and manage its decision-making and planning efforts. This
15 document (the "Employee Data List") was comprised of a series of Microsoft Excel worksheets
16 that summarized the status of our efforts.
17     6. The Employee Data List presents a comprehensive snapshot of Symantec's
18 planning efforts to integrate PowerQuest personnel into Symantec, and was the product of months
19 of effort by the Symantec integration team, including Symantec personnel from Symantec's
20 finance, human resources, business development, and IT departments. Each of these departments
21 is based in Symantec's Cupertino headquarters.
22     7. For each of the PowerQuest employees, the Employee Data List discloses
23 Symantec's decision regarding whether that employee would join Symantec, or be separated. The
24 Employee Data List discloses Symantec's decision regarding each employee's new compensation
25 package, including proposed base pay, bonus structure, and stock options. It also discloses their
26 proposed new job title in the Symantec organization, and their proposed new place in the
27 Symantec organizational structure.
28     8. The Employee Data List also contains sensitive personal information associated

845366_1    DECLARATION OF KERRE SLAYTON           2

1  with each of the more than 270 PowerQuest employees worldwide, including their full names,
2  home addresses and telephone numbers, dates of birth, Social Security numbers or other
3  identification numbers, targeted salaries, bonus, commission, hire date, proposed Symantec job
4  code, and proposed Symantec job title.

5      9.    The basic historical and personal information for the PowerQuest employees was
6  obtained from PowerQuest as part of the due diligence process, and Symantec personnel
7  supplemented that data with Symantec's decisions regarding Symantec job titles, target salaries,
8  bonus and commission structures, stock options, and so on. Symantec personnel maintained
9  custody of the document.

10     10.    Symantec maintained the Employee Data List as a confidential company document,
11 and took substantial steps to maintain that confidentiality.

12     I declare under penalty of perjury under the laws of the United States that the foregoing is
13 true and correct to the best of my knowledge.

15 Signed on November 12, 2007.

_____
Kerre Slayton

845366_1    DECLARATION OF KERRE SLAYTON    3