# Exhibit E

```
------------------------------------------------
From:     "Jamey Kirby" <ed@tfb.com>
SendTo:   "Roland Whatcott" <roland_whatcott@symantec.com>
Subject:  Update
DeliveredDate:  11/14/2004 01:52:41 PM
```

Roland,

I am sorry that I have not called yet. I have been on campus in Redmond all week and got very busy. I will try to explain in this email the current situation.

Last year, when the Symantec acquisition of PowerQuest took place, I approached Nate Bushman to see if he wanted to come and work for StorageCraft. After several discussions, Nate decided to not take the opportunity because he felt it would be in violation of his non-compete with
PowerQuest. He made this decision after much deliberation and after consulting an attorney.

However, Nate said he knew a few people at PowerQuest that would be interested and he put me in contact with them. These people are: Russ Shreeve, Curt James, Scott Barnes and Brandon Nordquist. After several discussion, they all joined StorageCraft. They too had much deliberation because they felt it would be in violation of their non-compete with PowerQuest. However, they chose a different road than Nate; they decided to join StorageCraft and keep it very secret until December 18th of this year. They have been working with me since last year on selling VolumeSnapshot and
on producing a competing product to V2i Protector.

In September of this year we were nearly ready to close the StorageCraft doors because they guys were unable to sell a single piece of software. Had Hannah and I continued on our own we would have at least been able to keep enough money coming in to keep the doors open.

Over the summer, the guys in Utah (AKA: The PowerQuest 4) struck a deal with
NetJapan to exclusively distribute StorageCraft products in Japan. In addition, we worked a deal with NetJapan to acquire 10% of StorageCraft for 1.2 million dollars. In exchange for this, they Utah guys agreed to complete
the V2i replacement product by January so that they could pull V2i from

9/25/2007

distribution and replace it with the new product.

In order to accommodate the new equity investors, each member has to dilute their stock shared to create the 10% we intended to sell. This unfortunately, dropped Hannah and I below 51%. As soon as the money arrived, they proceeded to elect Jeff Shreeve (Russ Shreeve's father) as the
CEO and Scott Barnes as the CTO; removing me from all management responsibility. They then asked me to sign an at-will employment agreement and a non-compete. They did this to me, the guy who built the 12 million dollar value of StorageCraft. In essence, they stole my company from me and have acted in a very unethical manner.

So, now you know the story of why I have left StorageCraft. I will try to fight and get it back, but I can only do this after they fail to meet the expectations of NetJapan; which I have no doubt will happen. In the interim,
I am doing contract work and such to keep the bills paid.

I am not sure what legalities are involved with respect to the guys and their 12 month non-competes with PowerQuest. I am also sure if there are some NDA violations since their new product requirements specifications were
the V2i Protector documentation. I am sure Scott Barnes is using PowerQuest knowledge to achieve this goal.

I also know these agreements terminate in December. If PowerQuest/Symantec intends to pursue possible action against these guys, it would need to happen before December 18th. I am not suggesting such action be taken, but after having my company stolen from me, I wanted to let you know what is going on; there maybe a little revenge in what I am doing, but they took 7 years of my hard work and my IP and they have no bad feelings for doing such.

The sad part is that I did trust them, so one could argue that I made my own
bed.

Regards,

Jamey Kirby

9/25/2007