# Exhibit F

**RAY QUINNEY & NEBEKER**

December 23, 2004

ATTORNEYS AT LAW
Clark P. Giles
Herschel J. Saperstein
Narvel E. Hall
Herbert C. Livsey
D. Jay Curtis
Gerald T. Snow
Alan A. Enke
Jonathan A. Dibble
Scott Hancock Clark
Steven H. Gunn
James S. Jardine
Allan T. Brinkerhoff
Janet Hugie Smith
Douglas Matsumori
Robert P. Hill
A. Robert Thorup
Annette W. Jarvis
Larry G. Moore
Bruce L. Olson
John A. Adams
Douglas M. Monson
Craig Carlile
Jeffrey W. Appel
Ellen J. D. Toscano
Kevin G. Glade
Lester K. Essig
Ira B. Rubinfeld
Steven T. Waterman
Stephen C. Tingey
John R. Madsen
Keith A. Kelly
Michael W. Spence
Scott A. Hagen
Mark M. Bettilyon
Rick L. Rose
Rick B. Hoggard
Lisa A. Yerkovich
Brent D. Wride
Michael E. Blue
Steven W. Call
Cameron M. Hancock
Elaine A. Monson
Mark A. Cotter
R. Gary Winger
Kelly J. Applegate
Justin T. Toth
Steven C. Strong
Robert O. Rice
Arthur B. Berger
Frederick R. Thaler, Jr.
John W. Mackay
McKay M. Pearson
Mark W. Pugsley
Gary L. Longmore
Michael D. Creer
Jennifer L. Crane
Samuel C. Straight
Paul C. Burke
Elaina M. Maragakis
D. Zachary Wiseman
Michael D. Mayfield
Scott B. Finlinson
Bryan K. Bassett
David E. Finkelson
Rod N. Andreason
N. Aaron Murdock
Kristine M. Larsen
Gregory S. Roberts
Christopher N. Nelson
Jacquelyn D. Rogers
Benjamin J. Kotter
Sarah M. Birkeland
Cecilia M. Romero
Richard H. Madsen, II

OF COUNSEL
Alonzo W. Watson, Jr.
Stephen B. Nebeker
Don B. Allen
Robert M. Graham
M. John Ashton
Katie A. Eccles
Melissa Herring Bailey
Maren L. Daines

SALT LAKE CITY OFFICE
PO Box 45385
Salt Lake City, Utah
84145-0385

36 South State Street
Suite 1400
Salt Lake City, Utah
84111

801 532-1500 TEL
801 532-7543 FAX
www.rqn.com

PROVO OFFICE
101 North University Ave.
Suite 200
Provo, Utah
84601-2833

801 342-2400 TEL
801 375-8379 FAX

<u>VIA FACSIMILE & CERTIFIED MAIL</u>

Thomas Shreeve, Registered Agent
StorageCraft Technology
2274 So. 1300 East, #G15-107
Salt Lake City, UT 84106-2882

Re: Scott Barnes, Curtis James, Brandon Norquist and Thomas "Russ" Shreeve

Dear Mr. Shreeve:

Our firm has been retained by Symantec Corporation ("Symantec"), the successor to PowerQuest Corporation ("PowerQuest") to investigate the employment of Scott Barnes, Curtis James, Brandon Nordquist and Thomas "Russ" Shreeve (the "Employees") with StorageCraft Technology Corporation ("StorageCraft"). Each of these individuals entered into Employment Agreements with PowerQuest (the "Employment Agreements"). The Employment Agreements were subsequently assigned to Symantec on or about December 8, 2003 and thus, Symantec has succeeded to all rights available under the Agreements. We have enclosed copies of the Employment Agreements for your reference.

The Employment Agreements each contain a one-year covenant not to compete provision that bars the Employees from accepting employment with or rendering any service to a direct competitor of PowerQuest or creating a competing business, in any market served by PowerQuest. Under the Employment Agreements, a direct competitor is defined as a business that quite clearly includes StorageCraft. Further, the Employment Agreements also contains provisions protecting Symantec's confidential and trade secret information. Finally, the Employment Agreements have language assigning work-place inventions and innovations to the employer.

We have carefully analyzed the Employment Agreements and conducted a thorough investigation of the facts surrounding the Employees' employment at StorageCraft. Based on our investigation, it is difficult to come to any conclusion other than that the Employees violated one or more provisions of the Employment Agreements. A breach of the Employment Agreements creates liability for money damages and some courts have even extended covenants not to compete beyond the time restrictions set forth in the controlling agreement. We are also very concerned that the Employees' conduct may have put at risk Symantec's confidential and trade secret

StorageCraft Technology Corporation
December 23, 2004
Page 2

information and that they may have engaged in other conduct that has caused significant damage to Symantec. Of course, liability for the employees' conduct may attach to StorageCraft.

Although Symantec reserves the right to protect its legal rights in every way possible, Symantec has two basic areas of concerns regarding the Employees' employment with StorageCraft. First, our investigation has yielded information that the Employees have created a product designed to compete with Symantec's V2i Protector technology ("V2i"). We understand that StorageCraft intends to go to market with this new competing product as early as January, 2005. Producing a product to compete with V2i would constitute a clear violation of the covenant not to compete in the Employment Agreements and could create substantial liability. Further, depending upon how StorageCraft's new product was created, Symantec could be entitled to court-ordered relief barring the marketing of this new product.

The second area of concern for Symantec is StorageCraft's creation and marketing of its program called ColdSnap. We understand that one of the Employees, Scott Barnes, made a presentation to PowerQuest's Patent Committee regarding cold state storage technology. Under his Employment Agreement, Mr. Barnes assigned this cold-state technology to PowerQuest and could not claim it as his own. Based on Symantec's review of available information, it appears StorageCraft's ColdSnap is remarkably similar to the cold state technology Mr. Barnes assigned to PowerQuest.

Symantec is deeply troubled by the prospect of StorageCraft having produced a product to compete with V2i in violation of the Employment Agreements, and other applicable laws, and the similarities between ColdSnap and the cold state technology Mr. Barnes assigned to PowerQuest. Any unlawful conduct in these two areas could create extensive liability under Utah trade secret and unfair competition statutes, intellectual property law, and various common law theories protecting Symantec from tortuous conduct by former employees.

Symantec is committed to protecting its interests through any legal means necessary. However, our client would prefer to enter into a dialogue with StorageCraft to answer some important questions and, we hope, avoid additional action. To that end, we ask StorageCraft to supply us with certain assurances in the areas set forth below. We require a prompt answer and ask StorageCraft to be as forthcoming as possible; the response will determine how Symantec will act to protect its interests. With these parameters in mind, please respond to the following:

    1.    Symantec is concerned that its confidential and trade secret information may have been compromised in the Employees'

StorageCraft Technology Corporation
December 23, 2004
Page 3

        work on the new product that we understand would compete with V2i. Please assure us that this is not the case and explain how StorageCraft's new product was developed, what its capabilities are and when StorageCraft intends to release it to market.

2.      Likewise, we are concerned that ColdSnap represents technology that was within the scope of the proposal regarding cold state technology that Mr. Barnes assigned to PowerQuest. Please explain to us how ColdSnap was developed and who worked on developing the product.

3.      Please explain when each of the Employees went to work for StorageCraft, what projects they have worked on since beginning their employment there, what the Employees responsibilities have been at the company, and what those responsibilities are today.

4.      Finally, when the Employees worked for PowerQuest, each of them had access to a great deal of confidential information, including source code, now belonging to Symantec. We would like assurances that none of our confidential information has ever been used by StorageCraft for its own business purposes.

    StorageCraft may respond to our questions in writing or by contacting us, or having its legal counsel contact us, over the telephone. At any rate, please contact us during the week of January 3, 2004 and certainly before StorageCraft releases any new product to market. We also hope that StorageCraft's response will be sufficient to address Symantec's concerns. Thank you for your cooperation and we look forward to hearing from you.

                Sincerely,

                RAY QUINNEY & NEBEKER

                Robert O. Rice
                D. Zachary Wiseman

799296