# Exhibit G

# TRASKBRITT
Intellectual Property Attorneys

H. DICKSON BURTON
ATTORNEY AT LAW
REGISTERED PATENT ATTORNEY
DIRECT LINE: 801.994.8706
EMAIL: hdburton@traskbritt.com

January 6, 2005

**VIA FACSIMILE TRANSMISSION & U.S. MAIL**
532-7543

Robert O. Rice, Esq.
RAY, QUINNEY & NEBEKER
36 South State Street, Suite 1400
Salt Lake City, Utah 84111

RE:    StorageCraft Technology Corporation, et al./Symantec Corporation

Dear Rob:

This letter follows my letter of January 3, 2005 and responds to your letters of December 23, 2004 to Scott Barnes, Curtis James, Brandon Nordquist, Thomas "Russ" Shreeve, and StorageCraft Technology Corporation.

Based on our investigation, even if the non-competition agreements that you refer to were enforceable, no breach of the non-competition clauses or use of confidential information belonging to PowerQuest has occurred, as explained further herein.     Additionally, investigation since receipt of your letter has raised concerns that Symantec, as successor to PowerQuest, may be in violation of its obligations as Licensee under the Software License and Service Agreement dated June 14, 2002, from StorageCraft, Inc. ("SCI"). StorageCraft Technology Corporation ("STC") is the successor in interest under this license of SCI. Each of these issues is separately discussed further below.

We note that our investigation of the Non-Compete Agreements indicates that they are likely unenforceable under Utah law for a number of reasons.    As one illustrative example, the definition of competing business contained in the agreements is unduly broad.  We note other issues are raised by these agreements, which are not addressed here, but are reserved.    However, during the non-compete period, these former PowerQuest Employees fully observed their obligations under the non-compete Agreements, and have abided, and continue to abide, by their obligations with respect to the confidential information they received from PowerQuest.[1]

---

[1] Moreover, we note that three of these four named individuals were not even employed by PowerQuest as programmers, but instead were in revenue management or marketing positions.  These individuals thus lacked access to potential source code and/or programming skills necessary to perform the alleged actions.

Robert O. Rice, Esq.
RAY, QUINNEY & NEBEKER
January 6, 2005
Page 2

---

*StorageCraft Technology Corporation has not created a product that is competitive with Symantec's V2i Protector.*

Your first request for information relates to your allegation that the named STC employees have "created a product designed to compete with Symantec's V2i Protector technology ("V2i"). Your information is incorrect. StorageCraft and the named employees have not created such a product during the non-compete period. Until the merger which occurred in September of this year, these named former PowerQuest Employees were employed by ShadowStor, Inc., which developed and sold security products, including the ShadowSurfer, ShadowUser and ShadowServer Products. Information on these products may be found on the ShadowStor website at www.shadowstor.com. Updated releases of the Shadow products are in development and will occur in January 2005. None of these products competes with V2i.

Perhaps a source of confusion in your investigation relates to the release of STC products in Japan under the name of ShadowMode Desktop Protector and ShadowMode Server Protector. The products are simply localized versions of ShadowStor's soon to be released ShadowUser Pro 2.5 and ShadowServer 2.5.

*The ColdSnap product is not the Cold State Imaging Invention disclosed by Scott Barnes to PowerQuest.*

In response to your second request, the ColdSnap Product was developed by SCI personnel and released by SCI in February 2004. The former PowerQuest Employees of STC were not involved in this development and were employed by ShadowStor at that time, not by SCI. Further, we note that the imaging function is clearly the focus of the Cold State Imaging Invention Disclosure. The ColdSnap product does not perform cold state imaging. Instead, this product lacks any imaging function. Thus, it is not the Cold State Imaging idea disclosed to PowerQuest, but is a distinct product that was developed by different personnel and which performs a different function.

*The former PowerQuest Employees began working for StorageCraft Technology Corporation following the merger in September 2004 and have continued their work on security products.*

In response to your third request and as noted previously herein, STC was formed by merger of SCI with ShadowStor on September 7, 2004. Prior to that time, these former PowerQuest Employees were employed by ShadowStor. At ShadowStor, they were involved in the development and marketing of the ShadowUser, ShadowSurfer, and ShadowServer system security and disaster prevention products. Prior to, and since the merger, they have been, and are, involved in the development and marketing of updated versions of the Shadow products, which will be released this month. None of these

Robert O. Rice, Esq.
RAY, QUINNEY & NEBEKER
January 6, 2005
Page 3

---

products is competitive with V2i or uses any confidential information which belonged to
PowerQuest.

*None of the Confidential Information which these former PowerQuest Employees had
access to at PowerQuest has been used by StorageCraft Technology Corporation.*

The products now offered by STC were either developed and offered by SCI prior to the
merger or were developed by ShadowStor prior to the merger. Since that time, STC has
continued to revise the Shadow products for an additional release. No confidential
information, or source code, that belonged to PowerQuest has been used by these
employees or by STC in developing these products.

*StorageCraft Technology Corporation has serious concerns regarding PowerQuest's and
Symantec's compliance with their obligations under the Software License and Services
Agreement.*

As mentioned previously herein, STC is the successor in interest to SCI under the
Software License and Services Agreement dated June 14, 2002 (the "License
Agreement"), a copy of which is enclosed. Official Notice of the change of address and
merger will be provided as set forth in the License Agreement. In the meantime, we ask
that you treat this letter as notice of the merger and the change of address. Similarly, we
understand Symantec to be the successor in interest to PowerQuest as Licensee under this
License Agreement.

During the investigation conducted in response to your letters, actions taken by
PowerQuest and Symantec were identified which appear to violate their obligations under
the License Agreement. Should STC conclude that a breach of the terms of the License
Agreement by a Licensee has occurred or is occurring, it will consider all options for
recourse, including termination of the License Agreement, which in this case would result
in the revocation of the license to the Volume Snapshot, Persistent Differentials and Hot
Rollback source codes, as well as all derivative works thereof owned by STC. We
believe that should such revocation occur, any use of the source code by Symantec in any
other derivative works could constitute infringement of STC's rights in the original code
and would similarly be barred. It is our hope that taking these actions will not be
necessary.

Our first specific concern relates to Section 11 of the License Agreement, which requires
PowerQuest and Symantec to take all reasonable precautions to protect the Confidential
Information, to not divulge the Confidential Information to any third person, and to not
make any use of the Confidential Information other than those allowed by the License
Agreement. We have reason to believe that PowerQuest, then Symantec, was using and
continues to use, a "shuttle" access system, which provides a full downloaded source and
build environment to a number of individuals, both inside and outside the companies,

Robert O. Rice, Esq.
RAY, QUINNEY & NEBEKER
January 6, 2005
Page 4

including independent contractors, and developers and testers working on products not requiring access to the Volume Snapshot, Persistent Differentials and Hot Rollback source codes. We believe this practice may have exposed STC's source code in an unprotected circumstance to all of these parties. We also understand that this source code was made available to India-based developers without additional protections.

Our next area of concern relates to the License Grant in Section 2, which grants a license only to use the licensed software in combined products, and not to distribute any of the software on a stand-alone basis. We understand that licensed software has been, and is being, offered on a stand-alone basis, including products that appear to package the software with additional components, but readily allow installation or use of the licensed software on a stand-alone basis. We believe that this is the case with respect to the V2i SDK product.

To assist our investigation, we ask that you provide us with evidence to the contrary of the above concerns, including the steps taken by PowerQuest and Symantec to protect this confidential information, including source code, licensed under the agreement. In responding to this inquiry, we suggest a thorough review of your client's access logs be conducted. These logs should help show when STC's source code was made available, to whom, their need to know, and the dates the code was checked out and subsequently checked in, and whether the source code was authorized to leave your client's facility.

We also ask that you provide us with the identity and functionality of all products developed or offered by PowerQuest or Symantec that include the source code, including any and all derivative works and to specify the functionality of the licensed source code in relation to any additional components of such products.

We hope that our responses to your requests have been sufficient to address Symantec's concerns, and similarly hope that your responses will be sufficient to address STC's concerns. We ask for your responses by the week of January 17, 2005, and look forward to resolving these matters with you. Please contact us with any questions.

Sincerely,

H. Dickson Burton by On

H. Dickson Burton

HDB/BLC

cc:   StorageCraft Technology Corporation
      Bretton L. Crockett