# Exhibit H

**Aaron Munro**

| | |
|---|---|
| From: | Brandon Nordquist [brandon.nordquist@shadowstor.com] |
| Sent: | Tuesday, March 23, 2004 10:55 AM |
| To: | Mike Kunz |
| Subject: | Here you go |
| Attachments: | kidspics.xls |

Keep this under control.

CONFIDENTIAL

8/21/2007