# Exhibit J

| | |
|---|---|
| **From:** | Grewal, Paul |
| **Sent:** | Monday, November 26, 2007 5:08 PM |
| **To:** | 'H Dickson Burton' |
| **Cc:** | 'Kim Donovan' |
| **Attachments:** | Reassignment Order.PDF |

Dickson and Kim:

As indicated in the attached order from the Court, in light of the reassignment to Judge Ware, StorageCraft must notice a new hearing date for its transfer motion.
According to our files, StorageCraft has not yet done so.

If I am wrong about this, and StorageCraft has in fact provided Symantec with the appropriate notice, please let me know. Alternatively, please let me know what date you wish to present your motion to Judge Ware. The Court's website indicates that the first date now available is February 4, and I have confirmed this with Judge Ware's Courtroom Deputy.

Thank you,
Paul


Paul S. Grewal
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd. Suite 400
Cupertino, CA 95014

Direct: 408-342-4543
Main: 408-873-0110
Fax: 408-873-0220

Email: pgrewal@daycasebeer.com

12/28/2007