# Exhibit K

**From:** Grewal, Paul
**Sent:** Friday, December 21, 2007 1:05 PM
**To:** 'H Dickson Burton'; Kim Donovan
**Subject:** RE:

Dickson, we respectfully disagree on the value and merit of proceeding with our 26(f) conference, which has been scheduled for eight days.
We also respectfully disagree with the value and merit of proceeding with discovery in a case that has been pending for three months and regret that the Court will be forced to address these issues.

Paul

---

**From:** H Dickson Burton [mailto:HDBurton@traskbritt.com]
**Sent:** Friday, December 21, 2007 12:52 PM
**To:** Grewal, Paul; Kim Donovan
**Subject:** RE:

Paul, we are not prepared to agree to any dates nor any discovery until the Court rules on our motion. If that is what you wish to discuss today, there is no reason to talk. Let me know if there are other issues to discuss, but we will otherwise look forward to a Rule 26(f) conference with you in mid to late February if our motion is denied.

Dickson

---

**From:** Grewal, Paul [mailto:PGrewal@daycasebeer.com]
**Sent:** Friday, December 21, 2007 1:47 PM
**To:** H Dickson Burton; Kim Donovan
**Subject:** RE:

Dickson, I have reviewed the order. We have prepared to address the issues required under Rule 26(f) and do not wish to delay the initiation of discovery in this matter any further.
To that end, we still wish to proceed with the conference.

I look forward to speaking with you in a few minutes.

Thanks,

12/28/2007

Paul

Paul S. Grewal
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd. Suite 400
Cupertino, CA 95014

Direct: 408-342-4543
Main: 408-873-0110
Fax: 408-873-0220

Email: pgrewal@daycasebeer.com

---

**From:** H Dickson Burton [mailto:HDBurton@traskbritt.com]
**Sent:** Friday, December 21, 2007 12:28 PM
**To:** Grewal, Paul; Kim Donovan
**Subject:** RE:

Paul,

I am not sure what we can accomplish in this conference until the court rules on our motion to transfer or dismiss. Kim spoke to the clerk this morning who indicated that a new order would be issuing today postponing the CMC to March 17. I suggest we wait before having this conference.

Your thoughts?

Dickson

---

**From:** Grewal, Paul [mailto:PGrewal@daycasebeer.com]
**Sent:** Friday, December 21, 2007 10:04 AM
**To:** H Dickson Burton; Kim Donovan
**Subject:**

Dickson and Kim: for our call at 1pm PT, let's use the following dial-in:

(877)336-1828; code: 2746340

Best,
Paul


Paul S. Grewal
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Blvd. Suite 400
Cupertino, CA 95014

Direct: 408-342-4543
Main: 408-873-0110

12/28/2007

Fax: 408-873-0220

Email: pgrewal@daycasebeer.com

****************************************************************
Confidentiality Notice
This message is being sent by or on behalf of a lawyer. It is
intended exclusively for the individual or entity to which it is
addressed. This communication may contain information that
is proprietary, privileged or confidential or otherwise legally
exempt from disclosure. If you are not the named addressee,
you are not authorized to read, print, retain, copy or
disseminate this message or any part of it. If you have
received this message in error, please notify the sender
immediately by email and delete all copies of the message.
****************************************************************

****************************************************************
Confidentiality Notice
This message is being sent by or on behalf of a lawyer. It is
intended exclusively for the individual or entity to which it is
addressed. This communication may contain information that
is proprietary, privileged or confidential or otherwise legally
exempt from disclosure. If you are not the named addressee,
you are not authorized to read, print, retain, copy or
disseminate this message or any part of it. If you have
received this message in error, please notify the sender
immediately by email and delete all copies of the message.
****************************************************************

12/28/2007