# Exhibit S



**Complete System and Data Protection**

# ShadowProtect<sup>TM</sup> Server Edition

# User Guide



# User Guide for
## ShadowProtect™ Server Edition Version 3.0

*User Guide Version 3* – August 17, 2007
Copyright © 2006 - 2007 StorageCraft Technology Corporation™

All rights reserved.  This product and/or its use may be covered by one or more patents pending.  Please review www.storagecraft.com/legal for additional information about StorageCraft Technology Corporation's (STC) intellectual property, trademarks, copyrights and any patents pending.

ShadowProtect Server Edition is provided by STC to licensee on an "as is" basis and "with all faults." STC specifically calls the licensee's attention to provisions of the End-User License Agreement ("License") that are intended to leave full responsibility and risk for the use or the results of use of ShadowProtect Server Edition entirely with the licensee.  These provisions include, but are not limited to, LIMITED WARRANTY, DISCLAIMER OF WARRANTIES and LIMITATION OF LIABILITY.

No part of this documentation may be reproduced in any means, electronic or mechanical, for any purpose, except as expressed in the accompanying License Agreement.

StorageCraft Technology Corporation
180 West Election Road, Suite 230
Draper, UT 84020
U.S.A



**Figure 3: Mounting a Backup Image File to Restore Files and Folders**

A user can restore an entire volume using a backup image file. For non-system volumes, the user can perform a volume restore while running ShadowProtect in Windows. The user can perform a bare metal recovery of a system volume by booting to the StorageCraft Recovery Environment on the ShadowProtect CD. After the restore is complete the user can reboot to the new system volume and it will be recovered to the point-in-time that was restored. Table 3 below compares the process time required by traditional system recovery methods with the time required by the ShadowProtect method.

**Table 3: Bare Metal Recovery Comparison of ShadowProtect Versus Traditional Methods**

| | Traditional Method | | ShadowProtect |
|---|---|---|---|
| 1 | Repair hardware if necessary | 1 | Repair hardware if necessary |
| 2 | Collect all necessary OS media | 2 | Boot from Recovery CD |
| 3 | Reload OS from CD-ROM | 3 | Restore entire system or selected files |
| 4 | Reboot | 4 | Reboot |
| 5 | Apply multiple service packs | | |
| 6 | Reboot (this could take several reboots) | | |
| 7 | Reload backup software from CD-ROM | | |
| 8 | Patch backup software to the latest support level | | |
| 9 | Reboot | | |
| 10 | Load recovery tape and restore | | |

**FULLY RESTORED IN MINUTES** (ShadowProtect)

**FULLY RESTORED IN HOURS** (Traditional Method)