IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYMANTEC CORP.<br><br>        Plaintiff,<br><br>v.<br><br>STORAGECRAFT TECHNOLOGY CORPORATION.<br>        Defendant. | Case No. CV07-4731 JW<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING PLEADING SCHEDULE FOR MOTION FOR PROTECTIVE ORDER**<br><br>Date: February 12, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 2<br>Judge: Honorable Howard R. Lloyd |

Pursuant to order of this Court dated January 24, 2008 [Docket No. 71], the Honorable Howard R. Lloyd ordered that Defendant's Motion for a Protective Order be heard on February 12, 2008, and that the Opposition be filed on January 28, 2008, and the Reply Brief (if any) be filed on February 4, 2008.

Defendant's counsel, whose office is located in Salt Lake City, Utah, is required to be in court on February 4, 2008, in order to attend two hearings in this matter. Due to

Case No. CV07-4731 JW
Stipulation and [Proposed] Order re: Pleading
Schedule for Cross Motion to Stay Discovery

-1-

counsel's travel schedule and other previously scheduled matters, Defendant seeks to file its Reply Brief re: the Motion for a Protective Order on February 6, 2008.

Defendant's counsel contacted Plaintiff's counsel to seek agreement to the extension of time. Plaintiff's counsel agreed to stipulate to the extension, conditioned on the Court also agreeing.

Accordingly, the parties hereby stipulate to extend time for Defendant to file its Reply Brief re: Defendant's Motion for a Protective Order to February 6, 2008.

**IT IS SO STIPULATED.**

Dated: February 1, 2008

DAY CASEBEER MADRID & BATCHELDER LLP
Paul S. Grewal

By: /s/
Paul S. Grewal
Attorneys for Plaintiff
SYMANTEC CORPORATION

Dated: February 1, 2008

GCA LAW PARTNERS LLP
Kimberly A. Donovan

By: /s/
Kimberly A. Donovan
Attorneys for Defendant
STORAGECRAFT TECHNOLOGY CORPORATION

**IT IS SO ORDERED.**

Dated: _____

_____
Judge Howard R. Lloyd
Magistrate Judge, United States District Court