UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

AMENDED CIVIL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** 2/4/2008 | **Court Reporter:** Irene Rodriguez |
| **Case No.:** C-07-04731 JW | **Interpreter:** N/A |
| **Related Case No.:** N/A | |

## TITLE

**Symantec Corporation v. Storage Craft Technology Corporation**

**Attorney(s) for Plaintiff(s)**: Paul Grewal
**Attorney(s) for Defendant(s)**: H Dickenson Barton, Kimberly Donovan

## PROCEEDINGS

Defendant's Motion to Dismiss or to Transfer

## ORDER AFTER HEARING

Hearing Held. After hearing oral argument, the Court GRANTED the Defendant's Motion to Transfer. The Court to issue further order on Motion. The Court VACATED the currently scheduled Case Management Conference.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: