**United States District Court**
For the Northern District of California

* E-filed 2/6/08 *

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SYMANTEC CORP.,

      Plaintiff,

    v.

STORAGECRAFT TECHNOLOGY CORP.,

      Defendant.

_____/

Case No. CV 07-04731 JW (HRL)

**STAY ORDER RE: DISCOVERY MATTERS**

Re: Docket Nos. 54, 77

    A hearing was previously set for February 12, 2008 on Defendant StorageCraft Technology's Motion for a Protective Order.  However, the presiding judge on this case recently indicated that it will grant Defendant's motion to transfer venue to another district.  *See* 2/4/08 Civil Minutes [Docket No. 77].  Accordingly, pending discovery matters are now STAYED.

    The hearing set for February 12 is ordered off calendar, subject to being reset on short notice if necessary.

    **IT IS SO ORDERED.**

Dated:  2/6/08

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

Dickson H Burton , Sr hdburton@traskbritt.com, LMondragon@traskbritt.com, TLPalfreyman@traskbritt.com

Edgar R. Cataxinos , Sr ercataxinos@traskbritt.com

Kimberly Ann Donovan kdonovan@gcalaw.com, ternst@gcalaw.com

Paul Singh Grewal pgrewal@daycasebeer.com, shall@daycasebeer.com

William Patrick Nelson wnelson@daycasebeer.com


* Counsel are responsible for providing copies of this order to co-counsel.

Dated:  2/6/08

_____
/s/ KRO
Chambers of Magistrate Judge Lloyd

**United States District Court**
For the Northern District of California

2