**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking                                       General Court Number
Clerk                                                           408.535.5364

March 5, 2008

*United States District Court*
*150 Frank E. Moss*
*United States Courthouse*
*350 South Main Street*
*Salt Lake City, UT., 84101-2180*

RE: CV 07-04731 JW   SYMANTEC CORPORATION-v-STORAGECRAFT TECHNOLOGY CORPORATION

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

| | |
|---|---|
| ☒ | Certified copy of docket entries. |
| ☒ | Certified copy of Transferral Order. |
| ☒ | Original case file documents. |
| ☒ | Please access the electronic case file for additional pleadings you may need. See the attached instructions for details. |

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk


by:  <u>Cindy Vargas</u>
Case Systems Administrator

Enclosures
Copies to counsel of record

March 5, 2008

> **These instructions are for internal court use only.**
> **Do not make these instructions part of the record.**

Instructions for Retrieving Northern District of California Electronic Case Files

This login and password is a court-user read-only login to the CM/ECF website for the Northern District of California at **https://ecf.cand.circ9.dcn**.  It should be used only by court personnel who have a need to access relevant case information.

Login: **xfr**
Password: **xfr**

For assistance accessing the website, please call our help desk at 866-638-7829 or e-mail at ecfhelpdesk@cand.uscourts.gov.