**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

March 5, 2008

*United States District Court*
*150 Frank E. Moss*
*United States Courthouse*
*350 South Main Street*
*Salt Lake City, UT., 84101-2180*

RE: CV 07-04731 JW   SYMANTEC CORPORATION-v-STORAGECRAFT TECHNOLOGY CORPORATION

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☒   Certified copy of docket entries.

☒   Certified copy of Transferral Order.

☒   Original case file documents.

☒   Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk


by: Cindy Vargas
Case Systems Administrator

Enclosures
Copies to counsel of record